IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BERKEY INTERNATIONAL, LLC,

    Plaintiff,

    v.

ENVIRONMENTAL PROTECTION
AGENCY, et al.,

    Defendants.

CIVIL NO. 24-1106 (CVR)

**ORDER**

Before the Court is Plaintiff Berkey International's, LLC's "Original Complaint and Application for Temporary Restraining Order, Preliminary Injunction, and Permanent Injunction Against the Environmental Protection Agency", its Memorandum of Law in support thereof, as well as its "Renewed Application for Temporary Restraining Order." (Docket Nos. 1, 1-1 and 11). The request for a Temporary Restraining Order is DENIED.

Plaintiff shall submit to the Court forthwith the summonses to be issued by the Clerk's Office. On or before noontime on March 20, 2024, Plaintiff shall serve process upon Defendants with copies of all filings in this case (Docket Nos. 1 and its corresponding Exhibits, and 11), and of this Order. It shall also certify to the Court compliance the same day process is served. Defendants are ordered to answer the Complaint and the request for preliminary relief not later than March 28, 2024. Failure to do so without just cause will result in granting of the injunctive relief requested.

A Preliminary Injunction hearing is hereby set for April 3 and 4, 2024 at 9:00 a.m. in an Hato Rey Courtroom to be determined.

Berkey International, LLC v. Environmental Protection Agency, et al.
Order
Civil No. 24-1106 (CVR)
Page No. 2

IT IS SO ORDERED.

In San Juan, Puerto Rico, on this 12th day of March 2024.

        S/CAMILLE L. VELEZ-RIVE
        CAMILLE L. VELEZ RIVE
        UNITED STATES DISTRICT JUDGE