## SUPPLEMENTAL DECLARATION OF JAMES "JIM" B. SHEPHERD

I declare under penalty of perjury that the proceeding statements are true and correct. My name is James "Jim" B. Shepherd. I have written this Supplemental Declaration to support the injunction before the Court concerning the EPA's restrictions on Berkey International, LLC.

1.      I am also the President for Berkey International, LLC ("Berkey Int'l") and trustee for the JMDBC Trust that owns 100% of Berkey International, LLC.

2.      I am the trustee for the James B. Shepherd Trust ("JBS Trust"). I hold legal title to the majority partnership interest in New Millennium Concepts, Ltd. ("NMCL") and hold legal title to Berkey International, LLC's ("Berkey Int'l") intellectual property. The JBS Trust's beneficiaries hold equitable title to the majority partnership interest and Berkey Int'l's intellectual property.

3.      I have sold water filters for over 25 years as the market leader in gravity filtration systems, and the inventor listed on active U.S. Patent 7232517 (2007) for a gravity-fed water filter system.

4.      In my role as inventor and leader of the above-listed companies for more than two decades, I am familiar with the competitive and regulatory landscape for gravity-fed water filters.

5.      Berkey products were designed primarily to assist in disaster situations when potable water is not available. After the devastation of Hurricane Maria in 2017, the municipal water systems were damaged throughout Puerto Rico. During that time, Berkey Int'l donated water filtration systems to police and fire departments, government agencies and various cities throughout the island. Berkey also teamed up with relief organizations such as the Foundation for Puerto Rico and OXFAM, donating more than a million dollars of Berkey products to the residents of Puerto Rico. If the EPA had its way, Berkey would not be able to assist in the future in this way.

### A.  Incorporation of Jim Shepherd's Declaration (Doc. 1-2)

6.      I herein adopt and incorporate by reference the *Declaration of James "Jim" B. Shephard* currently in the docket of this case and identified as Document 1-2, along with its attachments. To reiterate, these documents were collected by me personally at or near the time they were created or collected by individuals who answer to me as the leader of NMCL and Berkey International  in the regular course of business. These are documents kept in the ordinary course of business in all Berky-related companies, and I can attest to these documents as Plaintiff's custodian of records.

### B.  Incorporation of Susan Spaar's Declaration (Doc. 1-3)

7.      Similarly, I also adopt and incorporate by reference the statements and exhibits as stated and described in the Declaration of Susan Spaar, who is the vice-president of Transglobal LLC, which is the general partner of NMCL. This declaration is currently in the docket of this case and identified as ECF Doc. 1-3, along with all its attachments ("Spaar Declaration"). Though Ms. Spaar states that she is the record keeper of the exhibits attached to the Spaar Declaration, I am also a record keeper for these exhibits, and declare that exhibits attached in the ECF Doc. 1-3, p. 3 through 281 as B-1 through B-24, are authentic and true and correct business records to which I can attest.

8.      In my positions as listed above, I have established the policy of collecting these records, which were made at or near the time of each act or event set forth, which I created for my own records and for the benefit of my management of NMCL and Berkey Int'l, and the trusts involved.

9.      In late April of 2022, the EPA stopped an inbound NMCL container at customs in Denver to conduct an EPA inspection. NMCL's shipping agent set up a phone call with EPA Region 8 Inspector Christine Tokarz to resolve the issue. On May 1, 2022, Tokarz confirmed the

upcoming call by email, writing to me and others. "This is a virtual compliance call to discuss devices and compliance with FIFRA regulations." She also included links to EPA Guidance for pesticide devices. Supporting documentation of these communications is attached to the Complaint as Ex. B-l, B-5 pg. 1-4 (ECF Doc. 1-3, pgs. 3-6, 25-26.)

10.     On May 3, 2022, Susan Spaar participated in this phone call with EPA Region 8 Inspector Christine Tokarz. Also on the call was Kevin Kutcel, my EPA consultant, and my attorney, Warren Norred. I have made the recording available, labeling it as Exhibit D-1. During this call, Tokarz opined that Berkey filters may be violating 7 U.S.C. § 136j(a)(1)(F) for distributing a device that is misbranded for allegedly "potentially false or misleading pesticidal claims." Tokarz also stated that, after reviewing NMCL's website and packaging, "I can assure you though, these are pesticide device claims, I have no doubt about that in my mind". Lastly, Tokarz concluded the call by saying "My goal here is to help American companies stay in business and get them into compliance, not to enforce a bunch of, you know, record-keeping rules. That's not really my goal." Tokarz then stated that Berkey filters should be treated as pesticidal devices because Berkey's website included pesticidal claims. Tokarz stated that Berkey products must: a) remove all pesticidal claims, or b) come into compliance with FIFRA registration as pesticidal devices.

11.     I learned from that conversation and from our EPA consultant that FIFRA was not satisfied when the filter elements were packed with an establishment number printed on the internal filter box. Because we inserted the filter box into our system package, the EPA considered the entire system to be a pesticide device, which required that we additionally needed to place our EPA establishment number on the outer system box as well.

12.     At no point did Tokarz suggest that Berkey filters should be treated as actual pesticides.

**C.  Business Records Concerning Market Availability of Silver-Protected Filters**

13.     As the President of Berkey Int'l, I routinely survey the water filter market. My activities include researching competitor products, marketing, and advertising. I am aware that the industry standard, which includes many of my competitors use silver in their filters to protect the filter element itself, yet I have not seen the EPA issue a STOP SALE, USE, OR REMOVAL ORDER ("SSURO") regarding this issue to anyone other than Berkey Int'l, its dealers, and vendors.

14.     Over time, as part of my duties as leader of my companies, I have collected records of competitor's websites and marketing, as well as samples of the water filters and their boxes sold by those competitors as part of my regularly conducted business activities. I am well-versed in the market's water filter offerings, and am personally aware that several, not the majority of outdoor and emergency water filtration systems use silver compositions of some sort to treat their filters, or at least say that they use this approach in their marketing materials, doing so to provide longer-lasting filters.

15.     I have provided for the Court an assortment of materials as business records published by a dozen of these sellers, including British Berkefeld, Doultan, Katadyn, 4Patriots, AlexaPure, Aquacera, Dry Element, Epic Pure, ProOne, Sertodo (uses copper), SHTGandGO. These documents, attached as Exhibit D-2, were collected in the regular course of business. These twelve competitors state that silver is used within their filters and also make public health claims. As far as I know, the EPA has not stopped these twelve competitors.

16.     I have also provided records of advertising materials from four other competitors that I have identified from my records, collected in the regular course of business, attached as Exhibit D-3. These four competitors tout additional health claims regarding virus removal. As a person who watches both the market and the EPA's enforcement activities, I have not discerned that the EPA is seeking to force these four water filter companies to register their products as pesticides.

**D.   Supplemental Factual Allegations Showing Diligent Efforts to Seek Judicial Remedy**

17.    Until the EPA engaged with Berkey on this issue, I have never heard or seen of the EPA requiring pesticide registration on any gravity-fed water filters using antimicrobial silver to protect the filter since my time in this business, more than 25 years ago.

18.    On February 1, 2023, irrespective of any defense we have concerning FIFRA registration, Berkey Int'l instructed its master dealers to update their websites to remove public health claims, and to spread those instructions to their dealers.

19.    The EPA refers to pesticidal claims made a week ago on "theberkey.com", a website that sells Berkey products. This website is not directly under the control of Berkey Int'l, and not a customer of Berkey Int'l. However, Berkey Int'l has initiated a conversation with that organization, and I fully expect a change to be made to the site to remove those claims, perhaps even by the time that the hearing on this matter concludes.

20.    To the extent that the EPA objected to Berkey's public health claims, Berkey Int'l is currently ensuring that, even if we could make such claims, in an abundance of caution, we currently no longer include pesticidal health claims regarding Berkey products as described in the SSUROs, and will continue that practice until this matter is resolved by the Courts.

21.    As Berkey was an early provider of gravity-fed water filters more than 25 years ago, its products have been tested and reviewed by many third parties, independently of Berkey. For example, see the attachments to my original Shephard Declaration, at Exh. A-5, p. 1 (also referenced as Doc. 1-2, p. 44), which shows dozens of independent statements that the EPA appears to believe that Berkey should be responsible for policing. A few examples may assist:

a. In the first link provided, Martha Stewart gives her fans a report of her experience of the Crown Berkey, saying "Even with a good water system in place, purifying water further removes harmful pathogenic bacteria, unhealthy contaminants and impurities."[1]

b. Beyond the list of known independent comments and reviews that I have provided already, I find that other organizations test Berkey systems and add it to unknown lists of approved filtering devices. I have attached as Exhibit D-7. This certificate is no longer valid, but a supplier sent it to me years ago, and I provide it here as an example of random statements by serious entities which Berkey Int'l did not cause to create nor even knew existed.

22. For that reason, Berkey Int'l cannot undertake the duty of ensuring that no public health claim is made by anybody, anywhere in the world. Though I am not an attorney, I have come to learn that I cannot stop or have any legal authority to stop these independent voices from opining on the quality of Berkey filters, even if I wanted to. Thus, it is unduly burdensome and unrealistic for the EPA to require Berkey Int'l to undertake this police action, or base its enforcement of FIFRA regulations on such independent statements against Berkey products.

23. After many phone calls and email communications as described above, and the EPA served multiple SSUROs to Berkey-allied organizations, I have seen only communications from the EPA which require Berkey's filters as registered pesticides. The EPA has not mentioned any other potential resolution.

24. After I recognized the EPA's determination to require registration, I instructed New Millenium Concepts, Ltd ("NMCL") to file suit against the EPA, which it filed on August 9, 2023, in case number 4:23-cv-00826-P ("NMCL Suit").

---

[1] See https://www.themarthablog.com/2018/07/purifying-water-with-berkey.html.

25.     The NMCL Suit sought to enjoin enforcement of Berkey-related SSUROs. I have attached the docket of that case as Exhibit D-4. *See* Case No. 4:23-cv-00826-Y, Northern District of Texas. This suit challenged what appears to be a new EPA rule that gravity-fed mechanically operating filters must be registered pesticides when they were treated with registered pesticides, even when the pesticidal function was to protect the filters themselves, and the pesticide had no impact on the efficiency of the water filtering.

26.     The Court should note that I have already provided test results to show that the registered pesticide remains in the filter and does not leach into the water or have any other impact on effluent. That test is already in the Court's docket as part of my first declaration as attachment A-1 (also seen in the record as Doc. 1-2, pg. 22-25), which I adopt by reference here.

27.     The trial court dismissed the NMCL's Suit, concluding that NMCL did not have standing to file suit, though Judge Pittman stated, "In finding that standing is lacking in this case, the Court is in no way disparaging, or opining on, Plaintiffs' claims. Indeed, if true, the claims are quite concerning."

28.     I have sought judicial intervention in this case as fast as I could reasonably act. After Judge Pittman dismissed the NMCL Suit, NMCL timely appealed the dismissal on November 30, 2023. NMCL has sought an injunction pending appeal from the Fifth Circuit on December 10, 2024. Following a requested briefing, the Fifth Circuit denied NMCL's request for an injunction pending appeal on January 4, 2024. The appeal remains pending.

29.     After the EPA indicated that it was unwilling to discuss any resolution unless Berkey's team of vendors and suppliers first capitulated in unspecified ways and at least delayed judicial efforts to fight back (just as it did again last week), I instructed Berkey Int'l to file suit, so that this Court could focus on the merits of the case, and avoid endless procedural disputes.

30.     Because Berkey is the registered trademark that the United States Patent and Trademark Office records as having been used commercially since at least as far back as 1998 for consumer-grade water filters, Berkey has been the target for knock-offs and lawsuits. Concurrent with this ongoing dispute between Berkey Int'l and the EPA, NMCL has been negotiating two other suits. The first was cause no. 3:22-cv-00728-M in the Northern District of Texas, an attempted class action against NMCL filed on September 16, 2021, wherein the court dismissed many of the more robust claims and then was settled and was dismissed on February 27, 2024. The second is an employment suit filed on September 4, 2023, in cause no. 4:23-cv-00914-P, which is ongoing. When these cases are completed, I fully expect others to arise.

31.     I note that the EPA appears to believe it a simple matter to file suits and keep counterfeit products out of the market. But unlike the EPA, which asserts the power to issue stop orders when it simply believes that a manufacturer is violating a law, a private party like Berkey is not empowered to simply issue a directive to counterfeiters and shut them down. Policing Amazon, all by itself, is no trivial matter.

32.     However, Berkey Int'l has not abandoned its customers to determine counterfeits for themselves. In cause no. 2:23-cv-01703-TL-MLP, filed in the Western District of Washington, Berkey Int'l has joined with Amazon.com, Inc., to stop Ukrainian counterfeiters importing into the United States. Berkey's inability to supply filters to meet demand continues to build pressure on the market for our filter element, and that pressure is being met by Berkey's competitors and counterfeit manufacturers. The EPA's strangulation of Berkey is a heavy contributor to these challenges.

33.     Berkey International filed the present suit on March 6, 2024, which was the earliest that it could reasonably file the suit, based on attempts to mollify the EPA with repeated overtures and navigate the legal landscape of the previous suit now on appeal.

34.    I have read the EPA's response to Berkey's request for a preliminary injunction and its contention that Berkey Int'l should have filed suit in May of 2023 and its failure to do so militates against a finding of irreparable harm, including its statement, "Plaintiff waited more than 300 days after receiving its SSURO before seeking "emergency" relief." Response, p. 1. This facile and disingenuous statement should be recognized. The EPA issued its SSURO against Berkey Int'l on May 8, 2023. Its ultimate owner, James Shepherd, and NMCL, which owns the intellectual property used by Berkey Int'l, filed suit against the EPA to stop the SSURO enforcement on August 9, 2023. Thus, the Berkey suit was filed about three months after the SSURO was issued, and not 300 days.

35.    The EPA's position ignores that Berkey Int'l is a component of the James Shepherd trust, which holds a controlling interest in a variety of Berkey properties, and I have been involved in trying to find ways to resolve this matter without resorting to litigation, predicated on the good faith belief that Berkey's long relationship and history of compliance with the EPA could lead to an out-of-court resolution of these issues.

36.    I have also read in the EPA's example of a FIFRA registration for a water filter that contains silver on the bottom of p. 4, identified as EPA Reg. No. 35900-3. When I went to the link provided, and found that the water filter that is there registered, I saw that the link went to https://ordspub.epa.gov/ords/pesticides/f?p=PPLS:8:::::P8_PUID,P8_RINUM:8971,35900-3. That link also links to the product's four registration documents, the first of which is August 3, 1984, and the last dated January 10, 2012, which I reached through the on-page hyperlink at https://www3.epa.gov/pesticides/chem_search/ppls/035900-00003-20120110.pdf. There I noted that registration is associated with a household Puronics water softener that claims use of silver as an active ingredient in the operation of the filter process. I have attached as Exhibit D-5 a printout of two Puronics website pages at https://puronics.com concerning that product, which

also references the same EPA registration. Lastly, I note that Puronics products are 20 of the 129 products listed by the EPA on its search function for silver, located at the EPA-maintained site at https://ordspub.epa.gov/ords/pesticides/f?p=113:6:::::P6_XCHEMICAL_ID:3769. I recognized no consumer-level gravity-fed water filters on that list. I have attached a printout of that list as Exhibit D-6.

**E.  Additional Facts Concerning Irreparable Harm:**

37.    I established Berkey Int'l in Puerto Rico because Puerto Rico provided tax advantages in exchange for the creation of jobs in the area. Because the EPA effectively shut down Berkey Int'l's operations in Puerto Rico, I had no choice but to lay off its entire manufacturing staff of more than two dozen people. Moreover, Berkey Int'l's component vendors were forced to lay off more than 500 people. Berkey International and its employees are incurring irreparable harm by the EPA's actions, as its seasoned and skilled employees are forced to find new jobs, and replacing these employees may well be very difficult, as they can take a year or more to train. Berkey International is not able to seek monetary remedy from the EPA; even if NMCL succeeds in its appeal or this Court gives Berkey International all the remedy that is legally possible.

38.    The loss of operations in Puerto Rico has an impact even beyond the job loss, as the failure to maintain these jobs will impact Berkey International's ability to operate in Puerto Rico at all. It is my understanding that Puerto Rico could cancel Berkey International's contract with Puerto Rico based on Berkey Int'l's failure to meet its contractual obligations to the government of Puerto Rico. This breach is completely due to the EPA's SSURO, as Berkey International was enjoying commercial success based on this location's operations.

39.    Additionally, as the EPA has shut down Berkey Int'l, its vendors have sought to establish their own offerings, taking advantage of the product vacuum. One of Berkey's previous sellers is now openly competing with Berkey, in violation of its contract with Berkey. These two

organizations worked together for more than 25 years without any commercial disputes, but the inability of Berkey Int'l to provide products to sell has resulted in this seller's violation of its contract with Berkey Int'l and open competition. This only happened after the EPA shut down Berkey's production in Puerto Rico and issued a SSURO to that dealer and Berkey Int'l. That dealer is not selling Berkey systems, but is selling a very similar system and claiming that its new system is a replacement for Berkey. To my knowledge, the EPA has taken no action to stop this new system from flooding the market.

40.    While Berkey Int'l could be shut down for a short time and survive, that "short time" ended a year ago. The Puerto Rico jobs are currently gone, and replacing those employees is not trivial as discussed already, and every day the damage will be greater as those former employees find other jobs and determine that the existence of Berkey Int'l is too unsettled to rely on.

41.    Additionally, the EPA's unceasing insistence that Berkey products be saddled with pesticide registration is tantamount to destroying its commercial viability. As a pesticide, Berkey products would be regulated with unknown labels and a multitude of requirements at each vendor's location, production, and unpredictable demands by EPA personnel. I write this based on the experiences that I have had with the EPA in this dispute. For example, EPA personnel demanded that we remove an image of a lake from our packaging because they said it implied that Berkey's filters would effectively purify water from a lake. In that demand, no guidance or regulation was provided; the demand was simply made. This image had been on Berkey systems for more than 25 years.

42.    What I have experienced in trying to satiate the EPA is that I know the EPA's demands are both unknowable, unpredictable, and non-negotiable. As the Court can see from the email exchanges, the EPA first took the position that Berkey filters were pesticide devices, exempt from registration. A short time later, the EPA decided Berkey filters were pesticides a short time

later, though no change in Berkey advertising and packaging had occurred in years. Additionally, throughout these suits, Berkey has agreed to remove its pesticidal claims from its advertising and packaging, in order to be recognized as a treated article.

43.      As I mentioned in my first declaration, when working with the EPA on package labels and marketing claims, its agents could never tell us what the labels needed to have, or any objective criteria, e.g., we had to remove the lake on our label that had been on our shipping boxes for 25 years because presumably, a lake on the box impermissibly implies that the systems could filter lake water, and that is somehow against the law. Nor can the EPA explain why it does not care about Berkey's competitors which are "guilty" of the same behavior as Berkey, but for which the EPA has too little interest to act. The unequal treatment by the EPA is unconscionable.

44.      Lastly, I note the EPA has sent no industry-wide notice to all water filter manufacturers to let them all know that use of a registered pesticide for element protection in filters that mechanically removes pests from water is now considered a "pesticide".

45.      Berkey International has removed all pesticidal claims from all its sites and marketing materials in accordance with the treatment which the EPA accords to a "treated article" and believe that we no longer should be required to have an establishment number.

46.      As stated above, this supplemental declaration is a supplement to my declaration attached to the Original Complaint in this case, therein attached as ECF 1-2. I have relisted the exhibits attached thereto, numbered A-1 through A-11, and adopted them by reference in full.

47.      Also as stated above, in this declaration, I am incorporating by reference and adopting the exhibits attached to the Spaar Declaration (ECF 1-3) as my own. I have relisted the exhibits from that declaration below, numbered B-1 through B-24.

48.    Additionally, I have attached business records which are relevant to this dispute, labeled

them Exhibit D-1 through D-7, as described above. As I have stated above, I am a records keeper

for all these records, which were collected when they were created in the usual order of business.

A-1: Report on Pesticide Information
A-2: Coalition Letter to Messina
A-3: Statement Regarding Berkey Water Filter Lawsuit
A-4: Berkey Response to Wirecutter
A-5: Berkey Positive Review Samples
A-6: Impact to Black Berkey Sales
A-7: Manufacturer EPA Pesticide Records
A-8: Berkey COVID-19 Test
A-9: EPA's Plain Language Statement
A-10: EWG's PFAS Contamination Crisis
A-11: EWG's Story on PFAS Filters
B-1: Tokarz Email Thread (May 1, 2022)
B-2: Tokarz EPA Close Out Letter (May 5, 2022)
B-3: Texado Establishment Number, 30-Day Report Email Thread (May 2022)
B-4: SSURO to James Enterprises, FIFRA-08-2023-0011 (December 27, 2022)
B-5: Tokarz Email Seeking Documents (December 2, 2022)
B-6: SSURO to Vendor B (FIFRA-04-2023-0700 (February 3, 2023)
B-7: SSURO to Fritz Wellness, FIFRA-08-2023-0015 (February 27, 2023)
B-8: SSURO to Eden Valley Farms LLC, FIFRA-08-2023-0014 (March 6, 2023)
B-9: SSURO to Mountain Mama Natural Foods, Inc., FIFRA-08-2023-0017 (March 7, 2023)
B-10: SSURO to Good Earth Natural Foods Co., FIFRA-08-2023-0037 (May 2, 2023)
B-11: SSURO to Berkey Int'l, FIFRA-08-2023-0038 (May 8, 2023)
B-12: EPA Order to Amazon and eBay, including Updated List
B-13: Rejected Packaging, including Lake Image
B-14: Communications Regarding Damage to Reputation
B-15: Amazon Counterfeit Documentation
B-16: Counterfeit Examples
B-17: Big Berkey Amazon sales decrease from SSUROs
B-18: Reputation damage example in global marketplace from wrongful EPA actions
B-19: Berkey Statement Regarding Berkey Water Filter Lawsuit
B-20: March 6, 2000, Pesticide Registration (PR) Notice 2000 – 1*
B-21: Pesticide Registration Notice (PR Notice) 2023-01
B-22: Best Water Filters for PFAS chemicals – CBS Philadelphia
B-23: Clerk Cover Sheet
B-24: Berkey Int'l SSURO Closed
D-1: Recording of Phone Call with EPA Agent Tokarz (Cover Letter, with flash drive available)
D-2: Records of Competitor Marketing (68 pages)
D-3: Records of Competitor Marketing with Public Health Claims (15 pages)
D-4: Docket Sheet of Case No. 4:23-cv-00826-Y (7 pages)
D-5: Puronics Website Page, from https://puronics.com  (7 pages)
D-6: Silver - https://ordspub.epa.gov/ords/pesticides/f?p=113:6:::::P6_XCHEMICAL_ID:3769

Exhibit D, Supplemental Declaration of James "Jim" Shepherd

(last visited, April 21, 2024; 5 pages)
D-7: Philippine Health Related Device Certificate (1 page)

I declare under penalty of perjury under the laws of the United States that the

foregoing is true and correct.

Executed on April 21, 2024,

JAMES "JIM" B. SHEPHERD

## UNITED STATES - DISTRICT COURT OF PUERTO RICO

| | | |
|---|---|---|
| BERKEY INTERNATIONAL, LLC, | § | |
|     Plaintiff, | § | |
| | § | **CIVIL CAUSE NO.** |
| v. | § | **3:24-cv-01106** |
| | § | |
| ENVIRONMENTAL PROTECTION AGENCY, | § | |
| MICHAEL S. REGAN, Administrator, CHRISTINE | § | |
| TOKARZ, and DAVID COBB, in their personal | § | |
| capacities, | § | **JURY TRIAL DEMANDED** |
|     Defendants. | § | |

## EXHIBIT D
## SUPPLEMENTAL DECLARATION OF JAMES "JIM" B. SHEPHERD

Exhibit D-1: Cover Letter for May 3, 2022, Phone call with Christine Tokarz…...……....pgs. 1-1.

Exhibit D-2: Eleven Competitors Showing Silver and Public Health Claims…..………..pgs. 2-69.

Exhibit D-3: Four Competitors Showing Public Health Claims……………………...…..pgs. 70-84.

Exhibit D-4: Docket Sheet for Case No. 4-23-cv-00826-P……………………...……..pgs. 85-91.

Exhibit D-5: Puronics Website Pages………………………………..……………………..pgs. 92-98.

Exhibit D-6: Chemical Name: Silver – US EPA…………………………………..….……pgs. 99-103.

Exhibit D-7: Philippine Health Related Device Certificate…………………….…....pgs. 104-104.

# EXHIBIT D-1

MAY 3, 2022, PHONE CALL WITH
EPA REGION 8 CHRISTINE TOKARZ

**AVAIABLE TO ALL PARTIES UPON REQUEST**

**Patriot** Health Alliance

## Patriot Pure Ultimate Water Filtration System

★★★★☆



**$197.00**

This revolutionary tabletop water filtration system removes up to 99.9% of bacteria, **virus**es, toxic chemicals, heavy metals and pharmaceuticals, so you can purify water from virtually any source into clean, safe, delicious drinking water.

The large capacity gives your family an almost endless supply of clean, good-tasting healthy water from practically any freshwater source. Not just the questionable water coming from your tap, but also lakes, rivers, streams, even a pool or rain barrel!

Patriot Pure Ultimate's breakthrough filter technology works to remove both natural and manmade contaminants using only the power of gravity.

No batteries, electricity, or water pressure needed, which makes it perfect for both everyday use and in a crisis. You'll be able to remove the bad stuff you can see in your water!

Quantity
1

**Add to cart**

**Share this:**

f  🐦  G+  P

Benefits          Product Specs          FAQs



## Don't Leave the Safety of Your Drinking Water to Chance... Or to Somebody Else

While in this country we're fortunate that most everyone has access to drinking water, the unfortunate reality is this water isn't nearly as clean as we think.

Aging pipes. Questionable fluoridation. Efforts to cleanse the water that create chemical byproducts of their own. **Virus**es, bacteria and other microorganisms that can leech into water systems. Even pharmaceutical drugs have been found in drinking water in areas throughout the nation.

Parasites like giardia. Chemicals from industrial or agricultural runoff. Heavy metals and other toxins that put especially vulnerable people like children or the elderly at risk.

But the Patriot Pure Ultimate delivers on every measure. It's powerful enough to target 99.99% of the worst contaminant threats, large enough to provide ready drinking water and water for cooking and other uses for the entire family, and far more economical than alternatives – a single filter lasts over 5,000 gallons. And the filter requires little maintenance, no power, and it's a snap to fill and use.

The ceramic hybrid outer shell of Patriot Pure Ultimate's internal filter removes the bigger particles at first. It's infused with silver, a natural anti-bacterial medium to target contaminants. And the carbon gravity block snatches up tiny toxins like arsenic, fluoride, mercury and lead.

$10 OFF



**Patriot**
Health Alliance



**PURE & CLEAN TASTE**

You've likely never tasted water like this – as nature intended. The Patriot Pure Ultimate neutralizes odors and chemicals that can impact taste and quality, like chlorine, silt, sand and sediment. You'll find you're wanting to drink more water, and your body will thank you!



**REMOVES DANGEROUS CHEMICALS**

Our water systems are routinely exposed to a host of chemical contaminants. It's time to change that in your home. The Patriot Pure Ultimate is effective on industrial VOCs, PBCs, trihalomethanes (THMs), detergents, pesticides, DDT, agricultural chemicals, pharmaceuticals and more.



**EFFECTIVE ON HEAVY METALS**

Contamination from lead and other heavy metals is widespread in this country, with cities like Flint and others in the headlines. The Patriot Pure Ultimate can remove over 99% of dissolved solids like aluminum, arsenic, asbestos, cadmium, chromium 6, copper, lead, mercury, and more.



**REDUCES FLUORIDE**

While many countries have stopped fluoridating their water, the U.S. still does in most areas. It's time to reduce this toxic load, and with the Patriot Pure Ultimate, you will!



**FILTERS MICROTOXINS**

Unlike pitcher filters and other filter solutions, the advanced filtration of the Patriot Pure Ultimate targets the microscopic invaders that can really pose a threat to your health. That includes viruses, bacteria and parasites. This is pure water peace of mind.



**5,000+ Gallons of Water You Can Actually Trust**

★★★★★

5,000 Gallons of Water You ...

"This is so much better than storing gallons and gallons of bottled water. This enables us to make existing, natural water sources drinkable. I feel really good knowing that in an emergency situation, we'd be able to filter our water."

Faith P.
Morton Grove, Ill.
February 2021



**Healthy Drinking Water for the Whole Family**

★★★★★

Healthy Drinking Water for t...

"We've been so pleased. It was easy to set up. The water tastes great. This keeps up with the demand of our 5-person household. It even helps my daughter who has health issues caused by toxicity."

Renee J.
Woodstock, Ga.
February 2021



**Say Goodbye to Bottled Water**

★★★★★

Say Goodbye to Bottled Wat...

"It was so easy to install. Within minutes we had water that tasted so good, we couldn't believe it. We don't like the chlorine in tap water and we got tired of lugging around cases of bottled water. You cannot beat a system that can filter 5,000 gallons of water."

Derrick C.
Gainesville, Fla.
February 2021

* All testimonials in this advertisement are from real people. Some of the customers featured in this advertisement were given free products to try in exchange for their honest feedback. We make every effort to accurately represent our products and their potential, but we do not guarantee any specific results.



**100% Money Back Guarantee**

If for any reason you're not satisfied with your **Patriot Pure Ultimate Water Filtration System** just return it within 365 days (that's a full year) from the date of purchase and we'll refund 100% of your purchase price. No questions asked.

**CUSTOMERS WHO BOUGHT THIS PRODUCT ALSO BOUGHT**

BUY IT NOW

## FILTRATION YOU CAN TASTE

Once you taste the water that the Alexapure Pro® Water Filtration System provides, your worries will wash away. For safer, cleaner water that tastes better, you can trust authentic Alexapure® products.

## INCREASE YOUR WATER FLOW

The Alexapure Pro Water Filtration System can accommodate up to four filters. When more filters are added, the water flow rate increases without sacrificing water quality.

When you notice a drastic change in water flow rate, it's time to replace your Alexapure Pro Water Filtration System's filter with an Alexapure Pro Genuine Replacement Filter.



## FEATURES

- Proprietary gravity block with ionic absorption technology
- Silver-infused ceramic outer shell
- Verified* filtration capacity of 200 gallons
- Reduces 206 contaminants** commonly found in drinking water including:
  - Bacteria (> 99.9999%)
  - Chlorine (> 99.9%)

  - Fluoride (> 97%)
  - Pesticides (> 95%)
  - Pharmaceuticals (> 95%)
  - Viruses (> 99.99%)
  - Heavy metals
  - Lead
- Weighs less than 2 pounds
- Ready to use right out of the box
- No priming necessary
- Made in the USA

Click here to see the test results!

## WHAT'S INCLUDED

- Alexapure Pro Genuine Replacement Filter



## Alexapure Pro Genuine Replacement Filter

$119.95

Quantity

1

ADD TO CART

Buy with **PayPal**

More payment options

## FILTRATION YOU CAN TASTE

Once you taste the water that the Alexapure Pro® Water Filtration System provides, your worries will wash away. For safer, cleaner water that tastes better, you can trust authentic Alexapure® products.

## INCREASE YOUR WATER FLOW

The Alexapure Pro Water Filtration System can accommodate up to four filters. When more filters are added, the water flow rate increases without sacrificing water quality.

When you notice a drastic change in water flow rate, it's time to replace your Alexapure Pro Water Filtration System's filter with an Alexapure Pro Genuine Replacement Filter.



## FEATURES

- Proprietary gravity block with ionic absorption technology
- Silver-infused ceramic outer shell
- Verified* filtration capacity of 200 gallons
- Reduces 206 contaminants** commonly found in drinking water including:
  - Bacteria (> 99.9999%)
  - Chlorine (> 99.9%)

- Fluoride (> 97%)
- Pesticides (> 95%)
- Pharmaceuticals (> 95%)
- Viruses (> 99.99%)
- Heavy metals
- Lead

- Weighs less than 2 pounds
- Ready to use right out of the box
- No priming necessary
- Made in the USA







klearwaterstore.com/aquacera-w9512624-cerametix-7-gf-gravity-filter-ceramic-candle/

**AquaCera W9512624 CeraMetix 7" GF Gravity Filter Ceramic Candle**

AquaCera

**$39.00**

★★★★★  (5 reviews)   Write a Review

**SKU:** W9512624
**Availability:** IN STOCK. READY TO SHIP!

Quantity:  ⌄ 1 ⌃

**ADD TO CART**    ADD TO WISH LIST

f ✉ 🖨 𝕏 📌
Recommend 0

Overview    Reviews

## PRODUCT DESCRIPTION

## AquaCera W9512624 CeraMetix GF 7" (L) Gravity Filter Ceramic Candle

The AquaCera W9512624 CeraMetix GF 7" x 2" diameter (L) gravity filter candles utilize a highly effective silver impregnated ceramic micro porous outer shell combined with the AquaMetix core block technology. The dense pore structure and vast surface area of the compressed carbon and specialty adsorbents is ideally suited to improving taste and odor as well as reducing chlorine, chloramine, VOC's, MTBE, lead, mercury, asbestos, arsenic, and fluoride. The cleanable ceramic shell is designed to remove suspended solids, pathogenic bacteria and cysts. The CeraMetix elements have been independently tested in accordance with NSF/ANSI Standard 42 & 53.

## AquaCera W9512624 Cerametix GF 7" (L) Gravity Filter Contaminant Reduction

- All the features of Ceramic shell, plus the following
- >99% Chloramine reduction
- >99% Chlorine reduction
- >99% Lead reduction
- >99% Herbicide and Pesticide reduction
- >99% Glyphosate reduction

- >98% VOC reduction
- >98% Heavy metal reduction
- >92% Nitrates reduction
- >85% Fluoride reduction



Fig. 11 of 50s



# British Berkefeld® Filters for Gravity Systems

Selection of the most appropriate grade of candle allows filter performance to be matched to the requirements of the local water conditions.

| | Ultra Sterasyl® | Ultra Fluoride® |
|---|---|---|
| | **Sterasyl®** microfilter plus granular activated carbon and lead removal media | **Sterasyl®** microfilter plus Fluoride and lead removal media with activated carbon |
| **Filtration Rating** (% particulate filtration efficiency) | | |
| Absolute (defined as > 99.99% ) | 0.9 micron | 0.9 micron |
| Nominal (defined as >99.99%) | 0.5 to 0.8 micron | 0.5 to 0.8 micron |
| **Working Parameters** | | |
| Working temperature range | 5 – 30 (°C) | 5 – 30 (°C) |
| Working pH range | 5.5 – 9.5 | 5.5 – 9.5 |
| Suitable for use in Gravity filter systems | Yes | No |
| Recommended change frequency | 6 months | 6 months |
| **Flow Rate** To achieve maximum performance | | |
| Litres per hour US gallons per hour | 1.2 under gravity 0.3 under gravity | 1.2 under gravity 0.3 under gravity |
| **Capacity** Before replacement to guarantee performance | | |
| Litres US gallons | 1500 400 | 1500 400 |
| **Quality Approval** | | |
| WRAS (Water Regulations Approval Scheme) | Yes | Yes |
| Turbidity reduction | >98% | >98% |
| **Pathogenic Organisms** Bacteria Removal* | | |
| E. Coli / Shigella / Typhoid / Klebsiella Terrigena | >99.99% | >99.99% |
| % Cyst Removal | | |
| Cryptosporidium | >99.99% | >99.99% |
| Giardia | >99.99% | >99.99% |
| **Trace Organics Removal** | | |
| Range of Pesticides+ | >95% | N/A |
| **PFOA & PFOS** Combined removal efficiency | | |
| 1.5ppb to less than or equal to 0.07ppb | 95% | N/A |
| **Enhanced Organics Removal** | | |
| Pharmaceuticals+ | >99.5% | NO DATA |
| Lindane @ 2ppb presence | >99% | NO DATA |
| Atrazine @ 5ppb presence | 99.38% | NO DATA |
| Benzene @ 15ppb presence | >99% | NO DATA |

**Inorganics Removal**



Free Chlorine Removal

| | | | |
|---|---|---|---|
| 2ppm presence to NSF Class 1 Std 42 | >99% under gravity | Ave 97.2% | |

**Heavy Metals Removal**

| | | | |
|---|---|---|---|
| Lead reduction pH 6.5 @ 150ppb presence to NSF Std 53 | Ave 99.5%+ | Ave 95% | |
| Lead reduction pH 8.5 @ 150ppb presence to NSF Std 53 | Ave 99.5% | N/A | |
| Mercury reduction pH 6.5 Ave 6ppb presence | N/A | Ave 86.4% | |
| Arsenic reduction pH 6.5 Ave 47ppb presence | N/A | Ave 97.4% | |
| Barium reduction pH 6.5 Ave 983ppb presence | N/A | Ave 90% | |
| Chromium reduction pH 6.5 Ave 339ppb presence | N/A | Ave 99.4% | |
| Selenium reduction pH 6.5 Ave 102ppb presence | N/A | Ave 93.7% | |
| Range of Metals pH 6.5 | 81.5% | N/A | |
| Range of Metals pH 8.5 | 81% | N/A | |

**Please note:**

This product is classed as a pesticidal device due to its filtration claims, individual state legislation may limit the availability of certain products, please check state law.

+Internally generated test data.

*Tested as Hexachlorobenzene



**Revolutionary Insulating Gravity System Sleeve!**

Our brand-new Insulating Gravity System Sleeve is here to transform the way you access clean, refreshing water, whether you're at home or exploring the great outdoors.

Shop Now

**British Berkefeld**

Delivery within 3 days  Handmade in Great Britain

**Doulton**
Blog
Contact Us
Find Us
FAQs
Product Authentication
Register Your Product

**Help**
Delivery
Environmental Policy
Orders & Returns
Privacy & Cookie Policy
Quality Policy
Returns Policy
Terms & Conditions
T&C of Supply
US State Restrictions

**Newsletter**
Stay informed about exclusive offers by subscribing to our newsletter.

Your email

Subscribe

**Follow Us**

**Certifications & Accreditations**

Water Quality ASSOCIATION
A GENUINE WATER FILTER
WRAS
MADE IN BRITAIN
LUCIDEON
NSF

**Trademarks**
Doulton®, British Berkefeld®, Sterasyl®, and Biotect® are trademarks registered to Fairey Industrial Ceramics Limited.

Fairey Industrial Ceramics Limited Trading as Doulton Water Filters.

United Kingdom (GBP £)

© 2024 Doulton Water Filters Limited.



# Ultracarb

# Doulton®

## Ultracarb
### Ceramic Filter Cartridges

*Doulton® has been a leading name in drinking water filtration for over 150 years.*

*Doulton® ceramic elements are now available in a range of standard cartridge formats which bring the quality associated with the Doulton® name to the general filtration market.*

## Features

- Fits industry standard 10" and 20" filter housings
- Three filtration stages within a single cartridge
- Filtration efficiency of > 99.99% at 0.9 micron
- Filtration efficiency of > 99.9% at 0.5 to 0.8 micron
- Highly efficient bacteriological filtration
- Tested with live Cryptosporidium to a removal efficiency >99.999%
- Ideal for R O guard and post filtration
- Complimentary to UV systems
- High levels of Chlorine and organics removal
- Lead and other heavy metal reduction





FILTERED AND TREATED WATER

First Stage

WATER FLOW

Second Stage

Third Stage

## Ultracarb Cartridges

The Doulton Ultracarb is a three stage cartridge combining the highly efficient filtration properties of ceramic with the enhanced water treatment properties of activated carbon and the heavy metal reduction capabilities of ion exchange media.

*First Stage*
The first stage consists of Doulton Sterasyl® ceramic which provides genuine sub micron filtration. The cartridge reduces fine particulate matter, bacteria, cysts and turbidity. The incorporation of silver locked within the ceramic structure gives enhanced bacteriostatic and self sterilising properties.

*Second Stage*
An inner core of activated carbon block removes chlorine and organic compounds.

*Third Stage*
Ion exchange resin reduces Lead and other heavy metals.

# **Doulton**®

## **Filtration Data Sheet**

### Filtration Efficiency

| | | |
|---|---|---|
| Absolute filtration rating | (defined as > 99.99%) | 0.9 micron |
| Nominal filtration rating | (defined as 99.9%) | 0.5 - 0.8 micron |
| % Bacteria removal | E.coli | > 99.99% |
| | Vibrio Cholera | > 99.99% |
| | Shigella | > 99.999% |
| | Salmonella Typhi | > 99.999% |
| | Klebsiella Terrigena | > 99.99% |
| % Cyst removal | Cryptosporidium | > 99.999% |
| | Giardia | > 99.999% |

### 20 Inch Filter Housings

Ultracarb Imperial (2¾") Filter cartridges can be supplied with a second adaptor cartridge to allow fitting in 20 inch filter housings. Due to slight variations in housing design, please state housing manufacturer when ordering.



IMPERIAL 20 inch

*MARKED 20inch conversion*

Open End Mount

Closed End Mount

### Cartridge Dimensions



SLIMLINE — 2"dia (52mm) — 9 ¾" (248mm)

IMPERIAL — 2 ¾"dia (72mm) — 9 ¾" (248mm)

### Product Specification

| | |
|---|---|
| Working temperature range | 5 - 38°C |
| Working pH range | 5.5 - 9.5 |
| Minimum working pressure | 10 psi |
| Maximum working pressure | 125 psi |

### Cartridge Shipping Specification

| | Individual cartridge weight | Quantity per outer carton | Outer carton gross weight |
|---|---|---|---|
| Slimline 9 ¾ x2" | 0.3 kg | 25 | 9 kg |
| Imperial 9 ¾ x2¾" | 0.55 kg | 9 | 7 kg |
| Standard carton size 33 x 33 x 34 cm | | | |

### FLOW PRESSURE CHART

Rate (l/hr) / (US galls/hr)

Pressure (psi)



— 2¾ inch diameter Imperial
— 2 inch diameter Slimline

### Chlorine Reduction (@ 2ppm challenge)

| | Volume capacity @>97% removal efficiency | |
|---|---|---|
| | Litres | US Gallons |
| Slimline 9 ¾ x2" (tested @ 1.7 L/min flow rate) | 4000 | 1000 |
| Imperial 9 ¾ x2¾" (tested @ 3.8 L/min flow rate) | 8000 | 2000 |

### Lead Reduction (@ 150ppb challenge)

| | Volume capacity @>98% removal efficiency | |
|---|---|---|
| | Litres | US Gallons |
| Slimline 9 ¾ x2" (tested @ 1.7 L/min flow rate) | 4000 | 1000 |
| Imperial 9 ¾ x2¾" (tested @ 3.8 L/min flow rate) | 8000 | 2000 |

### Trace Organics Removal

| | | |
|---|---|---|
| Insecticides | Lindane @ 0.1 ppb presence | > 85% |
| Herbicides | Atrazine @ 1.2 ppb presence | > 85% |
| Phenols | TCP @ 1.2 ppb presence | > 50% |
| Polyaromatic Hydrocarbons | PAH's @ 0.2 ppb presence | > 95% |
| Trihalomethanes | Chloroform @ 150 ppb presence | > 50% |

(3000 litre challenge).

Due to a policy of continuing product development Fairey Industrial Ceramics Limited reserves the right to change any information without prior notice.

Doulton® water filters are manufactured by Fairey Industrial Ceramics Ltd

Doulton® and Sterasyl® are registered trademarks of which Fairey Industrial Ceramics Limited is an authorised user.



**Fairey** Industrial Ceramics Ltd.

CICS APPROVED

BS EN ISO 9002: 1994
Certificate Number: 90082

Water Quality® ASSOCIATION

Distributed by:



**Doultonusa.com**
1.888.664.3336 in US
248.258.5500 int'l

DUCRB10997





**Take control of the journey's end with a water filter**

Installing a water filter will add a comprehensive solution to remove residual particles as well as contaminants that have possibly been picked up along the way. It will also reduce the chlorine used to disinfect the water.

Through a five-step filtration system Doulton's ceramic candles remove contaminants to provide fresh, clean and tasty water.

**Stage 1:** Micropores in the ceramic outer shell block pathogenic bacteria, waterborne cysts and Â particles.

**Stage 2:** Silver used in the filter inhibits the growth of further bacteria.

**Stage 3:** Activated carbon reduces disinfectants, such as chlorine along with organic chemical compounds, such as benzene, to enhance the taste and colour of drinking water.

**Stage 4:** Heavy metals are filtered out by reduction media.

**Stage 5:** Scale inhibitors prevent limescale build up.

Doulton water filters have been proven to remove up to 99.99% of contaminants added to treat water as well as heavy metals, pathogenic bacteria and cysts.

This lab-tested technology is contained in one small, simple to use ceramic water candle.

High standards are set for the quality of drinking water in the UK, but is that enough? Do you want to make sure that your water is as pure as it could be?

**Tailored to your needs**

Using a water filter puts you in charge of the water that comes out of your tap. Doulton Water Filters are graded to target specific contaminants that can be of concern to specific areas.

into contact with the silver impregnated ceramic, their growth is inhibited. This self-sterilizing effect is known as the _bacteriostatic effect_.

## Silver, a nature's water purifier

Free silver ions (Ag+) have a toxic effect on micro-organisms even in relatively low concentrations. They have a highly fungicidal, bactericidal and algaecidel effect. Medical studies describe silver ions a catalyst that disable the enzymes that microorganisms depend on to "breathe".



In the presence of air (oxygen in water), metallic silver forms silver oxide, which also has a bactericidal effect due to its adequate solubility. The destruction of viruses, bacteria, moulds, spores and fungi through contact with silver objects is termed the _oligodynamic effect_. To primitive life forms, oligodynamic silver is as toxic as the most powerful chemical disinfectants. This, coupled with its relative harmlessness to animate life (i.e. mammals), gives oligodynamic silver great potential as a disinfectant. (I.E. click refresh button to see silver animation)

The best and most environmentally-friendly silver based disinfectants are capable of rendering stored water potable for long period of time as in space stations.

## Does Doulton ceramic filter remove **viruses?**

Due to their **tiny size,** viruses, theoretically cannot be removed with a 0.2 micron or higher rated **absolute** filter (or any mechanical filter for that matter). If virus is a concern simply add a commercially available disinfectant such as silver (e.g. Katadyn's Micropur®) or iodine tablets. Doulton Supersterasyl candle will remove the unpleasant taste and odours of the iodine.

Physically viruses have electrical surface charge that attaches them to other larger particles (free ride). The tight pore-structure of any absolute sub-micron water filter (e.g. Doulton, Katadyn etc.) can remove "free ride" viruses however due to many variables no device should be relied upon viral control.

## Activated carbon as another natural adsorber



Doulton uses high quality carbon blends obtained from different raw materials such as lignite, bituminous coal and coconut shells. Active carbon is used for water treatment due to its _adsorbing effect_ with respect to organic and health endangering chemicals.

Activated carbon surfaces are both _hydrophobic_ and _oleophilic;_ that is, they "hate" water but "love" oil. When flow conditions are suitable,





dissolved chemicals in water flowing through the carbon media "stick" to the carbon surface in a thin film while the water passes on. This process is call _adsorption._

Substances affecting taste and odours such as chlorine, pesticides (lindane, DDT) and trihalogenmethanes (THM's) are removed by activated carbon. These substances are adsorbed on the large surface area of the



*World Class Ceramic Water Filters*

**1-888-664-3336**

**Countertop filters**   **Undersink**   **Shower Filter**   **Whole House Water Filters/Softeners**
**Replacement Cartridges**   **Faucets**   **Industrial**   **Commercial**   **Portable**   **Boats/RV's Systems**
**Accessories**   **All products**   View Cart

Home
Contact us
Terms
About Doulton
Technology
The candle
Specifications
Test results
FAQ
Compare
**SPECIALS**
In news
About water
Site Plan
User's guide



# Genuine Doulton® Ceramic Filter Candles for Portable Gravity Filters

## Non – Chemical, 100% Totally Natural, True Absolute Sub Micron Purification

All Doulton ceramic candles are bacteriostatic - that is, self sterilizing for bacteriologically safe **cleaning** and handling.



Choice of Sterasyl or Supersterasyl candles. Sterasyl candle is designed for microbiological protection whilst Supersterasyl is a Sterasyl shell packed with with selective activated carbon for chlorine, bad taste and odor, pesticides, herbicides and industrial solvents reduction. Due to the carbon exhaustion change Supersterasyl candles every six months.

When not in use air dry the ceramic candle(s) for minimum of 24 hours then store in dry place.

These candles provides: 100% rejection of cysts and >99.99% of pathogenic bacteria such as cholera, typhus, amoebic dysentery, ecoli, colibacillose or bilharzia, anthrax spores among others. Depth filtration of particulates >0.2 µm (dirt, asbestos, iron etc). **Test Results>>**

*Designed for **British Berkefeld**™, housings. They will also fit Katadyn™ TRK Ceradyn™, NewtonWater™, Gravidyn™, Artesa™, Epic La Natural, Berkey (Big, Imperial, Crown, Light, Blue, etc.), CWR Travel water filter and other gravity filter housings. Wing nut and gasket are included with every replacement element*

The 2" OD candle are referred to as "Doulton standard". The 2 3/4" OD are referred to as Doulton Imperials.

*Typical daily output per candle:*

|  **2x7 in.**  |  **2.75x7 in. Imperial**  |
|---|---|
| 6.5/25 gal/L | 10.5/40 gal/L |






## Nano Gravity Water Purification Filter

★★★★★ 4.8 (19 reviews)

~~$99.95~~ $89.95

Pay in 4 interest-free installments of **$22.48** with ShopPay  Learn more

QUANTITY

  1

Buy with **G** Pay

More payment options

## High Capacity Nano Gravity Water Purification Filter Replacement That Outperforms BB9-2

**REPLACEMENT FILTER** - for Berkey, Aquacera, Propur, Doulton, Other Filters. Large 2.5 inch x 7.5 inch filter housing.

**SMART NANO** - Electro Positive Filtration - Sub Micron Filtration - Carbon Impregnated - Silver Infused.

**OUTPERFORMS** - Ceramic Gravity Filter Systems that Require Multiple Filters. NO Priming Required and NO Waiting Up to 24 Hours for Maximum Water Flow to Start. Less Maintenance, Does Not Clog-Up as Quickly and is Not as Fragile as Ceramic Filters.

**ADVANCED PURIFICATION** - Eliminates 99.9999% of **Virus**es, 99.9999% of Bacteria, 99.99% of Protozoa, Parasites and Cysts. Reduces Inorganic Minerals / Compounds, Heavy Metals, Pharmaceuticals, VOCs, and other Impurities.

**UP TO 20X LONGER FILTER LIFE** - Greater Purified Water Production When Compared to Other Single Ceramic Filters. Up to 12 Gallons Per Hour Water Filtration from a Single Filter. *Subjective to Water Quality and Source.

+   *Please Note: We can ship International including Canada but are not responsible for Duties and Fees. In the case the Canadian Government requests Duties and Fees, they are to be paid by the CUSTOMER and NOT by the seller. Please understand we have no control or notice of these fees until shipment crosses the border.*

+   **How much filtered water can it hold/store?**

+   **Where is this filter made?**

+   **Does this filter remove microplastics?**

+   **Can this filter be used for well water to take out iron?**

+   **Does this filter work in the Alexapure Gravity fed water system?**

+   **Do these filter fluoride?**

–   **Will this filter pass the red food coloring test?**

This question must be pertaining to other companies selling and promoting outdated older ceramic based filter systems, specifically "Black Ceramic" filters, where they claim that red colored water suffices for an actual test. This so called water test is used to check for internal filter damage, due to their fragile design, prone to hairline fractures and easily damaged.

The Dry Element, "Nano Gravity Water Purification Filter is based on a superior more advanced Electro Positive Filtration - Sub Micron Filtration - Carbon Impregnated - Silver Infused Nano Ionic fabric technology, which is also used by NASA. Our filter has even been certified by the Space Foundation. Therefore a red color water test Does Not apply to this technology and is typically sold as a subjective test for ceramic based gravity-fed water filters.

Note, such a test is not used in the real world test labs certified by the EPA, WHO, etc. The only conclusive way to really test all water filters regarding what they remove or reduce is to have a real world certified lab test subject to EPA and WHO standards. The Dry Element, "Nano Gravity Water Filter", Exceeds EPA and the World Health Organization's protective standards for removal of **virus**, bacteria and cysts.

Ironically, one such company that sells gravity-fed systems based on the "Black Ceramic Filter" technology states the following in their Operation Booklet of the product: "If you suspect the water source contains viral and bacteriological contamination, as a precaution you may add 16- drops of plain bleach or iodine to each 1-gallon of water and wait 30 minutes in order to pre-treat the water before purifying in this system." So how effective is the red food color test in proving that such a filter is actually removing pathogens, etc?

+   **Are there any independent laboratory tests for this specific product that show the filtration efficiency for various containments? Thank you.**

## You may also like



SAVE $20.00





FREE SHIPPING ON ALL US ORDERS

**Dry** Element   **Dry** Element   Home   Our Products ⌄   About Us   Contact Us   Blog   FAQs






# Survivor Backpack – Portable Water Purification System







## Survivor Backpack – Portable Water Purification System

⭐⭐⭐⭐⭐ 5.0 (2 reviews)

**$699.00**

Pay in 4 interest-free installments of **$174.75** with shop**Pay**  Learn more

QUANTITY

| − | 1 | + |

Add to cart

**Dry Element** **Dry Element**   Home   Our Products ⌄   About Us   Contact Us   Blog   FAQs

Buy with G Pay

More payment options

The best choice for base camps, expeditions, humanitarian groups, first responders, emergency situations, and for use anywhere clean water is needed.

The Survivor Backpack is the most advanced and effective, manually operated water filtration system available both on and off the planet. Filters water from any freshwater source. Used worldwide by Humanitarian relief groups.

**Tested by EPA Certified Laboratory**

Hand operated

Triple Stage Water Filtering System

Filters 1.5 gallons per minute, 90 gallons per hour

Pre-assembled, quick-connect stainless steel cam-locks, NSF food grade hoses, industrial grade pump, backpack, filters.

Pump and filter housings are mounted with stainless steel screws on an anti-microbial base, H2O ResQ Biofilm defender kit and instructions included with the system

Utilizes Nano Filtration Technology, co-developed by NASA for use on the International Space Station

Weight; 11pounds, 14 pounds with the backpack

Meets and exceeds established EPA and WHO water quality standards for the reduction of:

99.9999% **Virus**

99.9998% Bacteria

99.99% of Giardia, Cysts, Protozoan

**Nanofiber filtration performance:**

Filters last longer, filter up to 300 times faster, holds up to 25 times more contaminants than mechanical (micron) filters capable of removing **virus**es. Lasts longer!

Filters **virus**es, bacteria, cysts, algae, protozoa, sediment, dirt, spores, heavy metals, hormones, drugs, pharmaceuticals, radon, uranium, DNA, RNA as well as many other contaminants and disease-causing agents, and at sub-micron levels. It also reduces any radioactive particles which may be present.

With NASA, advanced space technology, you can drink from streams, rivers, lakes, ponds, springs, and other freshwater sources. The Survivor greatly reduces disease-causing organisms that cause cholera, dysentery, typhoid fever, as well as many others.

**System Includes:**

Industrial Marine Grade, Hand Pump

Anti-microbial mounting board with cut-out for easy handling

Stainless Steel Quick-Connect Cam-locks

NSF Food Grade Hoses

BPA free, food-grade filter housings

Military Expandable Backpack

Wrench for easy removal of filters

Biofilm Defender Kit

(3) Filters and Strainer

Dry Element Nano Fiber Filter, silver/carbon-impregnated, 5-micron carbon filter, 5-micron bag filter, fits over strainer
5-gallon collapsible water storage container




**Dry** Element **Dry** Element    Home    Our Products ⌄    About Us    Contact Us    Blog    FAQs

Instructions

**Water Filter System Specifications:**

Dimensions: L 14" x W 10.5" x H 7" (Without BackPack)

Weight: 10.5 pounds, 14 pounds in Backpack

3 Stage Filtration for optimum performance & protection

1st stage washable, reusable 5-micron sock filter

2nd stage, 5-Micron Carbon Filter removes heavy metals, improves taste

3rd Nano-fiber Filter, Carbon, Antimicrobial Silver infused, with 400 layers of Nano charged fiber, 5 Micron washable pre-filter outer wrap

Output: 1.5 Gallons per Minute / 90 Gallons per Hour

Long-lasting, up to 5,000 gallons

**Certifications:**

1.  IAPMO Certified, Filtration / EPA Lab Certified, Tested
2.  Space Technology Certified, fast flow Nano Fiber filtration, co-developed by NASA for use on the International Space Station.

IAPMO R&T Certified for the NSF/ANSI 42 and 61 standards (USA and CANADA)

---

## You may also like



SAVE $10.00

**Nano Gravity Water...**
~~$99.95~~ $89.95



SAVE $30.00

**Nano Gravity Water...**
~~$219.95~~ $189.95

## Customer Reviews

---

https://s.amazon-adsystem.com/iui3?d=forester-did&ex-fargs=%3Fid%3D027593b0-1fe8-53db-770a-4420298497c7%26type%3D55%26m%3D1&ex-fch=416613&ex-src=https://www.epicwaterfilters.com&ex-hargs=v%3D1



FREE SHIPPING FOR ACTIVE SUBSCRIBERS          SUPPORT HQ

  

# FILTER TECHNOLOGY

## SUPPORT

FAQs

Get In Touch

Shipping

Returns & Exchanges

Privacy Policy

Accessibility

Buy with Prime Manage Orders

### PURE PITCHER FILTER

Epic Water Filters proprietary blend of water filtration media within three activated coconut carbon filters provide a robust defense against all manner of water pollutants - including tastes and odors, chemicals, heavy metals, fluoride, trace pharmaceuticals, and VOC's.

This pattern of covalently bonded media provides the greatest reduction per contaminant in the industry. The blend of media is configured to coordinate various filtration methods for contaminant reduction, including adsorption, absorption, chemical bonding, and depth filtration.

### URBAN BOTTLE FILTER

Introducing the new Epic Urban Filter – a multi-stage activated carbon filter with polypropylene core

supplemented with a carbon media wrap for higher efficiency and unsurpassed contaminant removal.

Each stage is comprised of a unique proprietary formula of infused microstructure filtration media designed to target a specific group of contaminants. The Epic Urban Filter contains no resins or beads and is engineered for unsurpassed performance and maximum contaminant reduction. Independent lab reports show the Urban Filter removes a broad range of 200 + contaminants including VOC's, lead, heavy metals, pesticides, SVC's, disinfectants, inorganic non-metallics, herbicides, pharmaceuticals, PFOA, PFOS and cysts, plus partial fluoride removal.

## OUTDOOR BOTTLE FILTER AND NANO PITCHER FILTER

The Epic Outdoor Filter uses the latest in nanofiber technology to achieve some of the highest filtration characteristics within the industry.

A Nano-alumina active layer containing powdered activated carbon (PAC) and antimicrobial protection (silver) is sandwiched between two support layers of spunbonded polyester. The Epic Water Filters Outdoor bottle filter and Nano jug filter uses proprietary media which removes submicron contaminants through electroadhesion and ion exchange.

Using a proprietary filter media design, the Epic Outdoor and Nano Filter offer exceptionally high flow rates and efficiency. In addition, this media has been shown to remove viruses, bacteria, cysts, volatile organic compounds (VOC's), disinfection by-products (DPB's), endotoxin, natural organic matter, and other sub-micron particles to non-detectable levels.



≈KATADYN®
MAKING WATER DRINKING WATER

**FACT SHEET**

## KATADYN CERADYN - Ceramic Element

### PRODUCT CHARACTERISTICS

| | |
|---|---|
| Technology: | 0.2 micron ceramic depth filter (cleanable) (0.2 micron = 0.0002 mm) |
| Weight: | Dry: Approx. 530 g (18.7 oz) Wet: Approx. 750 g (26.4 oz) |
| Dimensions: | 265 x ø 55 mm |
| Operation Pressure: | Min. 1 bar/14.5 psi, max. 7 bar/100 psi, t < 35° C/95° F |
| Temperature for use: | 5° C (41° F) - 35° C (95° F) |
| Article No.: | 20743 |



### DESCRIPTION
0.0002 mm (0.2 micron) ceramic microfilter. Safely traps all harmful bacteria and retains suspended solids without the use of chemicals. The ceramic filter is protected by food-grade plastic caps.

### SAFETY
In the ceramic permanently incorporated Katadyn silver inhibits bacterial growth within the filter and thus lengthens its lifespan. Plus, the silver quartz in the core of the filter works against bacteria recontamination in both the core and the outlet tap.

### APPLICATION
Ceramic filter element with a high flow rate for domestic use. Safe drinking water, but no elimination of bad taste or hazardous chemicals.

### FUNCTION
Bacterial depth filtration.

### FLOW RATE
Depends on the filter system in which the element is installed.

### PERFORMANCE
99.9999% removal of pathogenic bacteria (e.g. Klebsilla and Vibrio cholera).
99.9% removal of protozoa (e.g. Cryptosporidium p. and Giardia l.).
No removal of essential minerals.

### THREAD
G 1/4" male thread

### SERVICE LIFE
Approximately 50,000 liters (13,000 U.S. gallons), depending on water quality. Flow rate can be renewed by simply running a brush over the outer surface. Approximately 100 cleaning cycles are possible. A measuring gauge checks minimum diameter of the element and indicates when replacement is necessary.



**FACT SHEET**

## KATADYN CERADYN - Ceramic Element

### MAINTENANCE

The element should be completely air-dried after every cleaning or every second month, whichever comes first, before being used again. We therefore recommend having two elements on hand to alternate use.

### FLOW RATE DIAGRAM



### MATERIALS



❶ **CERAMIC BODY**    diatomaceous earth (main component)
❷ **END CAPS**        PPO gray
❸ **FILLING**         silvered quartz pebbles
❹ **OUTLET SEAL**     EPDM
    All materials are approved for use in drinking water applications.

Katadyn reserves the right to modify product characteristics

**Katadyn Products Inc.** | Pfäffikerstrasse 37 | 8310 Kemptthal | Switzerland
Tel: +41 44 839 21 11 Fax: +41 44 839 21 99
info@katadyn.ch | www.katadyn.com

2















# ENVIROTEK LABORATORIES, INC.

Wilmington, Delaware 19804
PHONE 856-583-0445 www.enviroteklab.com
EPA ID # DE00946 IAPMO ID # 000102

# TEST RESULTS

## FOR

### ProOne Water Filters
**1200 BENSTEIN ROAD**

**COMMERCE TWP. MICHIGAN, 48390**


**Filter Element ProOne® G2.0**

**NSF Standard 53, and NSF Standard 42**

**NSF Standard 401 NSF P-473**

**NSF P231**

**Chemical Reduction Tests Results**



# ENVIROTEK LABORATORIES, INC.

Wilmington, Delaware 19804
PHONE 856-583-0445 www.enviroteklab.com
EPA ID # DE00946 IAPMO ID # 000102

## FILTER ELEMENT PROONE® G2.0 WATER TEST REPORT

Report # 16-326 (Filter Element ProOne® G2.0)
Updated Report Date: 05/01/2020
Customer Name: ProOne Water Purification Systems

| Drinking Water Contaminant Tested | Influent Water Concentration in µg/L | Filter Element ProOne® G2.0 Effluent Concentration in µg/L | % Reduction |
|---|---|---|---|
| **Volatile Organic Contaminants in µg/L** | | | |
| Dichlorodifluoromethane | 80.5 | <0.1 | 99.9+ |
| Chloromethane | 80.2 | <0.1 | 99.9+ |
| Vinylchloride | 80.3 | 1.0 | 98.8 |
| Bromomethane | 80.5 | 0.2 | 99.8 |
| Chloroethane | 80.2 | 1.9 | 97.6 |
| Trichlorofluoromethane | 81.1 | 3.49 | 95.7 |
| 1,1-Dichloroethene | 83.0 | 0.3 | 99.6 |
| Methylene Chloride | 81.2 | 1.7 | 97.9 |
| trans-1,2-Dichloroehene | 81.5 | <0.1 | 99.9+ |
| MTBE | 81.5 | 3.0 | 96.3 |
| 1,1-Dichlorethane | 82.2 | <0.1 | 99.9+ |
| cis-1,2-Dichloroethene | 170.1 | <0.1 | 99.9+ |
| 2,2-Dichloropropane | 81.1 | <0.1 | 99.9+ |
| Bromochloromethane | 80.0 | <0.1 | 99.9+ |
| Carbon Tetrachloride | 81.0 | <0.1 | 99.9+ |
| 1,1,1-Trichloroethane | 81.2 | <0.1 | 99.9+ |
| 1,1-Dichloropropene | 81.2 | <0.1 | 99.9+ |
| Benzene | 81.4 | <0.1 | 99.9+ |
| 1,2-Dichloroethane | 80.4 | 0.2 | 99.8 |
| Trichloroethene | 180.3 | 0.2 | 99.9 |
| Dibromomethane | 80.1 | 0.5 | 99.4 |
| 1,2-Dichloropropane | 80.3 | 0.8 | 99.0 |
| cis-1,3-Dichloropropene | 50.2 | 0.2 | 99.6 |
| Toluene | 80.2 | 0.2 | 99.8 |
| trans-1,3-Dichloropropene | 81.0 | <0.1 | 99.9+ |
| Tetrachloroethene | 80.1 | <0.1 | 99.9+ |
| 1,1,2-Trichloroethane | 150.3 | <0.1 | 99.9+ |
| 1,3-Dichloropropane | 79.1 | 0.4 | 99.5 |
| Ethylbenzene | 82.0 | 0.7 | 99.1 |
| Chlorobenzene | 79.5 | <0.1 | 99.9+ |
| 1,1,1,2-Tetrachloroethane | 79.8 | <0.1 | 99.9+ |
| m-Xylene | 70.1 | <0.1 | 99.9+ |
| o-Xylene | 70.1 | <0.1 | 99.9+ |
| Styrene | 80.0 | <0.1 | 99.9+ |
| Isopropylbenzene | 80.3 | <0.1 | 99.9+ |
| n-Propylbenzene | 80.2 | <0.1 | 99.9+ |
| Bromobenzene | 80.0 | <0.1 | 99.9+ |
| 1,1,2,2-Tetrachloroethane | 81.0 | <0.1 | 99.9+ |
| 1,3,5-Trimethylbenzene | 80.1 | <0.1 | 99.9+ |
| 2-Chlorotoluene | 80.2 | 0.4 | 99.5 |
| 1,2,3-Trichloropropane | 80.2 | 0.3 | 99.6 |
| 4-Chlorotoluene | 80.2 | 0.4 | 99.5 |
| tert-Butylbenzene | 80.2 | <0.1 | 99.9+ |
| 1,2,4-Trimethylbenzene | 80.5 | <0.1 | 99.9+ |
| sec-Butylbenzene | 80.3 | <0.1 | 99.9+ |
| 4-Isopropyltoluene | 80.2 | 0.2 | 99.8 |
| 1,3-Dichlorobenzene | 80.1 | <0.1 | 99.9+ |
| 1,4-Dichlorobenzene | 40.3 | <0.1 | 99.9+ |
| n-Butylbenzene | 80.2 | <0.1 | 99.9+ |
| 1,2-Dichlorobenzene | 80.3 | <0.1 | 99.9+ |
| Hexachlorobutadiene | 44.0 | 0.2 | 99.5 |



# ENVIROTEK LABORATORIES, INC.

Wilmington, Delaware 19804
PHONE 856-583-0445 www.enviroteklab.com
EPA ID # DE00946 IAPMO ID # 000102

| Drinking Water Contaminant Tested | Influent Water Concentration in µg/L | Filter Element ProOne® G2.0 Effluent Concentration in µg/L | % Reduction |
|---|---|---|---|
| **Volatile Organic Contaminants in µg/L** | | | |
| 1,2,4-Trichlorobenzene | 160.2 | <0.1 | 99.9+ |
| Naphthalene | 80.4 | 0.9 | 98.9 |
| 1,2,3-Trichlorobenzene | 80.1 | 0.5 | 99.4 |
| **Total Trihalomethanes in µg/L** | | | |
| Chloroform | 80.1 | 1.4 | 98.3 |
| Bromodichloromethane | 80.2 | 1.1 | 98.6 |
| Chlorodibromomethane | 80.4 | <0.1 | 99.9+ |
| Bromoform | 80.2 | 0.8 | 98.9 |
| Total Trihalomethanes (THMs) | 320.9 | 3.3 | 99.4 |
| **Heavy Metal Contaminants in µg/L** | | | |
| Aluminum | 220 | 4.3 | 98.0 |
| Antimony | 6.2 | <0.5 | 99.9+ |
| Arsenic (+3 and +5) | 310 | 2.7 | 99.7 |
| Beryllium | 50.3 | <0.5 | 99.9+ |
| Bismuth | 50.1 | 1.2 | 97.6 |
| Cadmium | 30.2 | <0.5 | 99.9+ |
| Chromium (+3 and +6) | 302 | 3.9 | 98.7 |
| Copper | 3050 | 310 | 89.8 |
| Iron | 3030 | 31 | 99.0 |
| Lead | 152 | <0.5 | 99.9+ |
| Manganese | 1020 | 2.9 | 99.7 |
| Mercury | 6.1 | <0.1 | 99.9+ |
| Nickel | 102 | 0.7 | 99.3 |
| Selenium | 106 | < | 99.9+ |
| Vanadium | 102 | <1 | 99.9+ |
| Zinc | 102 | <1 | 99.9+ |
| **Pesticide Contaminants in µg/L** | | | |
| 4,4'-DDD | 50.2 | <0.1 | 99.9+ |
| 4,4'-DDE | 50.3 | <0.1 | 99.9+ |
| 4,4'-DDT | 50.4 | <0.1 | 99.9+ |
| Alachlor | 40.4 | 0.2 | 99.5 |
| Aldrin | 50.2 | <0.1 | 99.9+ |
| Alpha-BHC | 49.8 | <0.1 | 99.9+ |
| Ametryn | 50.0 | <0.1 | 99.9+ |
| Atraton | 51.2 | <0.1 | 99.9+ |
| Atrazine | 9.9 | <0.1 | 99.9+ |
| Beta-BHC | 49.9 | <0.1 | 99.9+ |
| Bromacil | 51.2 | <0.1 | 99.9+ |
| Carbofuran | 80.2 | <0.1 | 99.9+ |
| Chlordane | 40.2 | 0.2 | 99.5 |
| Chlorneb | 51.0 | 0.3 | 99.4 |
| Chlorobenzilate | 49.9 | 0.3 | 99.4 |
| Chlorothalonil | 50.2 | 0.2 | 99.6 |
| Chlorprophane | 51.2 | 0.2 | 99.6 |
| Chlorpyrifos | 51.3 | 0.2 | 99.6 |
| Cyanizene | 51.1 | 0.3 | 99.4 |
| Delta-BHC | 50.9 | 0.4 | 99.2 |
| Dichlorvos | 50.2 | 0.3 | 99.4 |
| Dieldrin | 50.9 | 0.5 | 99.0 |
| Diphenamid | 51.2 | 0.8 | 98.4 |
| Disulfoton | 50.4 | 0.9 | 98.2 |
| Endosulfan Sulfate | 51.0 | 0.5 | 99.0 |
| Endrin | 6.1 | 0.8 | 86.9 |
| Endrin Aldehide | 51.5 | 0.7 | 98.6 |
| Endrin Ketone | 51.0 | 0.6 | 98.8 |
| Endusulfan I | 49.8 | 0.4 | 99.2 |
| Endusulfan II | 50.3 | 0.8 | 98.4 |
| Ethoprop | 50.4 | 0.9 | 98.2 |



# ENVIROTEK LABORATORIES, INC.

Wilmington, Delaware 19804
PHONE 856-583-0445 www.enviroteklab.com
EPA ID # DE00946 IAPMO ID # 000102

| Drinking Water Contaminant Tested | Influent Water Concentration in µg/L | Filter Element ProOne® G2.0 Effluent Concentration in µg/L | % Reduction |
|---|---|---|---|
| **Pesticide Contaminants in µg/L** | | | |
| Fenamiphos | 51.2 | 0.6 | 98.8 |
| Fenarimol | 50.4 | 0.9 | 98.2 |
| Fluoridone | 51.4 | 0.3 | 99.4 |
| Gamma-BHC (Lindane) | 2.1 | <0.1 | 99.9+ |
| Glyphosate | 798 | 0.2 | 100.0 |
| Heptachlor | 80.0 | 0.6 | 99.3 |
| Heptachlor Epoxide | 4.0 | 0.6 | 85.0 |
| Methoxychlor | 122 | 0.8 | 99.3 |
| Molinate | 50.4 | 0.6 | 98.8 |
| PCB's | 10.4 | 0.7 | 93.3 |
| Prometron | 50.1 | 0.2 | 99.6 |
| Simazine | 12.0 | 0.1 | 99.2 |
| Toxaphene | 15.3 | 0.1 | 99.3 |
| **Semivolatile Contaminants in µg/L** | | | |
| Acenaphthylene | 50.2 | 1.0 | 98.0 |
| Anthracene | 50.2 | 1.1 | 97.8 |
| Benz[a]anthracene | 51.8 | 1.1 | 97.9 |
| Benzo[b]fluoranthene | 50.4 | 1.2 | 97.6 |
| Benzo[k]fluoranthene | 50.4 | 1.3 | 97.4 |
| Benzo[a]pyrene | 51.9 | 1.2 | 97.7 |
| Benzo[g,h,i]perylene | 50.2 | 1 | 98.0 |
| Butylbenzylphthalate | 50.4 | 1.2 | 97.6 |
| Carboxin | 50.5 | 1.1 | 97.8 |
| 2-Chlorobiphenyl | 50.4 | 1.2 | 97.6 |
| Chrysene | 50.5 | 1.3 | 97.4 |
| Cycloate | 49.8 | 0.5 | 99.0 |
| Dacthal (DCPA) | 49.6 | 0.5 | 99.0 |
| Diazinon | 50.2 | 0.6 | 98.8 |
| Dibenz[a,h]anthracene | 50.3 | 0.8 | 98.4 |
| Di-n-Butylphthalate | 51.4 | 0.9 | 98.2 |
| 2,3-Dichlorobiphenyl | 52.3 | 0.9 | 98.3 |
| Diethylphthalate | 50.2 | 0.9 | 98.2 |
| Di(2-ethylhexyl)adipate | 51.2 | 0.2 | 99.6 |
| Di(2-ethylhexyl)phthalate | 50.3 | 0.8 | 98.4 |
| Dimethylphthalate | 51.8 | 0.2 | 99.6 |
| EPTC | 52.3 | 0.8 | 98.5 |
| Fluorene | 51.2 | 0.9 | 98.2 |
| 2,2', 3,3', 4,4', 6-Heptachlorobiphenyl | 50.0 | 0.8 | 98.4 |
| Hexachlorobenzene | 49.9 | 0.9 | 98.2 |
| 2,2', 4,4', 5,6'-Hexachlorobiphenyl | 51.2 | 0.6 | 98.8 |
| Hexachlorocyclohexane, alpha | 50.0 | 0.9 | 98.2 |
| Hexachlorocyclohexane, beta | 50.2 | 0.9 | 98.2 |
| Hexachlorocyclohexane, delta | 50.4 | 0.9 | 98.2 |
| Hexachlorocyclopentadiene | 51.9 | 0.9 | 98.3 |
| Hexazinone | 51.4 | 0.2 | 99.6 |
| Indeno[1,2,3,c,d]pyrene | 50.1 | 0.8 | 98.4 |
| Isophorone | 50.0 | 0.2 | 99.6 |
| Merphos | 50.5 | 0.2 | 99.6 |
| Methyl Paraoxon | 50.8 | 0.2 | 99.6 |
| Norflurazon | 50.4 | 0.2 | 99.6 |
| 2,2', 3,3', 4,5', 6,6'-Octachlorobiphenyl | 51.2 | 0.2 | 99.6 |
| Pebulate | 50.8 | 0.2 | 99.6 |
| 2,2', 3', 4,6'-Pentachlorobiphenyl | 49.2 | 0.5 | 99.0 |
| Pentachlorophenol | 51.2 | 0.5 | 99.0 |
| Phenanthrene | 50.1 | 0.5 | 99.0 |
| cis-Permethrin | 50.2 | 0.2 | 99.6 |
| trans-Permethrin | 49.0 | 0.5 | 99.0 |
| Prometon | 51.0 | 0.5 | 99.0 |
| Prometryn | 51.0 | 0.2 | 99.6 |

Report #17-147
Page 4 of 7



# ENVIROTEK LABORATORIES, INC.

Wilmington, Delaware 19804
PHONE 856-583-0445 www.enviroteklab.com
EPA ID # DE00946 IAPMO ID # 000102

| Drinking Water Contaminant Tested | Influent Water Concentration in µg/L | Filter Element ProOne® G2.0 Effluent Concentration in µg/L | % Reduction |
|---|---|---|---|
| Pronamide | 49.0 | 0.3 | 99.4 |
| Propachlor | 50.0 | 0.3 | 99.4 |
| Propazine | 50.9 | 0.6 | 98.8 |
| Triademefon | 49.2 | 0.9 | 98.2 |
| 2,4,5-Trichlorobiphenyl | 49.0 | 0.2 | 99.6 |
| Tricyclazole | 49.4 | 0.5 | 99.0 |
| Trifluralin | 50.5 | 0.2 | 99.6 |
| Vernolate | 50.2 | 0.3 | 99.4 |
| **Disinfectant and Inorganic Non-Metallic Contaminants in mg/L** | | | |
| Chloramines | 3.1 | <0.1 | 99.9+ |
| Free Chlorine | 2.1 | <0.1 | 99.9+ |
| Chloride | 250 | <0.1 | 99.9+ |
| Perchlorate | 0.100 | <0.004 | 99.9+ |
| Cyanide | 50 | <0.1 | 99.9+ |
| Sodium Fluoride | 8.0 | 0.2 | 97.5 |
| Hexafluorosilicate | 8.3 | 0.4 | 94.0 |
| Fluorosilic Acid | 8.1 | 0.3 | 96.3 |
| Nitrates | 27.2 | 0.5 | 98.2 |
| Nitrites | 2.9 | <0.1 | 99.9+ |
| Turbidity | 11.0 | <0.5 | 99.9+ |
| **Herbicide Contaminants in µg/L** | | | |
| Dalapon | 152 | 0.1 | 99.9 |
| Dicamba | 150 | 0.5 | 99.7 |
| Dinosep | 20.2 | 0.9 | 95.5 |
| Dichlorporp | 150 | 0.8 | 99.5 |
| 2,4-D | 210 | 0.7 | 99.7 |
| Pentachlorophenol | 10.2 | 0.8 | 92.2 |
| Picoram | 151 | 0.5 | 99.7 |
| 2,4,5-T | 152 | 0.9 | 99.4 |
| 2,4,5-TP (Silvex) | 151 | 0.8 | 99.5 |
| 2,4-DB | 150 | 1.2 | 99.2 |
| Bentazom | 149 | 0.9 | 99.4 |
| DCPA | 149 | 1.3 | 99.1 |
| Quinclorac | 151 | 0.9 | 99.4 |
| Aciflurfen | 149 | 0.7 | 99.5 |
| **Pharmaceutical Drugs Contaminants in µg/L** | | | |
| Acetaminofen | 20.2 | 0.8 | 96.0 |
| Caffeine | 19.8 | 0.9 | 95.5 |
| Carbamazepine | 20.3 | 0.8 | 96.1 |
| Ciprofloxacin HCl | 20.4 | 0.9 | 95.6 |
| Erythromycin USP | 20.5 | 0.7 | 96.6 |
| Sulfamethoxazole | 20.6 | 0.5 | 97.6 |
| Trimethoprim | 21.0 | 0.4 | 98.1 |
| Bisphenol A | 20.9 | 0.9 | 95.7 |
| Diclofenac Sodium | 19.6 | 0.9 | 95.4 |
| 4-para-Nonylphenol | 20.0 | 0.6 | 97.0 |
| 4-tert-Octylphenol | 20.4 | 0.8 | 96.1 |
| Primidone | 20.9 | 0.9 | 95.7 |
| Progestrone | 20.5 | 1.1 | 94.6 |
| Gemfibrozil | 20.4 | 1.2 | 94.1 |
| Ibuprofen | 20.3 | 0.9 | 95.6 |
| Naproxen Sodium | 20.2 | 0.9 | 95.5 |
| Triclosan | 20.9 | 1.1 | 94.7 |
| **Microbiological Contaminants in Colonies Forming Units/100mL (CFU/mL)** | | | |
| Total coliform | $10^8$/L | 1 CFU/100mL | 99.999+ |
| Eschericia coli | $10^8$/L | 0 CFU/100mL | 99.999+ |
| Fecal Coliform | $10^8$/L | 0 CFU/100mL | 99.999+ |
| Klebsiella pneumoniae | $10^8$/L | 0 CFU/100mL | 99.999+ |



# ENVIROTEK LABORATORIES, INC.

Wilmington, Delaware 19804
PHONE 856-583-0445 www.enviroteklab.com
EPA ID # DE00946 IAPMO ID # 000102

| Cryptosporidium, Giardia lamblia (polystyrene Microsphere) | 10⁶ microspheres/L | <10 oocysts/L | 99.999+ |
|---|---|---|---|

## Radiological Contaminants (pCi/L)

| Gross Alpha:<br>  Americum 241<br>  Plutonium 236<br>  Uranium 238<br>  Thorium 232<br>  Radium 226 and 228<br>  Polonium 210 | 35.50 pCi/L | 6.53 pCi/L | 81.6% |
|---|---|---|---|
| **Drinking Water Contaminant Tested** | **Influent Water Concentration in µg/L** | **Filter Element ProOne® G2.0  Effluent Concentration in µg/L** | **% Reduction** |
| Gross Beta:<br>  Tritium<br>  Cobalt 60<br>  Strontium 70<br>  Technetium 99<br>  Iodine 129 and 131<br>  Cesium 137 | 24.91 pCi/L | 3.95 pCi/L | 84.1% |

## Fluorinated Organic Acids in µg/L

| | | | |
|---|---|---|---|
| Perfluorobutane Sulfonate (PFBS) | 1.0 | <0.002 | 99.9+ |
| Perfluorodecanoic acid (PFDA) | 1.0 | <0.002 | 99.9+ |
| Perfluorohexanoic acid (PFHxA) | 1.0 | <0.002 | 99.9+ |
| Perfluorononanoic acid (PFNA) | 1.0 | <0.002 | 99.9+ |
| Perfluorooctanoic Acid (PFOA) Surrogate (C8) | 1.0 | <0.002 | 99.9+ |
| Perfluorooctane Sulfonate (PFOS) | 1.0 | <0.002 | 99.9+ |
| Perfluorohexane Sulfonate (PFSxS) | 1.0 | <0.002 | 99.9+ |
| Polytetrafluoroethylene (PTFE) | 1.0 | <0.002 | 99.9+ |
| Fluorotelomer alcohol 8:2 (PTOH) | 1.0 | <0.002 | 99.9+ |

## Copepods (Parasite) Contaminants

| | | | |
|---|---|---|---|
| Tigriopus californicus | 10⁴/L | 0 | 99.999+ |
| Tisbe biminiensis | 10⁴/L | 0 | 99.999+ |
| Apocyclops panamensis | 10⁴/L | 0 | 99.999+ |

## Blue-Green Algae (Parasite) Contaminants

| | | | |
|---|---|---|---|
| Microspora amoena (green algae) | 10⁴/L | 0 | 99.999+ |
| Anabaena (blue-green algae) | 10⁴/L | 0 | 99.999+ |
| Eucapsis (blue-green algae) | 10⁴/L | 0 | 99.999+ |
| Fischerella (blue-green algae) | 10⁴/L | 0 | 99.999+ |
| Spirulina (blue-green algae) | 10⁴/L | 0 | 99.999+ |
| Merismopedia (blue-green algae) | 10⁴/L | 0 | 99.999+ |
| Tolypothrix (blue-green algae) | 10⁴/L | 0 | 99.999+ |

## Micro-Plastic Contaminants

| | | | |
|---|---|---|---|
| Micro-plastic spheres (2 microns size) | 10⁶ microspheres/L | <10 microspheres/L | 99.999+ |

## 1,4 – Dioxane

| | | | |
|---|---|---|---|
| 1,4-Dioxane | 20.1 | <0.2 | >99.9% |



# ENVIROTEK LABORATORIES, INC.

Wilmington, Delaware 19804
PHONE 856-583-0445 www.enviroteklab.com
EPA ID # DE00946 IAPMO ID # 000102

**CERTIFICATION OF RESULTS:**
I certify in writing that all analyses, and reporting performed herein, comply with all requirements set forth in
N.J.A.C. 7:9E and N.J.A.C. 7:18, and hereby certify that this laboratory is in compliance with all laboratory
certification and quality control procedures and requirements as set forth in N.J.A.C. 7:18; the NYCRR Subpart
55-2 and the National Environmental Laboratory Accreditation Conference (NELAC) Institute Standards.

**Disclaimer:** The test results are only related to the filter sample tested.

*Jaime A. Young*
Jaime Young
Lab Director



The reduction of contaminants or other substances that may be present in your water supply may vary depending a wide
variety of factors.  The purchaser of this filter cannot rely on the results from this lab report, and there is no guarantee that the
purchaser of this filter will obtain the same or similar results to those in this lab report.  Actual results may vary from the results
in this lab report depending upon water sources, the installation of the water filter and related products and other factors.  The
contaminants or other substances reduced are not necessarily present in all users' water. Some contaminants maybe more
easily filtered than others. Percentage of reduction will vary over the life of the filter based on the level of contaminants found
in your water supply, user rate and psi of your water source. Testing was performed under standard laboratory conditions. Do
not use with water that is microbiologically unsafe or of unknown water quality without adequate disinfection.
This filter is covered by a 30-day money back refund and limited warranty. For more information, see www.prooneusa.com,
Terms and Conditions.

# ENVIROTEK LABORATORIES, INC.

120 White Owl Trail Mullica Hill, NJ 08062
PHONE 856-478-0010 www.enviroteklab.com
EPA ID # NJ01298 NJ DEP ID # 08012

## PROONE-G2.0 NSF PROTOCOL P231 TEST REPORT

Report # 14-286 (ProOne-G2.0)
Report Date: 5/01/2020
Customer Name: ProOne Water Purification Systems

## EXECUTIVE SUMMARY

The ProOne-G2.0 filter element was tested for Microbiological Reduction following the NSF protocol P231 for a total volume of 50 gallons. The ProOne-G2.0 filter qualifies as a microbiological water purifier set forth by the NSF protocol P231 for 50 gallons.

## INTRODUCTION

The ProOne-G2.0 filter element was tested for Microbiological Reduction following the NSF protocol P231 for a total volume of 50 gallons. The filter was challenged with tap water adjusted and spiked with Bacteria (Klebsiella terrigena); virus (Poliovirus 1 and Rotavirus); and Cyst (Giardia lamblia) and tested using Standard Methods for the Examination of Water. The ProOne-G2.0 filter qualifies as a microbiological water purifier set forth by the NSF protocol P231 for 50 gallons.

## REAGENTS, MATERIALS, AND LAB EQUIPMENT

Barnstead Lab-Line Incubator.
Klebsiella terrigena  (produced by overnight growth in nutrient broth).
Poliovirus 1 (Virus)/Rotavirus (produced by the Smith and Gerba technique from bovine and porcine sources).
Giardia lamblia (Polybead 4-6 micron spheres Cat 17134 Lot 614641).
Sterile water, phosphate buffer.
Amscope Mircroscope Digital Model MD600.
ProOne-G2.0 Water Filter Element.

## PROCEDURE

Flushed the filter with approximately 1 gallon of sterile water. Prepared 5 gallons of challenge influent water daily with Klebsiella terrigena at a concentration of $10^8$/L, Poliovirus at $10^7$/L, Rotavirus at $10^7$/L, and Giardia lamblia at $10^6$/L. Tables 2, 4, 6, and 8 summarize the Influent water properties for each micro-organism. Passed 5 gallons of Influent water through the filter per day, every day until a total volume of 50 gallons passed through the filter. Collected the effluent water and analyzed the filtered water every 5 gallons for micro-organisms following the Standard Methods of Analysis of Water 21st Edition, methods SM 9222-F (Klebsiella); SM 9510-B (virus); SM9711-B (cyst). The results are summarized in Tables 1, 3, 5, and 7 below.

## RESULTS

### Table 1
### Klebsiella terrigena (Bacteria) Test Results

| Accumulated volume | Influent Water Concentration | Filtered Water Concentration | % Reduction | Criteria: Minimum % Reduction 99.9999 |
|---|---|---|---|---|
| Initial (1 gallon) | $10^8$/L | <10 CFU/L | >99.9999 | Passed |
| 5 gallons | $10^8$/L | <10 CFU/L | >99.9999 | Passed |
| 10 gallons | $10^8$/L | <10 CFU/L | >99.9999 | Passed |
| 15 gallons | $10^8$/L | <10 CFU/L | >99.9999 | Passed |
| 20 gallons | $10^8$/L | <10 CFU/L | >99.9999 | Passed |
| 25 gallons | $10^8$/L | <10 CFU/L | >99.9999 | Passed |
| 30 gallons | $10^8$/L | <10 CFU/L | >99.9999 | Passed |
| 35 gallons | $10^8$/L | <10 CFU/L | >99.9999 | Passed |
| 40 gallons | $10^8$/L | 10 CFU/L | 99.9999 | Passed |
| 45 gallons | $10^8$/L | 20 CFU/L | 99.9999 | Passed |
| 50 gallons | $10^8$/L | 30 CFU/L | 99.9999 | Passed |

### Table 2
### Influent Challenge Water Properties

| Parameter | Influent Challenge Water | Target |
|---|---|---|
| pH | 7.20 to 7.50 | 6.5 to 8.5 |
| Temperature | 20.5 ꝗC to 22.5 ꝗC | 20 ꝝ 5ꝗC |
| TDS | 250 to 450 mg/L | 50 - 500 mg/L |
| Turbidity | 2.5 to 4.5NTU | 0.1 to 5 Nephelometric Turbidity Units |
| TOC | 2.7 to 3.5.mg/L | 0.1 to 5.0 mg/L |

# ENVIROTEK LABORATORIES, INC.

120 White Owl Trail Mullica Hill, NJ 08062
PHONE 856-478-0010 www.enviroteklab.com
EPA ID # NJ01298 NJ DEP ID # 08012

**Table 3**
**Poliovirus 1 (Virus) Test Results**

| Accumulated volume | Influent Water Concentration | Filtered Water Concentration | % Reduction | Criteria: Minimum % Reduction 99.99 |
|---|---|---|---|---|
| Initial (1 gallon) | $10^7$/L | <10 PFU/L | >99.99 | Passed |
| 5 gallons | $10^7$/L | <10 PFU/L | >99.99 | Passed |
| 10 gallons | $10^7$/L | <10 PFU/L | >99.99 | Passed |
| 15 gallons | $10^7$/L | <10 PFU/L | >99.99 | Passed |
| 20 gallons | $10^7$/L | <10 PFU/L | >99.99 | Passed |
| 25 gallons | $10^7$/L | <10 PFU/L | >99.99 | Passed |
| 30 gallons | $10^7$/L | <10 PFU/L | >99.99 | Passed |
| 35 gallons | $10^7$/L | <10 PFU/L | >99.99 | Passed |
| 40 gallons | $10^7$/L | 10 PFU/L | 99.99 | Passed |
| 45 gallons | $10^7$/L | 10 PFU/L | 99.99 | Passed |
| 50 gallons | $10^7$/L | 10 PFU/L | 99.99 | Passed |

**Table 4**
**Influent Challenge Water Properties**

| Parameter | Influent Challenge Water | Target |
|---|---|---|
| pH | 7.20 to 7.80 | 6.5 to 8.5 |
| Temperature | 18.5 qC to 20.5 qC | 20 r 5qC |
| TDS | 250 to 350 mg/L | 50 - 500 mg/L |
| Turbidity | 2.5 to 4.5NTU | 0.1 to 5 Nephelometric Turbidity Units |
| TOC | 2.6 to 3.8.mg/L | 0.1 to 5.0 mg/L |

**Table 5**
**Rotavirus (Virus)Test Results**

| Accumulated volume | Influent Water Concentration | Filtered Water Concentration | % Reduction | Criteria: Minimum % Reduction 99.99 |
|---|---|---|---|---|
| Initial (1 gallon) | $10^7$/L | <10 PFU/L | >99.99 | Passed |
| 5 gallons | $10^7$/L | <10 PFU/L | >99.99 | Passed |
| 10 gallons | $10^7$/L | <10 PFU/L | >99.99 | Passed |
| 15 gallons | $10^7$/L | <10 PFU/L | >99.99 | Passed |
| 20 gallons | $10^7$/L | <10 PFU/L | >99.99 | Passed |
| 25 gallons | $10^7$/L | <10 PFU/L | >99.99 | Passed |
| 30 gallons | $10^7$/L | <10 PFU/L | >99.99 | Passed |
| 35 gallons | $10^7$/L | <10 PFU/L | >99.99 | Passed |
| 40 gallons | $10^7$/L | 10 PFU/L | 99.99 | Passed |
| 45 gallons | $10^7$/L | 10 PFU/L | 99.99 | Passed |
| 50 gallons | $10^7$/L | 10 PFU/L | 99.99 | Passed |

**Table 6**
**Influent Challenge Water Properties**

| Parameter | Influent Challenge Water | Target |
|---|---|---|
| pH | 7.20 to 7.80 | 6.5 to 8.5 |
| Temperature | 18.5 qC to 20.5 qC | 20 r 5qC |
| TDS | 250 to 350 mg/L | 50 - 500 mg/L |
| Turbidity | 2.5 to 4.5NTU | 0.1 to 5 Nephelometric Turbidity Units |
| TOC | 2.6 to 3.8.mg/L | 0.1 to 5.0 mg/L |

# ENVIROTEK LABORATORIES, INC.

120 White Owl Trail Mullica Hill, NJ 08062
PHONE 856-478-0010 www.enviroteklab.com
EPA ID # NJ01298 NJ DEP ID # 08012

**Table 7**
**Giardia lamblia (Cyst)Test Results**

| Accumulated volume | Influent Water Concentration | Filtered Water Concentration | % Reduction | Criteria: Minimum % Reduction 99.99 |
|---|---|---|---|---|
| Initial (1 gallon) | $10^6$/L | <10 oocysts/L | >99.9 | Passed |
| 5 gallons | $10^6$/L | <10 oocysts/L | >99.9 | Passed |
| 10 gallons | $10^6$/L | <10 oocysts/L | >99.9 | Passed |
| 15 gallons | $10^6$/L | <10 oocysts/L | >99.9 | Passed |
| 20 gallons | $10^6$/L | <10 oocysts/L | >99.9 | Passed |
| 25 gallons | $10^6$/L | <10 oocysts/L | >99.9 | Passed |
| 30 gallons | $10^6$/L | <10 oocysts/L | >99.9 | Passed |
| 35 gallons | $10^6$/L | <10 oocysts/L | >99.9 | Passed |
| 40 gallons | $10^6$/L | 10 oocysts/L | 99.9 | Passed |
| 45 gallons | $10^6$/L | 10 oocysts/L | 99.9 | Passed |
| 50 gallons | $10^6$/L | 20 oocysts/L | 99.9 | Passed |

**Table 8**
**Influent Challenge Water Properties**

| Parameter | Influent Challenge Water | Target |
|---|---|---|
| pH | 7.15 to 7.50 | 6.5 to 8.5 |
| Temperature | 18.0 qC to 20.5 qC | 20 r 5qC |
| TDS | 200 to 300 mg/L | 50 - 500 mg/L |
| Turbidity | 3.5 to 4.5NTU | 0.1 to 5 Nephelometric Turbidity Units |
| TOC | 3.0 to 4.5mg/L | 0.1 to 5.0 mg/L |

CONCLUSION:
The ProOne-G2.0 Filter meets the requirements for the Microbiological Reduction NSF Protocol P231 for 50 gallons. Passed.

*Jaime A. Young*

Jaime A. Young
Lab Director

The reduction of contaminants or other substances that may be present in your water supply may vary depending a wide variety of factors. The purchaser of this filter cannot rely on the results from this lab report, and there is no guarantee that the purchaser of this filter will obtain the same or similar results to those in this lab report. Actual results may vary from the results in this lab report depending upon water sources, the installation of the water filter and related products and other factors. The contaminants or other substances reduced are not necessarily present in all users' water. Some contaminants maybe more easily filtered than others. Percentage of reduction will vary over the life of the filter based on the level of contaminants found in your water supply, user rate and psi of your water source. Testing was performed under standard laboratory conditions. Do not use with water that is microbiologically unsafe or of unknown water quality without adequate disinfection.
This filter is covered by a 30-day money back refund and limited warranty. For more information, see www.prooneusa.com, Terms and Conditions.

# Gravity Water Filtration Systems

Traveler +          Big II          Big +



**ProOne**®

W A T E R   F I L T E R S

## Instructions

Exhibit D-2, pg. 43

# Thank You...

for purchasing a ProOne® Gravity water filtration system. Systems include NSF/ANSI-42 component certified ProOne® G2.0 filter(s). The stainless gravity gripper systems are made from SS304 stainless and include a stainless steel spigot and non-slip pad. New gripper feature on the stainless systems makes it easy to lift and refill. The Big II system is made of BPA Free plastic and includes a plastic spigot. ProOne® Gravity systems are economical, convenient, easy to use and do not require electricity. Ideal for daily use and emergency preparedness. ProOne® offers gravity systems in sizes for personal, travel or family use.

# About ProOne® Filter Technology

All ProOne G2.0 filters are NSF/ANSI-42 component certified.

 ProOne G2.0 series is Tested and Certified by NSF International against NSF/ANSI Standard 42 for material requirements only.

- ProOne® G2.0 series filters features "all-in-one" filter technology
- NO add-on filter required for fluoride reduction
- NO priming required
- NO need to keep the filter(s) saturated when not in use
- Cleanable with scrubby sponge
- Silver infused ceramic to help prevent the growth of bacteria
- Tested to NSF/ANSI standards. See independent lab reports at www.prooneusa.com
- Store ProOne® filters in a cool and dry place when not in use

# Cycle Times & Replacement

| ProOne System: | Filter Options: | Replacement Time: | Cycle Time: |
|---|---|---|---|
| Traveler + | (1) ProOne 5"<br>(2) ProOne 7" | Up to (6) months<br>Up to (12) months | 3.5 Hours<br>2.5 Hours |
| Big II | (1) ProOne 5"<br>(2) ProOne 7" | Up to (6) months<br>Up to (12) months | 4.5 Hours<br>3.5 Hours |
| Big + | (1) ProOne 7"<br>(2) ProOne 9" | Up to (6) months<br>Up to (12) months | 4 Hours<br>3 Hours |

*ProOne in table represents ProOne G2.0 Filter Elements

# Contents

## Traveler +, Big +, Big II

(a)  knob + hardware (washer, screw)

(b)                              lid

(c)                  upper container
(c1)                     grip support

(d)                  lower container
(d1)                        viewport

(e)        ProOne G2.0 Filter(s)
(e1)      food-grade silicon washer
(e2)                        wing nut

(f)                rubber stopper(s)

(g)            stainless steel spigot
(g1)      stainless steel washers (2)
(g2)         white nylon washers (2)
(g3)                       steel nut

(h)                    non-slip pad

(j)                    plastic spigot
(j1)        black rubber washers
(j2)                      plastic nut

*Number of filters and plugs
vary depending on system size
and filter configuration.



**Do not place gravity systems in direct sunlight.**
For cool or cold water use only.
ProOne® systems are made from imported and domestic components
manufactured to ProOne® Specifications. Assembled in Michigan, USA. For
the latest information and instructions on ProOne® products, please visit
www.prooneusa.com

# Cleaning
Make sure to wash your hands before cleaning.

## Cleaning the Stainless Steel

We recommend to use dish soap or use a 50/50 solution of white vinegar and water. Wash and scrub the stainless steel components using a sponge or soft cloth. Rinse well and allow to air dry before use. Do NOT use dishwasher machine soap.

## Cleaning the Plastic

Use dishsoap only. Wash and scrub the plastic components using a sponge or soft cloth. Rinse well and allow to air dry before use. Do NOT use dishwasher machine soap.

## Cleaning the Filters

It is important to not allow water to leak into the blue stem of the plastic base. Hold filters by the base and place under cool running water for about 2 minutes. While continuously running under water, scrub the white ceramic material with the abrasive side of included sponge. Rinse well and lay on side until ready to install. Do NOT use soap on the filter. Do NOT allow water to enter the stem of the filter.

# Installing
Place your system on a flat surface in a cool place, not in direct sunlight. Use the included (h)non-slip pad under the system.

## Step One: Installing the Knob on the Lid (Traveler +, Big +)

Hold the (a)knob on the top side of the (b)lid and insert the screw with washer from the underside. Tighten securely with screw driver.

## Step Two: Installing the Spigot

**Standard Stainless Steel Spigot**

1.  Remove blue plastic protective cover on the (g1) stainless steel washers.

2.  Place a stainless steel washer and a (g2)white nylon washer onto threaded stem of (g)spigot.

3.  Insert steam through hole of (d)lower container.

4.  Place (g2)white nylon washer and then (g1) stainless steel washer onto threaded stem on the inside of lower container.

5.  Secure in place with (g3) nut. Use included spigot wrench to securely tighten and avoid leaks.



**Plastic Spigot or Sight Glass Spigot**

1. Remove (j1) rubber washer and the (j3)plastic nut from threaded stem of (j)sight glass spigot.

2. Insert stem through hole of (d)lower container.

3. Place other (j1)rubber washer onto stem. Tighten and secure with (j2)plastic nut using standard pliers. Do <u>NOT</u> over tighten.



(j2)    (j1)    (j)

## Step Three: Installing the Filters

1. Take (e)filter and place (e1) rubber washer onto stem.

2. Insert filter stem through hole(s) in (c)upper container.

3. Screw on (e2)wing nut on underside of (c)upper container. Follow steps (1.) and (2.) for each filter. <u>Do NOT over tighten.</u>

4. Plug any remaining hole with the (f)rubber stoppers included.

5. Place (c)upper container onto (d)lower container.

# Using

1. Make sure the spigot is in the off position (turned to right).

2. Pour water into (c)upper container. <u>Do NOT use hot water.</u>

* NOTE: (d)Lower container should be empty before filling upper container to prevent leaks.

4. Water will percolate through the filter and drip into lower container.

5. Cycle water 2-3 times and discard before using system.



# Frequently Asked Questions

## When should I change my filters?

If you notice a difference in the taste/smell of your water and/or a slowdown in the flow rate, this may indicate your filters need to be cleaned. If after cleaning, the flow rate does not speed or you still notice the same taste/smell, it may be time for replacement.

## How do I clean my filters?

Remove your filters from the upper container. Hold the filter by the blue plastic base. Place the ceramic portion under cool running water for about 2 minutes. Scrub the white ceramic material with the abrasive side of included sponge. Rinse well. Do NOT use any soap on filter. Do NOT allow water to enter stem of filter. Lay filters on side until ready to install.

## What if I use a water softener?

We recommended you source your water before it goes through the water softener.

## How often should I clean my filters and system?

It's recommended you clean your entire system once a month,

## How can I check to make sure my filters are working correctly?

Run the "Blue Food Coloring Test" to ensure your filters are working correctly. You'll need LIQUID blue food coloring, available at most grocery stores. First, empty any water from the upper and lower containers. Place a clear container or glass under the stem of each ProOne G2.0 water filter in the lower container. Place the upper container on top of the lower container and fill the upper container with water. For the water pitcher and Scout, place (1) drop of blue food coloring and stir. For Traveler +, the Big +, and the Big II systems, place (2) drops of blue food coloring and stir. After a short period of time, check the clear containers. If the water is either clear or slightly tinted, your filter(s) are working correctly. If you see a definite blue tint, the corresponding filter(s) may need to be replaced. You may notice some blue coloring on the ProOne G2.0 filters after performing the test. This is normal and should go away after a period of time, or you may clean the filters.

## What if a filter fails the blue food coloring test?

Confirm the placement of your washer is correct. Washer should be on the inside of the upper container, directly below the filter base. Ensure the wing nut is securely tightened on the filter's threaded stem. Check to verify that the plugs are firmly installed. Plugs may need replacing over time. If none of these solutions help, please call our customer service center.

## How should I store my filters?

Properly storing your filters is important when your system is not in use. If not using your system for a week or more, remove the lid, drain any water in the upper and lower containers. Remove the ProOne G2.0 water filters from your system and allow to air dry. Wrap your filters in a terrycloth towel and store in a dry, cool place. Do NOT put the filters in a plastic bag or any enclosed container. Do NOT allow filters to freeze when wet. Do NOT place filters in microwave oven. When you use your system again, simply reinstall the filters and discard the first supply of water from the lower container. With the ProOne G2.0 filter, it is NOT necessary to keep the filter saturated at all times.

## How long can I store water in the lower container?

We recommend you cycle water from the lower container on a regular basis. Do not allow water to sit in lower container for more than 3 days. Should you need to store water, use an appropriate water storage container.

## How do I know how much water is in the lower container?

You can either lift the upper container to see the water level or use a sight glass spigot (optional) which shows the water level in the lower container. Remember to use water from the bottom container before refilling the upper container.

## Why is water leaking between the upper and lower containers?

This occurs only when you have filled the upper container with more water than what can fit into the lower container.

## Why is my spigot leaking?

Check the placement of the washers and nut. Try to tighten the nut.

## How do I clean my stainless steel containers?

Remove the filters from the upper container. Remove the spigot. You may clean the system using mild dish soap or a 50-50% solution of white vinegar and water. Use a sponge or soft cloth. Rinse well and dry. Reinstall the filter and spigot.

## Will my filter affect TDS?

Please visit www.ProOneusa.com for information on TDS(PPM).

## Will my filter affect the pH levels?

The ProOne G2.0 filter does not affect the pH of the water.

# Most Tested. Most Trusted.







## Limited Warranty

ProOne® LIMITED WARRANTY. Lincoln-Remi Group, LLC d/b/a ProOne® Water Filters("PO") sells its products with the intent that they are free from defects in materials and workmanship under normal use and care. PO provides a limited warranty to the original retail purchaser of ProOne® products ("Customer") of those ProOne® products described in this Limited Warranty when purchased from ProOne® or an authorized ProOne® dealer. PO will repair or replace any ProOne® product, at it's sole discretion during the warranty period under the following conditions:

Product Name: ProOne Gravity BIG II, Traveler+ and BIG+ systems

If during the five (5)  years following the purchase of a ProOne® Traveler+ or Big+ stainless 304 system, or during one (1) year for the Big II plastic system, excluding the filter elements or media, PO will replace or repair any component in these systems when found to be defective by ProOne®,

No warranty is given as to the service life or performance of any filter media or any filter element because performance of ProOne® filters will vary with water conditions and water consumption. Customer is encouraged to visit the Lab Report Disclaimer under Terms and Conditions at www.prooneusa.com.

ProOne® filter elements come with a one (1) limited warranty against defects in materials and workmanship only.

Any damage caused by misuse or abuse; accident; improper installation; dropped product; failure to follow recommended installation or provide recommended maintenance; transportation damage; neglect; environmental conditions; or any other conditions whatsoever that are beyond the control of PO are excluded from this warranty.

This express limited warranty is the sole and exclusive warranty.

ALL OTHER WARRANTIES, WHETHER EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO, ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS OR FITNESS FOR ANY PARTICULAR PURPOSE OR ANY OTHER POTENTIAL OBLIGATION ON THE PART OF PO WITH RESPECT TO PRODUCTS SOLD BY PO ARE DISCLAIMED. EXCEPT FOR ANY EXPRESS WARRANTIES, ALL ProOne® PRODUCTS ARE SOLD "AS-IS". PO shall not be held liable for any incidental, consequential or special damages of any sort whatsoever. The liability of PO is limited to the original retail purchaser and to the repair or replacement of defective components only during the Warranty Period. Labor charges incurred are not covered under this warranty. No refunds will be given at any time to anyone other than the original retail purchaser, except as provided in the refund policy of ProOne®. Please visit Refunds and Returns under Terms and Conditions at www.prooneusa.com  The Customer is also encouraged to review the Lab Report Disclaimer under Terms and Conditions at www.prooneusa.com. The liability of PO terminates upon the expiration of the Warranty Period or transfer of product ownership

To obtain warranty service on, or replacement of a ProOne® product, Customer should contact ProOne® customer service by email to support@prooneusa.com to confirm eligibility of warranty. Customer may be asked to send, at the sole expense of the Customer: (a)the product including its original packaging; and (b)the dated sales receipt as proof of purchase, and a prepaid return package, to the following address: ProOne, 1200 Benstein Rd, Commerce Twp., MI 48390. NO C.O.D's will be accepted.

This warranty provides you with specific legal rights. You may have additional rights which may vary from country to country. Because of individual country laws and regulations, some of the above limitations and exclusions may not apply to you. For any warranty questions, please call 1-800-544-3533 or email to support@prooneusa.com.

Attention CA, IA and WI Consumers. In compliance with states' law, ProOne products are sold and shipped to residents of these states without any health related performance claims except for aesthetics including chlorine reduction and improvement with taste, odor and sediment. Other states may apply.



🔥 SHOP OUR BEST SELLERS NOW!

Home → News

Previous | Next

# The Oligodynamic Effects Of Copper(Updated 2021)



Have your Sertodo Copper piece engraved!

**Shop now!**

by Yi Ming Lai  |  August 01, 2021  |  4 min read

In recent months, copper once again caught the attention of the world for its usefulness in helping prevent transmission of SARS-corona virus and influenza viruses. Apparently, copper is effective in reducing the transmission of several infectious disease due to its *oligodynamic effect* on bacteria and viruses.

As storing water in copper vessels kills bacteria and makes your drinking water safer, embracing the Ayurvedic way of drinking copper water on the daily has plenty of benefits for you and your family to stay safe during this global pandemic.

If you're ready to learn more about copper water and how the Oligodynamic effect of copper benefits your health, please read on!

## What Is The Oligodynamic Effect?

Drinking copper water the Ayurvedic way everyday bears plenty of health benefits, including helping our bodies make red blood cells and thus boost our immunity. The reason why copper is a great water vessel is because copper vessels such as copper water pitchers and our pure copper water dispenser positively charges the water.

On top of that, this study by the Central For Disease Control And Prevention(CDC) shows that metals such as iron and copper could be used for disinfection of water, incorporated into reusable medical devices and environmental control.

We use cookies on our website to give you the best shopping experience. By using this site, you agree to its use of cookies.

I agree

1/18/23, 4:26 PM                                      Copper Water The Oligodynamic Effect (Updated 2020) – Sertodo



From aiding in weight loss, strengthening your immune system to improving your digestion, copper makes a great water vessel as its oligodynamic effects adds a little something to your daily hydration.

According to this article by Shantiva, the oligodynamic effect is a natural phenomenon defined as "**the ability of small amounts of heavy metals to sterilize and exert a lethal effect on bacteria cells**". This study also concludes that copper ions has a toxic effect on spores, fungi, algae, viruses, prokaryotic and eukaryotic microorganisms.  In low concentrations, consuming water after storing them in metals such as silver and copper ensures that the water is anti-bacterial.

## Modern Scientific Studies About The Oligodynamic Effects Of Copper

In fact, this recent study published in the Journal of Health, Population and Nutrition, scientists examined the effect of storing water in a copper pot on microbially-contaminated drinking water, including harmful bacteria such as E.coli and salmonella.

The results of the contaminated water stored in the copper pots for up to 16 hours at room temperature includes the following:

- The scientists were unable to recover any bacteria from the water
- The water's pH levels had increased, which means it has become alkaline
- Natural alkaline water yields plenty of health benefits as you can see here

In yet another study, scientists have concluded that "water could be safely stored in a copper vessel for 12 hr and 24 h" to disinfect harvested rain water of coli-form, a type of bacteria harmful to our health.

So what does this mean? Essentially, modern scientific studies support the health benefits as well as the safety of treating and storing water in copper vessels!

## How Does The Oligodynamic Effect Work?

This recent study about **killing of enteric bacteria in drinking water by a copper device for use in the home** examined the best way to remove biological contamination from drinking water in a variety of water pitchers made from copper, silver, plastic and clay.

The results from the study show that **copper pitcher** was the most effective at removing bacteria in the water. In fact, there was significant inhibitory effect on bacteria after storing water in a copper pitcher for a few hours.

So, how does the *oligodynamic effect* actually work?

While modern science does not yet fully understand exactly how copper has this unique antimicrobial and antibacterial properties, studies like this one suggest that copper ions inactivate and destroy bacteria by affecting the protein in the bacteria's cell walls. This inadvertently causes membrane damage in bacteria, therefore impeding its growth and multiplication.

## How Safe Is The Consumption Of Copper Water?

The U.S. Environmental Protection Agency's Maximum Contaminant Level (MCL) in drinking water is **1.3 milligrams per liter,** which is based on the assumption of a lifetime of consuming copper water without adverse gastrointestinal effects.

On top of that, the scientists have determined in this study that the copper content of the water stored overnight in copper pots was less than **0.2 ppm(parts per million)**, which is an amount far less than World Health Organization("WHO")'s guideline of **2.0 mg ppm** copper in water as safe drinking water.

## Final Takeaway

We use cookies on our website to give you the best shopping experience. By using this site, you agree to its use of cookies.          I agree

Exhibit D-2, pg. 52

The oligodynamic effect of copper (Updated 2022) - Sertodo...



In conclusion, copper is an effective and economical solution to remove microbes and harmful bacteria from your daily drinking water due to its oligodynamic effect. As copper is also an important mineral the human body needs to function optimally, drinking copper water on the daily also ensures that you are incorporating enough copper into your diet.

Our pure copper water pitchers and Ayurveda drinkware products are excellent choices for everyone to start incorporating the practice of storing and drinking water from copper vessels. Otherwise, our hand hammered copper Apa cup which means water cup is also a great starting point for beginners.

If you would like everyone in your family to start consuming safe drinking water from a copper vessel, our Niagara Water Dispenser is the best option!

## Source:

Studies support use of Copper Water Bottles

Economical solution to remove microbes from harvested roof water

Killing of enteric bacteria in drinking water by a copper device for use in the home: laboratory evidence

Guidelines For Drinking-Water Quality, Fourth Edition

## Related Blog Posts

**5 benefits of using our Copper Water Dispenser in your home or office**

**Sertodo Copper's Holiday EggNog from scratch**

**Sertodo Copper's 2022 Holiday Gift Sets & Bundles**

We use cookies on our website to give you the best shopping experience. By using this site, you agree to its use of cookies.

I agree

The highest quality copper goods made by the master artisans in our shops located in Austin, Texas and Santa Clara del Cobre, Michoacan.

## Help

Copper Care
Engraving FAQ
Guarantee
Reviews
Privacy Policy
Refund Policy
Shipping Policy
Terms of Service

## Main menu

Best Sellers 🏆
Shop
Kitchen
Barware
Drinkware
Entertaining
Engraving
Blog
Since 1997
Contact Us

## Contact Us

Sertodo Copper
(512) 572-0167
Email
3615 OAK SPRINGS DR
AUSTIN TX 78721
United States

© 2023 Sertodo.



We use cookies on our website to give you the best shopping experience. By using this site, you agree to its use of cookies.

I agree

amazon.com/SHTFandGO-Candle-Ceramic-Filter-Activated/dp/B078VLVM66/ref=pd_ci_mcx_pspc_dp_d_2_i...

amazon

Home & Kitchen ▾ | Search Amazon

EN ▾ | Hello, NMCL Account & Lists ▾ | Returns & Orders | 0 Cart

☰ All | Everyday Essentials | Medical Care ▾ | Amazon Basics | Prime ▾ | Groceries ▾ | Shop By Interest | Pharmacy | **Reinventing wholesale, join Amazon Business**

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Replacement HEPA Filter, Compatible with LEVOIT Core 300S, by Laukowind...  ★★★★★ 43  $26⁰⁰ $29.99 ✓prime  **Save 10% more** with Subscribe & Save

Sponsored ⓘ

Home & Kitchen › Heating, Cooling & Air Quality › Parts & Accessories › Air Purifier Parts & Accessories



Click image to open expanded view

## Candle Ceramic Filter Black 7 inch Silver Carbon (1)
Brand: SHTFandGO
★★★☆☆ ✓   14

$29⁰⁰

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

Item Package Quantity: **1**

| 1 $29.00 | 2 $55.00 | 4 $92.00 |

| Material | Ceramic |
| Product Dimensions | 2"D x 2"W x 7"H |
| Item Weight | 2 Pounds |
| Product Benefits | Reduces Parasites |
| Brand | SHTFandGO |

### About this item
- USA Company (Not China)
- Same Specifications as Berkley

$29⁰⁰

FREE delivery **April 29 - May 6**. Details

Or fastest delivery **April 25 - 30**. Details

**In stock**
Usually ships within 3 to 4 days.

Quantity: 1 ▾

**Add to Cart**

**Buy Now**

Ships from  SHTFandGO LLC
Sold by  SHTFandGO LLC
Returns  Eligible for Return, Refund or Replacement...
Payment  Secure transaction

▾ See more

Add to List ▾

Delivering to Durango 81303
**Update location**

All | black berkey filters

EN

Hello, sign in
**Account & Lists**

Returns
**& Orders**

**All** Medical Care Best Sellers Amazon Basics Prime New Releases Music Customer Service Today's Deals Amazon Home

**Tools & Home Improvement** Best Sellers Deals & Savings Gift Ideas Power & Hand Tools Lighting & Ceiling Fans Kitchen & Bath Fixtures Smart Home

Sponsored

‹ Back to results

3 VIDEOS

# Waterdrop NSF/ANSI 42&372 Certified Water Filter, Replacement for Berkey® BB9-2 Black Filters, Berkey® Gravity Water Filter System and Waterdrop King Tank Series, (Pack of 2)

Visit the Waterdrop Store

4.4 1,409 ratings

500+ bought in past month

Price: $66.99 ($33.50 / Count)
FREE Returns

Get $10 off instantly: Pay $56.99 ~~$66.99~~ upon approval for the Amazon Store Card. No annual fee.

Style: **Black Carbon Filters**

**Black Carbon Filters**
**$66.99**
**($33.50 / Count)**

**Material** Activated Carbon

prime

**Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows with Prime**
Try Prime and start saving today with **fast, free delivery**

**One-time purchase:**
$66.99 ($33.50 / Count)

FREE Returns

FREE delivery **Tuesday, April 23**

Or fastest delivery **Sunday, April 21**. Order within 38 mins

Delivering to Durango 81303 - Update location

In Stock

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | WaterdropDirect |
| Returns | Eligible for Return, |

See more

Add a gift receipt for easy returns

**Subscribe & Save:**
5% 10%
$63.64 ($31.82 / Count)
FREE delivery **Tuesday, April 23**

Ships from: Amazon
Sold by: WaterdropDirect

Add to List

New (2) from
$66.99 & **FREE Shipping**.

**Add other items:**



| | |
|---|---|
| **Product Dimensions** | 3.4"D x 7.5"W x 12.6"H |
| **External Testing Certification** | NSF/ANSI 42&372 Certification |
| **Brand** | Waterdrop |

### About this item

- Compatible models: The filter can be replacement for Berkey BB-2 black filters, Travel, Big, Royal, Imperial, Light, Crown Berkey Series. And it is also compatible with Waterdrop Gravity-fed Water Filter System. 💧 The water filter is not sourced by or sponsored by Berkey. Waterdrop is an independent brand.🌟 Please flush filter for 1 min before use by connecting to faucet. Note: if faucet not fully compatible, splashing may occur but won't affect product.

- Efficient filtration: Developed for families that use substandard drinking water, for travel and outdoor activities, the Black Carbon Filters uses natural coconut shell activated carbon and BPA-free housing, which effectively reduces harmful substances such as sand, rust, odor, sediment, and large particles and improves the taste of water. You can get up to 99% of chlorine reduction. (Tested by third party laboratory.) It provides you with clean, safe water.

- Excellent choice: The Black Carbon Filters Replacement for Berkey is precisely designed without resulting in leakage. Covering a wide range of goods, Waterdrop offers products that are better than those released by the original brand. Waterdrop is your reliable choice. Quality is everything. We promise to refund your money if our filter does not fit your original brand.

- Longer service life: The Black Carbon Filters can provide 6,000 gallons of fresh water. For better performance, we recommend that you replace the filter every 6,000 gallons. However, this may vary depending on your water conditions.

- Risk-free purchase: Our professional support team is available 24 hours a day. If you are having issues with the product, please contact us right away.🌟 Note: That TDS level does not fully indicate the quality of the water and our filters DOES NOT lower TDS value.

› See more product details

### Customer ratings by feature

| | |
|---|---|
| Easy to use | 5.0 |
| Easy to install | 4.5 |
| Flavor | 4.0 |
| Value for money | 4.0 |

Waterdrop NSF/ANSI 372 Certified Fluoride Filters, Replacement for Berkey® PF-2®
$51.99
Add to Cart

Waterdrop NSF/ANSI 42&372 Standard Gravity Water Filter, Replacement for Berkey® BB9-2
$89.99
Add to Cart

Waterdrop 2.25G Gravity-fed Water Filter System, with Sight Glass Spigot, NSF/ANSI 42&372
$168.99
Add to Cart

Sponsored

Exhibit D-2, pg. 57

Amazon.com: Waterdrop NSF/ANSI 42&372 Certified Water Filter, Replacement for Berkey-Purifica...

Case 8:24-cv-01106-CV Document 55 Filed 04/22/24 Page 73 of 119



See all reviews

Report an issue with this product or seller

**There is a newer model of this item:**

Waterdrop Upgrade NSF/ANSI 372 Certified Water Filter, Silver Ions Added, Replacement for Berkey® BB9-2 Black Filters, Berkey® Gravity Water Filter System and Waterdrop King Tank Series
$65.99 ($33.00 / Count)
(1,409)
In Stock

**Make it a bundle**
We found 2 bundles with this item:

Waterdrop 1.5 Gallon Countertop Water Filtration System,
$136.99 $206.98
This bundle contains 2 items

Waterdrop NSF/ANSI 42&372 Certified Water Filter,
$109.99 $156.98
This bundle contains 2 items

Waterdrop NSF/ANSI 42&372 Certified Water Filter, Replacement for Berkey® BB9-2 Black Filters,

## Frequently bought together

**This item:** Waterdrop NSF/ANSI 42&372 Certified Water Filter, Replacement for Berkey® BB9...
$66.99 ($33.50/Count)

+

Berkey Authentic Berkey PF-2 Fluoride and Arsenic Reduction Elements (Set of 2 Elements)
$99.99

+

Waterdrop Alkaline Water Filter, Replacement for Berkey® BB9-2 Black Filters and Berke...
$75.99 ($38.00/Count)

Total price:

Add all 3 to Cart

These items are shipped from and sold by different sellers.
Show details

## 4 stars and above

Sponsored ⓘ

Amazon.com: Waterdrop... Case 3:24-cv-01106-CVR... Document 55... Filed 04/22/24... Page 74 of 119 ...Replacement-Berkey-Purifica...

Exhibit D-2, pg. 58









AQUACREST NSF/ANSI 42&372 Standard Water Filter, Replacement for Berkey® Gravity Wa...
1,903
**$76.99** ($19.25/Count)

Save $10.00 with coupon

GLACIER FRESH for BB9-2 Black Purification Water Filter, Replacement for Berkey®
60
**$40.99** ($13.66/Count)

Save 5% with coupon

Nispira Premium Water Filter Black Element Cartridge Compatible with Berkey Counter...
102
**$69.99** ($17.50/Count)

Filterlogic NSF/ANSI 372 Certified Fluoride Water Filter, Replacement for Berkey® P...
532
**$40.99** ($20.50/Count)

Nispira Premium Water Filter Black Element Cartridge Compatible with Berkey Counter...
260
**$36.99** ($18.50/Count)

---

**From the brand**

Exhibit D-2, pg. 59

Amazon.com: Waterdrop... Case 8:24-cv-01106-CV... Document 55... Filed 04/22/24... Page 75 of 119...Berkey-Purifica...

## Product Description

### Waterdrop Black Carbon Filters
*Compatible with the Following Model*

Berkey BB9-2 Black Filters;

Travel, Big, Royal, Imperial, Crown Berkey Series;

Waterdrop King Tank Gravity-fed Water Filter System;

Purewell Gravity Water Filter System;

Alexapure Pro Water Filtration System;

Doulton Super Sterasyl & ATC Super Sterasyl filter, W9361122 & W9361123 system.

This filter is not sourced by or sponsored by original brand.

- Please note this is a compatible spare part and the manufacturers' names and part numbers have been used only for reference. Waterdrop is an independent brand.

- Superior materials to reduce chlorine, sand, heavy metals, rust and sediment. (Tested by third party laboratory.)
- Precisely designed to replacement for Berkey without water leakage.
- The installation is simple. All you need to do is to connect the black carbon filters with the fluoride filters.
- Cost-effective. Offering a more reasonable supply.

### Efficient filtration

The filter effectively reduces various harmful substances such as chlorine, sand, rust, odor, sediment and large particles, ensuring the safety, heath, and quality of water. (Tested by third party laboratory.)

### Superior materials

The filter uses carbon block shell activated carbon and BPA-free housing, improving the taste of water. It provides you with safe and great-tasting water.

### Good replacement choice

This filter designed replacement for the Berkey water filter system, without leaking water. Its functions and quality completely meet your needs, bringing you the wonderful product experience.

### Simple installation

All you need to do is to connect the black carbon filters with the fluoride filters, saving your time and energy.

### Multiple uses

As an ideal system for home, travelling, outdoor activities and emergencies, the filter can provide you with clean and quality water at home and outdoors.

### Cost-effective

Reasonable supply without compromising quality. Our supply is less than half of it, allowing you to enjoy clean and fresh water while saving money.

### Better water for your family

To protect your family, Waterdrop provides quality, safe and great-tasting drinking water for you and your loved ones.



|  | WD-W90 | WD-W90B | WD-W79 | WD-W7990 | WD-BS10 | WD-BST |
|---|---|---|---|---|---|---|
|  | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Reviews | 1,409 | 1,409 | 1,409 | 1,409 | — | 702 |
| Price | $66.99 | $65.99 | $51.99 | $89.99 | $35.99 | $29.99 |
| Materials | Carbon block filter | Carbon block filter, Silver ion added | Fluoride filter | Carbon block & Fluoride filter | Metal | Stainless Steel |
| Filter life | 6000 gallons per pair | 6000 gallons per pair | 1000 gallons per pair | - | - | - |

# Videos



0:15

**Customer Review: Good quality
for diy gravity water filter.**
The Jensens



0:18

**Customer Review: Buyer
Beware! Filters Do Not Work!**
Checkmate



0:

5 years later. Do I still like it?
✅ Glitter My Chaos ✅

Upload your video

---

## Looking for specific info?

---

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | Waterdrop |
| Part Number | WD-W90 |
| Item Weight | 1.65 pounds |
| Product Dimensions | 3.4 x 7.5 x 12.6 inches |
| Item model number | WD-W90 |
| Is Discontinued By Manufacturer | No |
| Size | 2 Count (Pack of 1) |
| Style | Black Carbon Filters |
| Material | Activated Carbon |
| Item Package Quantity | 2 |
| Included Components | Black Replacement Filters *2, User's Manual *1 |
| Batteries Included? | No |
| Batteries Required? | No |

### Additional Information

| | |
|---|---|
| ASIN | B075JBYGXG |
| Customer Reviews | 4.4 — 1,409 ratings<br>4.4 out of 5 stars |
| Best Sellers Rank | #5,274 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement)<br>#7 in Replacement Countertop Water Filters |
| Date First Available | September 10, 2017 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?**

---

## Compare with similar items

This Item          Recommendations






**Waterdrop** NSF/ANSI 42&372 Certified Water Filter, Replacement for Berkey®...

Add to Cart

**Filterlogic** NSF/ANSI 42&372 Certified Water Filter, Replacement for Berkey®...

Add to Cart

**Waterdrop** Upgrade NSF/ANSI 372 Certified Water Filter, Silver Ions Added,...

Add to Cart

**Waterdrop** NSF/ANSI 372 Certified Fluoride Filters, Replacement for Berkey®...

Add to Cart

| | | | | |
|---|---|---|---|---|
| **Price** | $66⁹⁹ | -23% $36⁹⁹ List: $47.99 | $65⁹⁹ | $51⁹⁹ |
| **Delivery** | Get it as soon as **Tuesday, Apr 23** | Get it as soon as **Tuesday, Apr 23** | Get it as soon as **Tuesday, Apr 23** | Get it as soon as **Tuesday, Apr 23** |
| **Customer Ratings** | 4.4  1,409 | 4.3  399 | 4.4  1,409 | 4.4  1,409 |
| **Easy To Install** | 4.5 | 4.5 | 4.5 | 4.5 |
| **Flavor** | 4.0 | 3.6 | 4.0 | 4.0 |
| **Value For Money** | 4.0 | 3.7 | 4.0 | 4.0 |
| **Easy To Use** | 5.0 | — | 5.0 | 5.0 |
| **Sold By** | WaterdropDirect | Water Purity Expert | WaterdropDirect | WaterdropDirect |
| **Material** | Activated Carbon | Activated Carbon | Activated Carbon, Silver Ions | Activated Carbon,Resin |
| **Duration** | 6000 | 6000 | 6000 | / |
| **Certification** | NSF/ANSI 372 Certification | NSF/ANSI 42&372 Certification | ANSI, NSF | NSF/ANSI 372 Certification |
| **Model Number** | WD-W90 | FL-BF90 | — | WD-W79 |
| **Weight** | — | 1.68 pounds | 0.76 kilograms | 1.32 pounds |

---

### Inspiration from this brand

 **Waterdrop**
Visit the Store on Amazon

[ + Follow ]


🔆 Bright Ideas, Fresher Water: Pitcher with Lifespan Indicator!


The reverse osmosis faucet stem is integrated with the base for simple


600 GPD fast water flow can meet the water needs of big families and


Ensure that you water with our h

## Products related to this item

Sponsored ⓘ

    

| | | | | |
|---|---|---|---|---|
| Renami Gravity Water Filter Replacement for Berkey® BB9-2® Black Filters & PF-2® Fl... | FACHIOO Gravity Water Filter Replacement for Berkey® BB9-2 Black Carbon Filters, C... | 【Upgraded】Renami Ceramic Filter Silver Infused Replacement for BB9-2® Black Activat... | AQUACREST NSF/ANSI 42&372 Certified Water Filter, Replacement for Berkey® Gravity W... | Renami 1 Micron Water Filter Replacement for Berkey® BB9-2® Black Purification Elem... |
| 25 | 11 | 28 | 1,903 | 44 |
| $65.99 ($16.50/Count) | $39.99 | $49.99 ($25.00/Count) | $36.99 ($18.50/Count) | $58.99 ($14.75/Count) |
| Save 10% with coupon | Save 10% with coupon | Save 15% with coupon | Save 10% with coupon | Save 5% with coupon |

## Related Posts



**FACHIOO** [+ Follow]

Drink more water using our FACHIOO Water Purification System. Your skin, your hair, your mind

See more Posts >



**AquaticLife** [+ Follow]

A corner view to lighten the mood. For anyone working or studying, it helps ease stress and anxiety

See more Posts >

**EHM**

These alkaline wa... your pitchers and

See more Posts >

## Customer reviews

### 4.4 out of 5

1,409 global ratings

| | | |
|---|---|---|
| 5 star | | 72% |
| 4 star | | 14% |
| 3 star | | 3% |

**Customers say**

Customers like the value, taste and ease of installation of the water filter. For example, they mention it's well worth the purchase, easy to install and use and provides good drinking water with no garden hose flavor. That said some complain about the flow rate and quality.

AI-generated from the text of customer reviews

Exhibit D-2 , pg. 64

Amazon.com: Waterdrop... Case 3:24-cv-01106-CVR ... Document 55 ... Filed 04/22/24 ...placement-Berkey-Purifica... Page 80 of 119



2 star ▬▬▬▬▬▬ 3%
1 star | 8%

⌄ How customer reviews and ratings work

Value ✓ | Taste ✓ | Ease of installation ✓ | Fit ✓ | Appearance ✓ | Quality
Smell | Flow ⊖

**Reviews with images**                                    See all photos ›

Customer Image     Customer Image     Customer Image     Cust

---

### Top reviews from the United States

tricia pusch

**The best gravity water filter.**
Reviewed in the United States on March 27, 2024
Style: Advanced System    Verified Purchase

We love our gravity water filters and have a berkey at home. We wanted something that would filter our water at the cabin but we didn't want to spend hundreds of dollars. The water drop is a great brand for a fraction of the cost. The water tastes so crisp and clean. We

⌄ Read more

2 people found this helpful

[ Helpful ]   Report

Yosemite

**one of the filters was broken but they have sent a replacement already! other works great!**
Reviewed in the United States on March 14, 2024
Style: Black Carbon Filters    Verified Purchase

⌄ Read more

2 people found this helpful

[ Helpful ]   Report

Melissa Peplinski

**Clean water!**
Reviewed in the United States on April 7, 2024
Style: Advanced System    Verified Purchase

Where we live the water is allegedly the cleanest around. But, I can smell when they put extra chlorine and chemicals in the tap water so we got this guy to see if there were any noticeable

⌄ Read more

[ Helpful ]   Report

Helena_Wren

**Great water filtration system!**
Reviewed in the United States on October 8, 2023
Style: Advanced System    Verified Purchase

⌄ Read more

Exhibit D-2, pg. 65

Amazon.com: Waterdrop King Tank... Case 3:24-cv-01106-CVR Document 55... Filed 04/22/24... Page 81 of 119 Replacement-Berkey-Purifica...

11 of 14

It's a major bonus that it's a few hundred dollars cheaper. There isn't a sewer system where I live, and the ground water is terrible. I got a humidifier a few years ago, but have been unable to use it because after filling it with tap water, the mist coming out of it would smell like urine. I've been happily using my humidifier for the past few days and it smells like nothing. I also did the red dye test after it was assembled, and the water came out crystal clear. I've had no issues with leakage after assembly either.

The reason I'm giving it 4/5 stars instead of 5/5 is for two reasons:

1) Before assembly and every month afterwards you're suppose to prime/flush the filters. They supply you with a gasket that you're supposed to attach to the filter and to a water faucet (I've included a picture of this next to my kitchen faucet). They state that the gasket will fit around most faucets, but unless your house was built in the 1990s or before, I'd guess

48 people found this helpful

Helpful    Report

Kerry Blazek

**Would buy again**
Reviewed in the United States on March 19, 2024
Style: Advanced System    Verified Purchase
I love this! I did a lot of research before purchase. We are a family of 5 who drink A LOT of water! This is perfect for us! No leaks, easy to put together, clean water and it looks great.

˅ Read more

3 people found this helpful

Helpful    Report

Checkmate

**Buyer Beware! Filters Do Not Work!**
Reviewed in the United States on December 8, 2023
Style: Black Carbon Filters    Verified Purchase

I am writing this review as a warning to anyone considering purchasing these filters. Buyer beware, these filters do not work and your health is at risk! From the moment I set it up, I had a feeling something wasn't right. The water that came out was cloudy white, far from the crystal clear water one would expect from a supposedly high-quality filter. But what was worse, was the taste. It was downright

˅ Read more

73 people found this helpful

Helpful    Report

Robert J Fuller

**quality**
Reviewed in the United States on March 14, 2024
Style: Black Carbon Filters    Verified Purchase

˅ Read more

2 people found this helpful

| Helpful |    Report

○ Desiree gruny

**Nice quality, easy to put together**
Reviewed in the United States on March 5, 2024
Style: Advanced System    Verified Purchase

˅ Read more

| Helpful |    Report

**See more reviews ›**

## Top reviews from other countries

| Translate all reviews to English |

○ Bruce Graham

**Berkey Water Filters**
Reviewed in Canada on March 30, 2024
Style: Upgraded Black Carbon Filters    Verified Purchase

These ones are much, much better than the last set I bought. This set filters the water quite quickly almosr right down to the bottom of the filter.
Here's the description below of the last set I boguth which I strongly suggest do not buy. I wanted to rate them as minus 1. I had to clean them every few days just to try and get water to filter through.

˅ Read more

Report

○ Christian

**Filter**
Reviewed in Sweden on March 7, 2024
Style: Black Carbon Filters    Verified Purchase

˅ Read more

Report

○ stephen simpson

**Excellent after-care**
Reviewed in the United Kingdom on March 14, 2023
Style: Black Carbon Filters    Verified Purchase

After six months the base separated from the filter and I'm not sure why. I contacted the

˅ Read more

Report

○ fernandez sandrine

**elle s adapté bien sûr ma Fontaine je viens de les changer RAS pour le**

**moment**
Reviewed in France on March 11, 2023
Style: Black Carbon Filters    **Verified Purchase**

⌄ Read more

One person found this helpful

Report

Translate review to English

   Denizen

**UPDATED**
Reviewed in Germany on February 5, 2023
Style: Black Carbon Filters    **Verified Purchase**

Update in replacement filters.
The replacement filters have held up well. Whatever the problem was with the first I received seems to have been resolved and the replacements are working fine.

I reached out to the seller and got an immediate response. I described the problem and sent photos. They very quickly sent replacements. I've primed the replacements and put them in. 24 hours later and they're still intact. I will check again over the next few days and hope that they stay glued to their bases.

I thought it would be smart to save money on filters but now the money I spent was completely wasted. These filters are literally worthless.

I had prepped these like I've always prepped filters for my Berkie but soon after installing,

⌄ Read more

One person found this helpful

Report

See more reviews ›

Case 3:24-cv-01106-CVR Document 55 Filed 04/22/24 Page 84 of 119




PITCHERS/BOTTLES    IN-HOME    REPLACEMENT FILTERS    BEHIND THE FILTER    TECHNOLOGY

# ROTAVIRUS



## SUPPORT

FAQs
Get in Touch
Shipping
Returns & Exchanges
Privacy Policy

**Rotavirus, we filter that.**

Rotaviruses are wheel-shaped ("rota-") viruses that cause intestinal illnesses and are the most common cause of severe diarrhea among infants and children. Before introduction of a rotavirus vaccine in 2006, about 55,000 to 70,000 children were hospitalized from rotavirus infections each year in the United States. Worldwide, more than 600,000 children die from rotavirus infections annually.

Rotaviruses are found in every part of the United States and throughout the world. The virus may be found in water sources such as private wells that have been contaminated with the feces from infected humans. Waste can enter the water through different ways, including sewage overflows, sewage systems that are not working properly, and polluted storm water runoff. Gross! Wells may be more vulnerable to such contamination after flooding, particularly if the wells are shallow, have been dug or bored, or have been submerged by floodwater for long periods of time.

Rotavirus was the leading cause of severe diarrhea among infants and young children in the United States before rotavirus vaccine was introduced in 2006. Prior to vaccine introduction, almost all U.S. children were infected with rotavirus before their 5th birthday. Each year, among U.S. children younger than 5 years of age, rotavirus led to

- more than 400,000 doctor visits,
- more than 200,000 emergency room visits,
- 55,000 to 70,000 hospitalizations, and
- 20 to 60 deaths.

**How do you kill or remove a rotavirus in water?**

To kill or inactivate rotavirus, bring your water to a rolling boil for one minute (at elevations above 6,500 feet, boil for three minutes) Water should then be allowed to cool, stored in a clean sanitized container with a tight cover, and refrigerated. Because of the small size of the virus, most point-of-use water filters will not remove it from water. At Epic Water Filters, we designed the Epic Nano Water Filter pitcher specifically for this virus and we remove it. We also use the same technology in our Outdoor Adventure Water Bottle filter.

Epic Nano (Water Filter Pitcher) >99.99%

Epic Outdoor Adventure Bottle Filter (Water Bottle Filter) >99.99%

@EPICWATERFILTERS

## DRINK UP THE EPIC



## SUPPORT

FAQs
Get in Touch
Shipping
Returns & Exchanges
Privacy Policy

## COMPANY

Our Story
Epic Athletes
Non-profits we support
Sustainability
Reviews
Quick Drips Blog
Filter Certifications

## RESOURCES

Recycling Your Filter
Custom Bottles
The Epic Syndicate
Special Discounts
Contaminants

## THE CLEANEST EMAIL
FOR YOUR INBOX

EMAIL ADDRESS

© 2023, Epic Water Filters USA        Built on Inferno Framework by Wick Creative



Free shipping on orders above $50 (US lower 48 only)                                       United States ⌄

**LifeStraw**
by VESTERGAARD

Shop      Technology      Doing Good      Support                  🔍  👤  📍  🛒 0

Shop / LifeStraw Community Replacement Filter

# LIFESTRAW COMMUNITY REPLACEMENT FILTER

★★★★½  9 Reviews | Write A Review

$74.95

- Protects against viruses, bacteria, parasites, microplastics, dirt, sand, and cloudiness
- Independently lab tested
- Lifetime of 26,000 gallons, enough for 100 people for 3-5 years
- Your purchase has impact: one product, one child, one year of safe water.

PRODUCT:FILTER

Filter

−  1  +        Add To Cart - $74.95

# FREQUENTLY BOUGHT TOGETHER



LifeStraw Community
$375.00
★★★★★ 30 Reviews

LifeStraw
$19.95
● ● ○
★★★★★ 111 Reviews

Sale
LifeStraw Go 650 ml
$25.95  $69.95
○ ● ● +8
★★★★½ 243 Reviews

Sold Out
LifeStraw Community replacement taps
$3.50

# WHAT OUR CUSTOMERS ARE SAYING

4.6 ★★★★⯨   9 Reviews, 5 Q&As

[ ✎ Write A Review ]   [ 💬 Ask A Question ]

__REVIEWS__    QUESTIONS

Filter Reviews

[ 🔍 Search Reviews ]        [ Rating ▾ ]   [ Images & Videos ▾ ]

---

**B**   Breck W.    ✓        01/08/23
★★★★★

Preparation for the fuure

I bought the replacement filters for the future when clean drinking water may be a problem especially with no electricity.

⤴ Share  |        Was This Review Helpful?   👍 0   👎 0

---

**S**   Sam W.    ✓        10/25/22
★★★★★

Have been using the community

Have been using the community filter every day for about five years now to filter rainwater I catch for drinking and cooking water...it works great.I tried another popular system before but was disappointed with the results.I would recommend lifestraw for anyone who needs a reliable long-term source of clean water

⤴ Share  |        Was This Review Helpful?   👍 1   👎 0

---

**D**   Diana P.    ✓        05/05/22
★★★★★

So happy to have this

So happy to have this as a part of being prepared for what ever may come

⤴ Share  |        Was This Review Helpful?   👍 0   👎 0

---

**D**   Debra W.    ✓        03/12/22
★★★★★

Arrived in good shape.

Arrived in good shape.

⤴ Share  |        Was This Review Helpful?   👍 0   👎 0

---

**D**   David O.    ✓        11/07/21
★★★★★

Excellent service

Excellent products and service. Thanks again.

⤴ Share  |        Was This Review Helpful?   👍 2   👎 0

---

**M**   Mark C.    ✓        08/18/21
★★★★★

No can do without equipment

Not possible to review I purchased a filter for the community dispenser that is on back order.

⤴ Share  |        Was This Review Helpful?   👍 3   👎 2

Exhibit D-3, pg. 4



**D**   Dale Y.
★★★★☆                                                                                01/03/23

**The water taste good coming**

The water taste good coming out. I have not used it much. I had some trouble getting started with the unit

⤴ Share  |                                                      Was This Review Helpful?  👍 0   👎 0

---

**W**   Wesley G.
★★★★☆                                                                                03/20/22

**No instructions on how to**

No instructions on how to replace this.

⤴ Share  |  💬 Comments (1)                                  Was This Review Helpful?  👍 3   👎 0

> 🗄 LifeStraw Team                                                                  03/21/22
>
> Hello Wesley! The instructions on how to replace this filter can be found on our manual below on page 16.
> cdn.shopify.com/s/files/1/2631/0778/files/LifeStraw_Community_User_manual.pdf?v=13687146358042479780

---

**I**   Illa S.
★★★☆☆                                                                                10/27/22

**rEPLACEMENT PARTS AND INVENTORY**

I am happy these came back in stock, so much so, I bought TWO. What I am not happy with is that every time I refer your products to my fellows that need emergent water abilities, you are OUT OF STOCK on the larger products you sell.

Please try to fix that.

⤴ Share  |                                                      Was This Review Helpful?  👍 0   👎 0

---



## NEWS, PROMOS & MORE

Sign up and stay in the know on all things LifeStraw

f  𝕏  📷  ▶           Enter your email                                            ›

SUPPORT          PRODUCTS          ABOUT          PARTNERS          CONTACT

Your purchase has impact. For every product sold, a child in need receives    Cookies Policy    Privacy Policy
safe water for an entire year.                                © LifeStraw, 2022. All Rights Reserved.

Pg. 73 of 104

1/18/23, 3:40 PM      LifeStraw Family - Emergency Water Filter & Purifier | Removes Viruses - LifeStraw Water Filters & Purifiers

Case 3:24-cv-01106-CVR Document 55 Filed 04/22/24 Page 89 of 119

Exhibit D-3, pg. 5

Free shipping on orders above $50 (US lower 48 only)      United States



Shop     Technology     Doing Good     Support

  

Shop / LifeStraw Family












# LIFESTRAW FAMILY

SURVIVAL WATER PURIFIER WITH **VIRUS** REMOVAL

★★★★½   13 Reviews | Write A Review

$69.09

Protects against **virus**es, bacteria, parasites, microplastics, dirt, sand, and cloudiness

Independently lab tested, durable and BPA Free

Every fill avoids single use plastic bottled water!

Get replacement filters and accessories here

**Learn More**

|  − | 1 | + |    Add To Cart - $69.09 |

⊘ Emergency Prep     ⊘ Humanitarian

## MORE ABOUT THIS PRODUCT

Specs     Resources     FAQs

### Dimensions

Filter Size: 12.59 in | 31.98 cm

Hose Length: 39.36 in | 99.98 cm

Weight: 1.17 lbs | 0.53 kg

Product Length: 60.24 in | 153 cm

Max Flow Rate: 3.1 gal/hr | 12 L/hr

BPA Free materials

### LifeStraw Membrane Ultrafilter Removes:

99.999999% of bacteria

99.999% **virus**es

99.999% of parasites

99.999% of microplastics, dirt, sand, and cloudiness

Pore size: 0.02 micron

Lasts up to 4,755 gal | 18,000 L

### Additional Filtration Specifications:

Meets NSF/ANSI P231 drinking water standards for the reduction of viruses, bacteria, and parasites

1/18/23, 3:42 PM    LifeStraw Community - High-capacity water purifier for survival, humanitarian work and community settings – LifeStraw Water Filters & Purifiers

Case 3:24-cv-01106-CVR  Document 55  Filed 04/22/24  Page 90 of 119
Exhibit D-3, pg. 6

**LifeStraw** ⫶⫶⫶
by VESTERGAARD

Shop   Technology   Doing Good   Support



## LIFESTRAW COMMUNITY
HIGH-CAPACITY, LONG-LASTING WATER PURIFIER

★★★★★ 30 Reviews | Write A Review

$395.00

Protects against viruses, bacteria, parasites, microplastics, dirt, sand, and cloudiness

Independently lab tested, durable and BPA Free

Includes Ultrafiltration Membrane with a lifetime of 26,000 gallons - enough for 75 people for 3-5 years

Get replacement filters and accessories here

Learn More

STYLE: LIFESTRAW COMMUNITY AUTOFILL

| LifeStraw Community Autofill | LifeStraw Community |

[ − ] 1 [ + ]   Add To Cart - $395.00

ADD A REPLACEMENT FILTER?

✓ Emergency Prep   ✓ Humanitarian

## MORE ABOUT THIS WATER PURIFIER

Specs   Resources   FAQs

### Dimensions

Size (assembled): 22" x 22" x 33.5"

Weight: 17 lbs | 8 kg (without water)

BPA Free, food grade materials (US FDA 21 CFR standards)

Dishwasher safe, once filter is removed

Replaceable and recyclable filter and parts

Safety: when the purifier reaches the end of its lifetime, the membrane clogs naturally, thus eliminating the possibility of anyone drinking contaminated water

Includes: LifeStraw Community, autofill adapter kit for attachment to taps or hoses, assembly instructions, cartridge replacement instructions

### LifeStraw Membrane Ultrafilter Removes:

99.999999% of bacteria (E. coli, Salmonella, etc.)

99.999% of parasites (Giardia, Cryptosporidium, etc.)

99.999% of viruses (Rotavirus, etc.)

99.999% of microplastics

Pore size: 0.02 micron

Filters 70,000-100,000 liters over lifetime

### Additional Filtration Specifications:

Meets US NSF/ANSI P231 drinking water standards for the reduction of viruses, bacteria and parasites

Meets the highest drinking water requirements for WHO and US EPA

## FREQUENTLY BOUGHT TOGETHER








Pg. 75 of 104



Free shipping on orders above $50 (US lower 48 only)

United States

 

Shop     Technology     Doing Good     Support



Shop  LifeStraw Gravity Filters

LIFESTRAW GRAVITY
FILTERS

Shop All Products

Close
Refine By

**WATER CONCERN**

☐ Removes Viruses
☐ Removes Bacteria And Parasites
☐ Removes Microplastics
☐ Reduces Lead
☐ Reduces Chemicals

**PRODUCT TYPE**

☐ Gravity Filter
☐ High-volume Purifier

**Collection**

☐ Outdoors
☐ Emergency Prep
☐ Humanitarian

Show results (6)

Showing 1 - 6 of 6 items

Best selling

New Colors          New Colors

LifeStraw Peak Series Gravity      LifeStraw Peak Series Gravity      LifeStraw Peak Series Gravity
Water Filter System With Safe      Filter System – 8L                 Filter System – 3L
Water Storage - 8L + 8L
                                   $95.95                             $65.95
$149.95
                                   ○ ○                                ○ ○
○ ○
                                   ★★★★☆ ( 5 )                        ★★★★★ (11)

Get 15% Off

Exhibit D-3, pg. 9

1/20/23, 11:25 AM                                    LifeStraw Mission Replacement Filter with Hose – LifeStraw Water Filters & Purifiers

Free shipping on orders above $50 (US lower 48 only)                                          United States  ⌄

**LifeStraw** ▦
by VESTERGAARD

Shop        Technology        Doing Good        Support                          🔍  👤  📍  🛒 ⓪

Shop / LifeStraw Mission Replacement Filter With Hose

# LIFESTRAW MISSION REPLACEMENT FILTER WITH HOSE

★★★★★  4 Reviews | Write A Review

$65.00

- Protects against viruses, bacteria, parasites, dirt, sand, and cloudiness
- Independently lab tested
- Every fill avoids single use plastic bottled water!
- Your purchase has impact: one purchase, one child, one year of safe water
- LifeStraw is proud to a B Corp and Climate Neutral Certified brand, committed to meeting the highest standards of verified social and environmental performance, transparency and accountability

PRODUCT:FILTER

[ Filter ]

[ − 1 + ]        [ Add To Cart - $65.00 ]

# FREQUENTLY BOUGHT TOGETHER                                    [ Shop All ]

https://lifestraw.com/products/lifestraw-mission-replacement-filter-with-hose                1/4

1/18/23, 4:32 PM                    Water purification systems to produce clean safe drinking water.

Case 3:24-cv-01106-CVR   Document 55   Filed 04/22/24   Page 94 of 119
Exhibit D-3, pg. 10



## Tested and trusted
## by those tested and trusted.

Disasters, survival emergencies and the need for humanitarian aid are unfortunately part of the human experience. Luckily, there are people called to help those who find themselves in these situations. We're simply honored and humbled that organizations like The Peace Corps have been using our emergency water filtration systems to help people in need for decades.

## IN AN EMERGENCY, NOTHING IS MORE IMPORTANT THAN CLEAN WATER.



**Outback Ready System**
**$199.00**



**Outback Ready Bundle**
**$299.00**



**Outback Reserve Filters**
**$129.00**

# 4-Stage Process



**1** A coarse cloth removes large particles.

**2** The water filtration sleeve removes any additional contanimates.

**3** The purification stage eliminates bacteria, cysts, and viruses.

**4** The refine stage removes chemicals and contaminants.

Case 3:24-cv-01109-SVR   Document 55   Filed 04/22/24   Page 95 of 119
Exhibit 5 pg. 11




OUTBACK WATER

OUR PRODUCT    HOW IT WORKS



# Outback Ready Water Filtration Survival Bundle

The backup for your backup plan. Get the Outback Ready Bundle with an extra set of our patented Gravity Powered™ water filters and be ready to protect your family from bacteria, cysts and viruses no matter how long an emergency lasts.

**$299.00**    −  1  +

🛒 ADD TO CART

What's included:
- Five-gallon lower chamber
- Two-gallon upper chamber
- Primary filter (NF7)
- Secondary filter (RM300)
- Pre-filter net
- Filter sleeve
- An extra set of filters, a pre-filter and a filter sleeve
- Volume pricing available when purchasing 10 or more





## OTHER PRODUCTS



**Outback Ready System**

**$199.00**



**Outback Reserve Bundle** Exhibit D-3, pg. 12

**$129.00**

About Us    FAQs

Pg. 81 of 104

Exhibit D-3, pg. 13



## 3-Stage Drinking Water System

Great-tasting water for drinking and cooking!
Uses media that is IAPMO Certified Performance to NSF/ANSI P231, NSF/ANSI 42 &
53
>99% Bacteria Reduction
>99% Virus & Cyst Reduction
99% Chlorine Reduction
98% Lead Reduction
Simple to install no drain line required
Comes complete with faucet, available in chrome or brushed nickel

★★★★⯪ 0 Reviews

2 questions and 0 answers for this product

Faucet Finish:

Select SKU

JUMP TO ⌄

# OVERVIEW

The Pelican Water Drinking Water Purification reduces chlorine, lead, virus, bacteria, cysts, particulates and numerous organic compounds from your water, and meets the USEPA's standard for microbiological purifiers. Its three-stage design will discontinue water flow when its capacity to filter unwanted elements is exhausted, conveniently alerting you it is time to replace the filter. Each filter rated for six months or 1,000 gallons, and is quick and easy to replace.

# SPECIFICATIONS



LEARN MORE ABOUT COMMON WATER PROBLEMS AND HOW TO TACKLE THEM IN OUR WATER EDUCATION CENTER.

Get the Facts

# SUPPORT

**WARRANTY**

**TECHNICAL SUPPORT**

We use cookies to personalize content and ads, provide social media features and analyze traffic. By clicking "Accept Cookies" you consent to the use of cookies on your device. To modify cookie settings, click "Cookie Settings

Cookies Settings

Accept Cookies

CALL



★★★★★

| | 0 | 2 | 0 |
|---|---|---|---|
| Search topics and reviews | Reviews | Questions | Answers |

## Reviews

★★★★★ No reviews have been submitted yet.

★★★★★

| | 0 | 2 | 0 |
|---|---|---|---|
| Search questions and answers | Reviews | Questions | Answers |

## Questions

**Ask a question**

1–2 of 2 Questions

Sort by: Most helpful answers ▾

**bigJr148** · 6 months ago

**Cost of replacement filters?**

0 answers

**bruce** · 9 months ago

**what replacement filters do you have for this unit?**

0 answers

We use cookies to personalize content and ads, provide social media features and analyze traffic. By clicking "Accept Cookies" you consent to the use of cookies on your device. To modify cookie settings, click "Cookie Settings"

☎ CALL

https://www.pentair.com/en-us/water-softening-filtration/products/undersink-countertop-filtration-systems/drinking-water-purification-filtration-system.html?queryID=422a557bd062e8cb41c0517178a771af&objectID=htt...    2/2

# Everpure VP-100-QC System (V-500 Virupure)

JUMP TO ⌄





The ViruPure Multi-Stage Purifying System filters bacteria, viruses, particulates and cysts as small as 0.019 microns. This highly engineered design is NSF-International certified as a microbiological purifier.

**Features and Benefits**

Reduces viruses up to 99.99%
Reduces bacteria up to 99.9999%
Reduces chlorine taste and odor and chloramines
Reduces dirt, rust and other particulates
Controls extreme levels of common "off" tastes and odors including those which are earthy, moldy and fishy
Reduces lead to below the Federal Action Level of 15 ppb
Effectively reduces Volatile Organic Chemicals (VOCs), including Trihalomethanes (THMs)

**Reduces these contaminants:**

Bacteria
Viruses
NSF/ANSI Standard 53 certified to reduce cysts such as Cryptosporidium and Giardia by mechanical means.
Volatile Organic Chemicals (VOCs)
Lead
MTBE
THM

**And these substances:**

Chlorine
Chloramine
Limescale
Particulates 0.019 microns and larger in size

EPA Est. Number 002623-IL-002

# RESOURCES

🔲 **EVERPURE LIMITED WARRANTY**

Find out where to purchase online or in a retail location near you.

**WHERE TO BUY**

We use cookies to personalize content and ads, provide social media features and analyze traffic. By clicking "Accept Cookies" you consent to the use of cookies on your device. To modify cookie settings, click "Cookie Settings

**Cookies Settings**

Accept Cookies

APPEAL,CLOSED,JURY

# U.S. District Court
# Northern District of Texas (Fort Worth)
# CIVIL DOCKET FOR CASE #: 4:23-cv-00826-P

Shepherd et al v. Regan et al
Assigned to: Judge Mark Pittman
Demand: $9,999,000
Case in other court:  United States Court of Appeals 5th Circuit,
23-11189
Cause: 05:702 Administrative Procedure Act

Date Filed: 08/08/2023
Date Terminated: 11/17/2023
Jury Demand: Plaintiff
Nature of Suit: 899 Other Statutes:
Administrative Procedure Act/Review or
Appeal of Agency Decision
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**James Shepherd**
*Trustee for the James B. Shepard Trust*

represented by   **Warren V Norred**
Norred Law PLLC
515 E Border Street
Arlington, TX 76010
817-704-3984
Fax: 817-524-6686
Email: warren@norredlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Plaintiff**

**New Millennium Concepts, Ltd.**

represented by   **Warren V Norred**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Plaintiff**

**James B. Shepherd Trust**

represented by   **Warren V Norred**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

V.

**Defendant**

**Michael S Regan**
*Administrator*

represented by   **Shari Howard**
DOJ-Enrd
150 M Street NE
Suite 4th Floor
Washington, DC 20002
202-514-0135
Email: shari.howard@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Andrew Coghlan**
United States Department of Justice
Environment & Natural Resources Division
PO Box 7611
Washington, DC 20002
202-598-9407
Fax: 202-514-8865
*Bar Status: Not Admitted*

**Mark L Walters**
U.S. Department of Justice
Environment & Natural Resources Division,
EDS
P.O. Box 7611
Washington, DC 20044-7611
202-616-9190
Fax: 202-514-8865
Email: mark.walters@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Defendant**

**Environmental Protection Agency**                 represented by  **Shari Howard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Andrew Coghlan**
(See above for address)
*Bar Status: Not Admitted*

**Mark L Walters**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Defendant**

**Christine Tokarz**                 represented by  **Shari Howard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Andrew Coghlan**
(See above for address)
*Bar Status: Not Admitted*

**Mark L Walters**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Defendant**

**David Cobb**                   represented by   **Shari Howard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Andrew Coghlan**
(See above for address)
*Bar Status: Not Admitted*

**Mark L Walters**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Defendant**

**Carol Kemker**                 represented by   **Shari Howard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Andrew Coghlan**
(See above for address)
*Bar Status: Not Admitted*

**Mark L Walters**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Defendant**

**Keriema Newman**               represented by   **Shari Howard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Andrew Coghlan**
(See above for address)
*Bar Status: Not Admitted*

**Mark L Walters**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/09/2023 | 1 (p.8) | COMPLAINT WITH JURY DEMAND against All Defendants filed by New Millennium Concepts, Ltd., James Shepherd. (Filing fee $402; Receipt number ATXNDC-13941974) Clerk to issue summons(es) for federal defendant(s). In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements and Judge Specific Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information - Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Attachments: # 1 (p.8) Declaration(s) Shepherd, # 2 (p.614) Declaration(s) Spaar, # 3 (p.616) Exhibit(s) Relevant Law, # 4 (p.628) COIP, # 5 Cover Sheet) (Norred, Warren) (Entered: 08/09/2023) |
| 08/09/2023 | 2 (p.614) | New Case Notes: A filing fee has been paid. File to: Judge Means. Pursuant to Misc. Order 6, Plaintiff is provided the Notice of Right to Consent to Proceed Before A U.S. Magistrate Judge. Clerk to provide copy to plaintiff if not received electronically. (wxc) (Entered: 08/09/2023) |
| 08/09/2023 | 3 (p.616) | ***DISREGARD-SUMMONS HAS BEEN RE-ISSUED*** Summons Issued as to All Defendants. (wxc) Modified on 8/11/2023 (wxc). (Entered: 08/09/2023) |
| 08/09/2023 | 4 (p.628) | NOTICE OF RECUSAL: The undersigned judge, having assumed senior status, desires to have this case re-assigned to an active-status judge. Case is assigned to the docket of Judge Mark Pittman. Future filings should indicate the case number as: 4:23-cv-826-Y. Senior Judge Terry R Means no longer assigned to case. (Ordered by Senior Judge Terry R Means on 8/9/2023) (bdb) (Entered: 08/09/2023) |
| 08/09/2023 |  | CERTIFICATE OF INTERESTED PERSONS by New Millennium Concepts, Ltd., James Shepherd. (Clerk QC note: Affiliate entry indicated. (See doc 1 (p.8) for image) (bdb) (Entered: 08/10/2023) |
| 08/09/2023 | 5 | MOTION for Temporary Restraining Order filed by New Millennium Concepts, Ltd., James Shepherd. (See doc 1 (p.8) for image) (bdb) (Entered: 08/10/2023) |
| 08/10/2023 | 6 (p.629) | ORDER: Plaintiffs' request for a TRO is DENIED. The Court, however, finds that expedited briefing on the preliminary injunction sought by Plaintiffs is warranted. As such, it is ORDERED that Defendants shall file their response to Plaintiff's motion for a preliminary injunction on or before August 17, 2023. It is further ORDERED that Plaintiffs shall file their reply on or before August 24, 2023. (Ordered by Judge Mark Pittman on 8/10/2023) (bdb) (Main Document 6 replaced on 8/11/2023) (bdb). (Main Document 6 replaced on 8/11/2023) (bdb). (Entered: 08/10/2023) |
| 08/11/2023 | 7 (p.632) | Summons issued as to All Defendants, U.S. Attorney, and U.S. Attorney General. (wxc) (Entered: 08/11/2023) |
| 08/11/2023 | 8 (p.668) | CERTIFICATE OF SERVICE by New Millennium Concepts, Ltd., James Shepherd (Norred, Warren) (Entered: 08/11/2023) |
| 08/17/2023 | 9 (p.669) | RESPONSE filed by Environmental Protection Agency, Michael S Regan re: 5 MOTION for Temporary Restraining Order (Howard, Shari) (Entered: 08/17/2023) |

| 08/17/2023 | 10 (p.672) | Brief/Memorandum in Support filed by Environmental Protection Agency, Michael S Regan re 9 (p.669) Response/Objection *in Support of Opposition to Motion for Preliminary Injunction* (Howard, Shari) (Entered: 08/17/2023) |
| --- | --- | --- |
| 08/17/2023 | 11 (p.710) | Appendix in Support filed by Environmental Protection Agency, Michael S Regan re 9 (p.669) Response/Objection *in Support of Opposition to Motion for Preliminary Injunction* (Howard, Shari) (Entered: 08/17/2023) |
| 08/18/2023 | 12 (p.792) | NOTICE of Attorney Appearance by Shari Howard on behalf of Environmental Protection Agency, Michael S Regan. (Filer confirms contact info in ECF is current.) (Howard, Shari) (Entered: 08/18/2023) |
| 08/24/2023 | 13 | (Document Restricted) PLAINTIFFS MOTION TO FILE AND PRESERVE IN PERPETUITY UNDER SEAL DOCUMENT CONTAINING TRADE SECRET INFORMATION (Sealed pursuant to motion to seal) filed by New Millennium Concepts, Ltd. (Attachments: # 1 (p.8) Declaration(s) TO BE SEALED) (Norred, Warren) (Entered: 08/24/2023) |
| 08/24/2023 | 14 (p.794) | AMENDED COMPLAINT WITH JURY DEMAND against All Defendants filed by James B. Shepherd Trust. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information - Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Attachments: # 1 (p.8) Declaration(s) Jim Shepherd, # 2 (p.614) Declaration(s) Susan Spaar, # 3 (p.616) Relevant Law (Amended), # 4 (p.628) Second Shepherd Declaration) (Norred, Warren) (Entered: 08/24/2023) |
| 08/24/2023 | 15 (p.1480) | REPLY filed by New Millennium Concepts, Ltd. re: 5 MOTION for Temporary Restraining Order (Norred, Warren) (Entered: 08/24/2023) |
| 08/28/2023 | 16 (p.1495) | ORDER: Because the First Amended Complaint does not refer to or incorporate prior pleadings and attempts to rectify issues identified in the First Motion for Preliminary Injunction, the First Motion for a Preliminary Injunction (ECF No. 1 (p.8) ) is DENIED as moot. The Court thus takes up the Amended Preliminary Injunction (ECF No. 14 (p.794) ) and ORDERS the following expedited briefing schedule: Defendants' Response: on or before August 31, 2023. Plaintiffs' Reply: on or before September 5, 2023. It is further ORDERED that the preliminary-injunction hearing scheduled for August 30, 2023, is hereby CANCELED. If needed, a new date for the hearing will be set by the Court after the motion is ripe. (Ordered by Judge Mark Pittman on 8/28/2023) (sre) (Entered: 08/28/2023) |
| 08/31/2023 | 17 (p.1497) | RESPONSE filed by David Cobb, Environmental Protection Agency, Carol Kemker, Keriema Newman, Michael S Regan, Christine Tokarz re: 5 MOTION for Temporary Restraining Order (Walters, Mark) (Entered: 08/31/2023) |
| 08/31/2023 | 18 (p.1500) | Brief/Memorandum in Support filed by David Cobb, Environmental Protection Agency, Carol Kemker, Keriema Newman, Michael S Regan, Christine Tokarz re 17 (p.1497) Response/Objection *to Plaintiffs' Amended Motion for Preliminary Injunction* (Walters, Mark) (Entered: 08/31/2023) |
| 08/31/2023 | 19 (p.1538) | Appendix in Support filed by David Cobb, Environmental Protection Agency, Carol Kemker, Keriema Newman, Michael S Regan, Christine Tokarz re 18 (p.1500) Brief/Memorandum in Support of Motion, 17 (p.1497) Response/Objection *to Plaintiffs' Amended Motion for Preliminary Injunction* (Walters, Mark) (Entered: 08/31/2023) |

| 09/05/2023 | 20 (p.1603) | REPLY filed by James B. Shepherd Trust, New Millennium Concepts, Ltd., James Shepherd re: 5 MOTION for Temporary Restraining Order (Attachments: # 1 (p.8) Affidavit(s)) (Norred, Warren) (Entered: 09/05/2023) |
| 09/07/2023 | 21 (p.1659) | OBJECTION filed by David Cobb, Environmental Protection Agency, Carol Kemker, Keriema Newman, Michael S Regan, Christine Tokarz re: 20 (p.1603) Reply (Howard, Shari) (Entered: 09/07/2023) |
| 09/12/2023 | 22 (p.1665) | ORDER: The Court ORDERS Plaintiffs to provide supplemental briefing of no more than five pages addressing their legal and/or commercial connection to Berkey International and explaining why Plaintiffs bring this action, rather than Berkey International, on or before September 15, 2023. Thereafter, Defendants may submit up to three pages of reply briefing addressing the same points on or before September 20, 2023. (Ordered by Judge Mark Pittman on 9/12/2023) (mmw) (Entered: 09/12/2023) |
| 09/15/2023 | 23 (p.1667) | Supplemental Document by James Shepherd as to 22 (p.1665) Order Setting Deadline/Hearing, . (Norred, Warren) (Entered: 09/15/2023) |
| 09/15/2023 | 24 (p.1672) | REPLY filed by James Shepherd re: 21 (p.1659) Response/Objection (Norred, Warren) (Entered: 09/15/2023) |
| 09/20/2023 | 25 (p.1676) | REPLY filed by David Cobb, Environmental Protection Agency, Carol Kemker, Keriema Newman, Michael S Regan re: 23 (p.1667) Supplemental Document (Howard, Shari) (Entered: 09/20/2023) |
| 09/20/2023 | 26 (p.1682) | Appendix in Support filed by David Cobb, Environmental Protection Agency, Carol Kemker, Keriema Newman, Michael S Regan re 25 (p.1676) Reply *to Plaintiffs' Supplemental Brief* (Howard, Shari) (Entered: 09/20/2023) |
| 09/26/2023 | 27 | (Document Restricted) Sealed ORDER granting sealed motion 13 . The Court GRANTS the Motion. Accordingly, the documents attached as Exhibit A to Plaintiff's Motion shall be considered filed under seal as of September 26, 2023, and are part of the Court's record for purposes of Plaintiff's First Amended Complaint and Reply in support of Application for Preliminary Injunction. (Ordered by Judge Mark Pittman on 9/26/2023) (tjc) (Entered: 09/26/2023) |
| 09/26/2023 | 28 (p.1707) | MOTION for Leave to File Sur-Reply filed by James Shepherd with Brief/Memorandum in Support. (Attachments: # 1 (p.8) Proposed Order, # 2 (p.614) Proposed Sur-Reply) (Norred, Warren) (Entered: 09/26/2023) |
| 10/03/2023 | 29 (p.1714) | ORDER denying 28 (p.1707) Motion for Leave to File. Having considered the Motion and the current status of the case, the Court finds that the Motion should be and hereby is DENIED. (Ordered by Judge Mark Pittman on 10/3/2023) (tjc) (Entered: 10/03/2023) |
| 10/25/2023 | 30 (p.1715) | ORDER: The Court ORDERS the Parties to file written objections to the Court advancing Plaintiffs' Amended Motion for Preliminary Injunction to a determination on the merits on or before November 6, 2023. (Ordered by Judge Mark Pittman on 10/25/2023) (sre) (Entered: 10/25/2023) |
| 11/06/2023 | 31 (p.1716) | RESPONSE filed by New Millennium Concepts, Ltd. re: 30 (p.1715) Order Setting Deadline/Hearing, (Norred, Warren) (Entered: 11/06/2023) |
| 11/17/2023 | 32 (p.1718) | MEMORANDUM OPINION & ORDER: This case must be DISMISSED for want of subject matter jurisdiction. (Ordered by Judge Mark Pittman on 11/17/2023) (bdb) |

| | | |
|---|---|---|
| | | (Entered: 11/17/2023) |
| 11/17/2023 | 33 (p.1727) | FINAL JUDGMENT: This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Court's Order on this same day, this case is DISMISSED. (Ordered by Judge Mark Pittman on 11/17/2023) (bdb) (Entered: 11/17/2023) |
| 11/20/2023 | 34 (p.1728) | NOTICE OF APPEAL as to 33 (p.1727) Judgment, 32 (p.1718) Memorandum Opinion and Order to the Fifth Circuit by James B. Shepherd Trust, James Shepherd. Filing fee $505, receipt number ATXNDC-14188171. T.O. form to appellant electronically at Transcript Order Form or US Mail as appropriate. Copy of NOA to be sent US Mail to parties not electronically noticed. IMPORTANT ACTION REQUIRED: Provide an electronic copy of any exhibit you offered during a hearing or trial that was admitted into evidence to the clerk of the district court within 14 days of the date of this notice. Copies must be transmitted as PDF attachments through ECF by all ECF Users or delivered to the clerk on a CD by all non-ECF Users. See detailed instructions here. (Exception: This requirement does not apply to a pro se prisoner litigant.) Please note that if original exhibits are in your possession, you must maintain them through final disposition of the case. (Norred, Warren) (Entered: 11/20/2023) |
| 12/01/2023 | 35 (p.1729) | USCA Case Number 23-11189 in United States Court of Appeals 5th Circuit for 34 (p.1728) Notice of Appeal, filed by James B. Shepherd Trust, James Shepherd. (tle) (Entered: 12/01/2023) |



# INNOVATIVE WATER SOFTENER AND WATER TREATMENT TECHNOLOGY

Water Treatment built on over 70 years of developing advanced technology and centuries of knowledge.

Puronics® is an industry leader in water treatment technology. We have been an innovator in water treatment technology for over 70 years. Our products are used by Fortune 500 companies as well as in hundreds of thousands of homes all around the world. Our water filtration systems, water conditioners, water softeners and other products bring the best quality water to you.

Whether you have severe water problems or simply want to improve the taste of the water you drink, we can provide you with exactly what you need, both in effectiveness and durability.

Puronics® has an extensive and effective array of resources in their Technology Toolbox to provide the perfect solution for your water treatment needs.

## PURONICS SILVERSHIELD® PROTECTION FOR YOUR HOME OR BUSINESS

The cornerstone of SilverShield® Protection is Puronics® MicroSilver Bacteriostasis technology. Silver is a naturally occurring highly effective antimicrobial agent. For centuries, silver has long been known for its antimicrobial properties and is effective in fighting a wide range of microbes. Silver provides many benefits over other antimicrobials that are chlorine, ammonia or halogen based. Silver is proven to be safe with no toxic effects on people, plants or animals.

Puronics® MicroSilver Bacteriostasis technology uses microscopic particles of silver which are embedded into our SilverShield® HYgene filter media using a proprietary process.  Our SilverShield® Hygene filter media contains silver ions which attack bacteria and inhibit their growth within the filter media bed of the water system, as well as removing or reducing tastes, odors and colors. Our SilverShield® HYgene bacteriostatic filter media is included in the majority of Puronics residential products and in certain commercial products.

Puronics® SilverShield® Protection assures you of the highest quality water coming into your home or business.

Learn more about the history of how SilverShield® Protection was developed.

## PURONICS®
## TECHNOLOGY TOOLBOX

- Absorption
- Deionization
- Electrodeionization
- Ion Exchange
- MicroSilver Bacteriostasis™
- Nanofiltration
- Oxidation/Reduction
- Ozonation
- Reverse Osmosis
- Ultrafiltration/Microfiltration
- Ultraviolet Disinfection
- Multi-media Filtration

## HISTORY OF SILVER AS AN ANTI-MICROBIAL



2000 BC - 500 BC

Pg. 93 of 104

Advanced Water Softener Technology - Puronics

Exhibit D-5, pg. 3



1800 AD

1970's AD

VIEW RESIDENTIAL PRODUCTS

VIEW COMMERCIAL PRODUCTS

LOCATE A DEALER



Certified Quality
# Reliable Performance You Can Co On

# CERTIFIED QUALITY YOU CAN COUNT ON

Widely recognized as the industry leader in manufacturing high quality, durable products that perform reliably with certifications from the EPA and WQA.

## Water Quality Association (WQA)

WQA is a non-profit International organizational water treatment trade association. WQA provides education and technical assistance to its members as well as developing industry standards and testing protocols for water treatment products to ensure:

- Product Performance
- Equipment Capacity
- Legitimacy of Product Claims

Puronics® Filtramax™, Terminatorsup>®, Hydronexsup>® and Defender™ whole-house water softener filtration systems (Bacteriostatic and Chlorostaticsup>® models) have been tested and Certified by WQA as to their quality and performance.

![Certified Quality]

# EPA – United States Environmental Protection Agency

Puronics® products that incorporate SliverShield® HYgene® Bacteriostatic Filter Media have been registered with the EPA.

- Compliance with regulatory standards





VIEW RESIDENTIAL PRODUCTS

VIEW COMMERCIAL PRODUCTS

LOCATE A DEALER


## Chemical Name: Silver

You can use the field below to search specific products or product numbers from your results.

If the result came up blank, you might want to click 'Cancelled' or 'Registered' button and see if it'll return any row(s).

🔍⌄ [                    ] Go   Actions ⌄   **Registered**   Cancelled   Search Again

1 - 50 of 129  ›

| Product Name | Product Name Status | EPA Reg. No. | Most Recent Label Accepted Date | Registration Status |
|---|---|---|---|---|
| AQUA-TEC | Active | 91025-1 | JUN 16, 2023 | Registered (FEB 27, 2013) |
| AQUASORB LS 0.05 AG | Active | 75456-1 | APR 17, 2003 | Registered (APR 17, 2003) |
| AQUASORB LS 0.5 AG | Active | 87256-1 | MAY 14, 2011 | Registered (MAY 13, 2011) |
| AQUASORB LS 1.05 AG | Active | 75456-3 | MAR 02, 2012 | Registered (MAR 02, 2012) |
| AQUASTAT-HU | Active | 79630-1 | JAN 31, 2018 | Registered (MAY 25, 2004) |
| AQUASTAT-HUC FOR CPAP | Active | 79630-1 | JAN 31, 2018 | Registered (MAY 25, 2004) |
| AQUASTAT-XR | Active | 79630-2 | FEB 23, 2012 | Registered (APR 04, 2005) |
| ARGO9825 | Active | 91367-1 | NOV 02, 2016 | Registered (NOV 02, 2016) |
| AXENIPLEX SD | Inactive | 96194-1 | JUN 29, 2023 | Registered (AUG 28, 2018) |
| Aionx Technology | Active | 91681-1 | MAY 22, 2017 | Registered (MAY 22, 2017) |
| BACTERIOSTATIC WATER CONDITIONER | Active | 35900-3 | JAN 10, 2012 | Registered (MAR 13, 1978) |
| BACTERIOSTATIC WATER CONDITIONER WITH HYGENE | Active | 35900-3 | JAN 10, 2012 | Registered (MAR 13, 1978) |
| BARNEBEY & SUTCLIFFE TYPE 1184 BACTERIOSTATIC WATER FILTER MEDIA | Active | 58295-3 | OCT 05, 2020 | Registered (JAN 13, 1995) |
| BARNEBEY & SUTCLIFFE TYPE CE BACTERIOSTATIC WATER FILTER MEDIA | Active | 58295-2 | OCT 05, 2020 | Registered (AUG 09, 1995) |
| BLU TAB WATERLINE MAINTENANCE TABLETS | Active | 84020-1 | MAR 05, 2020 | Registered (MAY 02, 2007) |
| CALGON CARBON CORPORATION TYPE 1184 BACTERIOSTATIC WATER FILTER MEDIA | Active | 58295-3 | OCT 05, 2020 | Registered (JAN 13, 1995) |
| CALGON CARBON CORPORATION TYPE CE BACTERIOSTATIC WATER FILTER MEDIA. | Active | 58295-2 | OCT 05, 2020 | Registered (AUG 09, 1995) |
| CITRISIL | Active | 83315-1 | MAY 15, 2009 | Registered (MAY 15, 2009) |
| CLEAR COPPER/SILVER IONIZATION SYSTEM | Active | 90859-2 | JUL 13, 2022 | Registered (SEP 29, 2020) |
| CLEARBLUE IONIZER | Active | 90859-2 | JUL 13, 2022 | Registered (SEP 29, 2020) |
| CLEARSTREAM IONIZER | Active | 90859-2 | JUL 13, 2022 | Registered (SEP 29, 2020) |
| DUOCLEAR CARTRIDGE | Active | 67712-1 | MAR 28, 2024 | Registered (NOV 21, 2002) |
| ENRICH PRODUCTS IONIZATION SYSTEMS | Active | 86131-1 | MAY 23, 2017 | Registered (DEC 12, 2013) |
| EPL 0.25 SILVER/CERAMIC FILTER MATERIAL | Active | 71332-5 | SEP 28, 2007 | Registered (SEP 28, 2007) |
| EVQ-820 | Active | 90890-1 | MAR 25, 2024 | Registered (MAR 25, 2024) |
| EVQ-820S | Active | 90890-2 | | Registered (MAR 25, 2024) |
| FILTRAMAX FM - 78 | Active | 35900-3 | JAN 10, 2012 | Registered (MAR 13, 1978) |
| GENERAL IONICS BACTERIOSTATIC WATER CONDITIONER WITH HYGENE | Active | 35900-3 | JAN 10, 2012 | Registered (MAR 13, 1978) |
| GENERAL IONICS BACTERISTATIC CONDITIONER | Active | 35900-3 | JAN 10, 2012 | Registered (MAR 13, 1978) |
| GENERAL IONICS MODEL IQ0820B BACTERIOSTATIC WATER CONDITIONER | Inactive | 35900-3 | JAN 10, 2012 | Registered (MAR 13, 1978) |
| GENERAL IONICS WATER CONDITIONER | Active | 35900-3 | JAN 10, 2012 | Registered (MAR 13, 1978) |
| GENERAL IONICS WATER CONDITIONER MODEL TERMINATOR (R) IQ | Active | 35900-3 | JAN 10, 2012 | Registered (MAR 13, 1978) |
| HYGENE | Active | 35900-2 | AUG 16, 2012 | Registered (OCT 29, 1975) |
| HYGENE BACTERIOSTATIC WATER FILTER MEDIA | Active | 35900-2 | AUG 16, 2012 | Registered (OCT 29, 1975) |

Exhibit D-5, pg. 7

| | | | | |
|---|---|---|---|---|
| IONIC+ (XE) | Active | [70927-6](#) | AUG 05, 2011 | Registered (AUG 04, 2011) |
| IONIC+ (XF) | Active | [70927-2](#) | JUN 29, 2011 | Registered (APR 03, 2008) |
| IONIC+ (XN) | Active | [70927-3](#) | JUN 29, 2011 | Registered (APR 03, 2008) |
| IONIC+ (XS) | Active | [70927-1](#) | JUN 29, 2011 | Registered (MAY 15, 1998) |
| IONIC+ (XT) | Active | [70927-4](#) | JUN 29, 2011 | Registered (APR 03, 2008) |
| IONIC+ (XW) | Active | [70927-5](#) | JUN 29, 2011 | Registered (JAN 26, 2009) |
| IONICS BACTERIOSTATIC WATER CONDITIONER | Active | [35900-3](#) | JAN 10, 2012 | Registered (MAR 13, 1978) |
| IONICS BACTERIOSTATIC WATER CONDITIONER WITH HYGENE | Active | [35900-3](#) | JAN 10, 2012 | Registered (MAR 13, 1978) |
| IONICS WATER CONDITIONER | Active | [35900-3](#) | JAN 10, 2012 | Registered (MAR 13, 1978) |
| IONICS WATER CONDITIONER MODEL TERMINATOR (R) IQ | Active | [35900-3](#) | JAN 10, 2012 | Registered (MAR 13, 1978) |
| JANDY PRO SERIES TRUGUARD | Active | [67712-1](#) | MAR 28, 2024 | Registered (NOV 21, 2002) |
| JANDY PRO SERIES TRUGUARD CARTRIDGE | Active | [67712-1](#) | MAR 28, 2024 | Registered (NOV 21, 2002) |
| JANDY TRUGUARD | Active | [67712-1](#) | MAR 28, 2024 | Registered (NOV 21, 2002) |
| JANDY TRUGUARD CARTRIDGE | Active | [67712-1](#) | MAR 28, 2024 | Registered (NOV 21, 2002) |
| JENI MINERAL GENERATOR | Active | [90859-2](#) | JUL 13, 2022 | Registered (SEP 29, 2020) |
| LIQUIDATOR ELECTRONIC IONIZATION SYSTEM | Active | [68250-1](#) | APR 18, 2013 | Registered (APR 18, 2013) |

1 - 50 of 129   >

Version: 2.4.2

TEMPLATE UPDATED ON
11 DECEMBER 2016

# Chemical Name: Silver

You can use the field below to search specific products or product numbers from your results.

If the result came up blank, you might want to click 'Cancelled' or 'Registered' button and see if it'll return any row(s).



1 - 50 of 129  >

| Product Name | Product Name Status | EPA Reg. No. | Most Recent Label Accepted Date | Registration Status |
|---|---|---|---|---|
| AQUA-TEC | Active | 91025-1 | JUN 16, 2023 | Registered (FEB 27, 2013) |
| AQUASORB LS 0.05 AG | Active | 75456-1 | APR 17, 2003 | Registered (APR 17, 2003) |
| AQUASORB LS 0.5 AG | Active | 87256-1 | MAY 14, 2011 | Registered (MAY 13, 2011) |
| AQUASORB LS 1.05 AG | Active | 75456-3 | MAR 02, 2012 | Registered (MAR 02, 2012) |
| AQUASTAT-HU | Active | 79630-1 | JAN 31, 2018 | Registered (MAY 25, 2004) |
| AQUASTAT-HUC FOR CPAP | Active | 79630-1 | JAN 31, 2018 | Registered (MAY 25, 2004) |
| AQUASTAT-XR | Active | 79630-2 | FEB 23, 2012 | Registered (APR 04, 2005) |
| ARGO9825 | Active | 91367-1 | NOV 02, 2016 | Registered (NOV 02, 2016) |
| AXENIPLEX SD | Inactive | 96194-1 | JUN 29, 2023 | Registered (AUG 28, 2018) |
| Aionx Technology | Active | 91681-1 | MAY 22, 2017 | Registered (MAY 22, 2017) |
| BACTERIOSTATIC WATER CONDITIONER | Active | 35900-3 | JAN 10, 2012 | Registered (MAR 13, 1978) |
| BACTERIOSTATIC WATER CONDITIONER WITH HYGENE | Active | 35900-3 | JAN 10, 2012 | Registered (MAR 13, 1978) |
| BARNEBEY & SUTCLIFFE TYPE 1184 BACTERIOSTATIC WATER FILTER MEDIA | Active | 58295-3 | OCT 05, 2020 | Registered (JAN 13, 1995) |
| BARNEBEY & SUTCLIFFE TYPE CE BACTERIOSTATIC WATER FILTER MEDIA | Active | 58295-2 | OCT 05, 2020 | Registered (AUG 09, 1995) |
| BLU TAB WATERLINE MAINTENANCE TABLETS | Active | 84020-1 | MAR 05, 2020 | Registered (MAY 02, 2007) |
| CALGON CARBON CORPORATION TYPE 1184 BACTERIOSTATIC WATER FILTER MEDIA | Active | 58295-3 | OCT 05, 2020 | Registered (JAN 13, 1995) |
| CALGON CARBON CORPORATION TYPE CE BACTERIOSTATIC WATER FILTER MEDIA. | Active | 58295-2 | OCT 05, 2020 | Registered (AUG 09, 1995) |
| CITRISIL | Active | 83315-1 | MAY 15, 2009 | Registered (MAY 15, 2009) |
| CLEAR COPPER/SILVER IONIZATION SYSTEM | Active | 90859-2 | JUL 13, 2022 | Registered (SEP 29, 2020) |
| CLEARBLUE IONIZER | Active | 90859-2 | JUL 13, 2022 | Registered (SEP 29, 2020) |
| CLEARSTREAM IONIZER | Active | 90859-2 | JUL 13, 2022 | Registered (SEP 29, 2020) |
| DUOCLEAR CARTRIDGE | Active | 67712-1 | MAR 28, 2024 | Registered (NOV 21, 2002) |
| ENRICH PRODUCTS IONIZATION SYSTEMS | Active | 86131-1 | MAY 23, 2017 | Registered (DEC 12, 2013) |
| EPL 0.25 SILVER/CERAMIC FILTER MATERIAL | Active | 71332-5 | SEP 28, 2007 | Registered (SEP 28, 2007) |
| EVQ-820 | Active | 90890-1 | MAR 25, 2024 | Registered (MAR 25, 2024) |
| EVQ-820S | Active | 90890-2 | | Registered (MAR 25, 2024) |
| FILTRAMAX FM - 78 | Active | 35900-3 | JAN 10, 2012 | Registered (MAR 13, 1978) |
| GENERAL IONICS BACTERIOSTATIC WATER CONDITIONER WITH HYGENE | Active | 35900-3 | JAN 10, 2012 | Registered (MAR 13, 1978) |
| GENERAL IONICS BACTERISTATIC CONDITIONER | Active | 35900-3 | JAN 10, 2012 | Registered (MAR 13, 1978) |
| GENERAL IONICS MODEL IQ0820B BACTERIOSTATIC WATER CONDITIONER | Inactive | 35900-3 | JAN 10, 2012 | Registered (MAR 13, 1978) |
| GENERAL IONICS WATER CONDITIONER | Active | 35900-3 | JAN 10, 2012 | Registered (MAR 13, 1978) |
| GENERAL IONICS WATER CONDITIONER MODEL TERMINATOR (R) IQ | Active | 35900-3 | JAN 10, 2012 | Registered (MAR 13, 1978) |
| HYGENE | Active | 35900-2 | AUG 16, 2012 | Registered (OCT 29, 1975) |
| HYGENE BACTERIOSTATIC WATER FILTER MEDIA | Active | 35900-2 | AUG 16, 2012 | Registered (OCT 29, 1975) |

Chemical Name: Silver | US/EPA

Exhibit D-6, pg. 2

| | | | | |
|---|---|---|---|---|
| IONIC+ (XE) | Active | 70927-6 | AUG 05, 2011 | Registered (AUG 04, 2011) |
| IONIC+ (XF) | Active | 70927-2 | JUN 29, 2011 | Registered (APR 03, 2008) |
| IONIC+ (XN) | Active | 70927-3 | JUN 29, 2011 | Registered (APR 03, 2008) |
| IONIC+ (XS) | Active | 70927-1 | JUN 29, 2011 | Registered (MAY 15, 1998) |
| IONIC+ (XT) | Active | 70927-4 | JUN 29, 2011 | Registered (APR 03, 2008) |
| IONIC+ (XW) | Active | 70927-5 | JUN 29, 2011 | Registered (JAN 26, 2009) |
| IONICS BACTERIOSTATIC WATER CONDITIONER | Active | 35900-3 | JAN 10, 2012 | Registered (MAR 13, 1978) |
| IONICS BACTERIOSTATIC WATER CONDITIONER WITH HYGENE | Active | 35900-3 | JAN 10, 2012 | Registered (MAR 13, 1978) |
| IONICS WATER CONDITIONER | Active | 35900-3 | JAN 10, 2012 | Registered (MAR 13, 1978) |
| IONICS WATER CONDITIONER MODEL TERMINATOR (R) IQ | Active | 35900-3 | JAN 10, 2012 | Registered (MAR 13, 1978) |
| JANDY PRO SERIES TRUGUARD | Active | 67712-1 | MAR 28, 2024 | Registered (NOV 21, 2002) |
| JANDY PRO SERIES TRUGUARD CARTRIDGE | Active | 67712-1 | MAR 28, 2024 | Registered (NOV 21, 2002) |
| JANDY TRUGUARD | Active | 67712-1 | MAR 28, 2024 | Registered (NOV 21, 2002) |
| JANDY TRUGUARD CARTRIDGE | Active | 67712-1 | MAR 28, 2024 | Registered (NOV 21, 2002) |
| JENI MINERAL GENERATOR | Active | 90859-2 | JUL 13, 2022 | Registered (SEP 29, 2020) |
| LIQUIDATOR ELECTRONIC IONIZATION SYSTEM | Active | 68250-1 | APR 18, 2013 | Registered (APR 18, 2013) |

1 - 50 of 129   ›

Version: 2.4.2

TEMPLATE UPDATED ON
11 DECEMBER 2016


# Chemical Name: Silver

You can use the field below to search specific products or product numbers from your results.

If the result came up blank, you might want to click 'Cancelled' or 'Registered' button and see if it'll return any row(s).

🔍∨ [          ] Go   | Actions ∨ |   **Registered**   | Cancelled |   Search Again

‹ 51 - 100 of 129 ›

| Product Name | Product Name Status | EPA Reg. No. | Most Recent Label Accepted Date | Registration Status |
|---|---|---|---|---|
| MB 2200 G | Active | 73667-5 | JUL 17, 2002 | Registered (JUL 17, 2002) |
| MICROSILVER BG-R | Active | 84146-1 | JUL 16, 2010 | Registered (MAR 18, 2008) |
| MICROSILVER BG-TEC | Active | 84146-1 | JUL 16, 2010 | Registered (MAR 18, 2008) |
| MIRACLE TITANIUM MVX | Inactive | 92068-3 | JUL 05, 2017 | Registered (JUL 05, 2017) |
| MODEL FILTRAMAX | Active | 35900-3 | JAN 10, 2012 | Registered (MAR 13, 1978) |
| MODEL FILTRAMAX FM - 78 | Active | 35900-3 | JAN 10, 2012 | Registered (MAR 13, 1978) |
| MODEL FM - 78 | Active | 35900-3 | JAN 10, 2012 | Registered (MAR 13, 1978) |
| MODEL TERMINATOR (R) IQ | Active | 35900-3 | JAN 10, 2012 | Registered (MAR 13, 1978) |
| MVX ANTIMICROBIAL COAT | Active | 92068-3 | JUL 05, 2017 | Registered (JUL 05, 2017) |
| NATURE FUSION ABOVEGROUND | Active | 67712-5 | FEB 01, 2024 | Registered (NOV 21, 2002) |
| NATURE VISION PRO | Active | 67712-5 | FEB 01, 2024 | Registered (NOV 21, 2002) |
| NATURE VISION PRO ABOVEGROUND | Active | 67712-5 | FEB 01, 2024 | Registered (NOV 21, 2002) |
| NATURE2 (R) SP | Active | 67712-1 | MAR 28, 2024 | Registered (NOV 21, 2002) |
| NATURE2 AG | Active | 67712-5 | FEB 01, 2024 | Registered (NOV 21, 2002) |
| NATURE2 FUSION | Active | 67712-1 | MAR 28, 2024 | Registered (NOV 21, 2002) |
| NATURE2 G45-VC40 | Active | 67712-1 | MAR 28, 2024 | Registered (NOV 21, 2002) |
| NATURE2 SPA | Active | 67712-15 | MAY 30, 2019 | Registered (FEB 16, 2006) |
| NATURE2FUSION | Active | 67712-5 | FEB 01, 2024 | Registered (NOV 21, 2002) |
| NEXT GENERATION | Active | 35900-23 | OCT 28, 1996 | Registered (OCT 28, 1996) |
| NNX-Tech 1000 | Active | 95060-2 | MAY 02, 2022 | Registered (MAY 02, 2022) |
| PROTEC (R) ADVANCED | Active | 79630-1 | JAN 31, 2018 | Registered (MAY 25, 2004) |
| PROTEC (R) GERM FREE CARTRIDGE | Active | 79630-1 | JAN 31, 2018 | Registered (MAY 25, 2004) |
| PROTEC (R) GERM KILLING HUMIDIFIER BALL [CAPSULE] [DROP IN] | Active | 79630-1 | JAN 31, 2018 | Registered (MAY 25, 2004) |
| PROTEC (R) GERM KILLING SPHERE [BALL] [CAPSULE] | Active | 79630-1 | JAN 31, 2018 | Registered (MAY 25, 2004) |
| PROTEC (R) GERM KILLING SPHERE [BALL] [CAPSULE] FOR HUMIDIFIER | Active | 79630-1 | JAN 31, 2018 | Registered (MAY 25, 2004) |
| PROTEC (R) HUMIDIFIER GERM KILLING BALL [SPHERE] | Active | 79630-1 | JAN 31, 2018 | Registered (MAY 25, 2004) |
| PROTEC (R) PLUS | Active | 79630-1 | JAN 31, 2018 | Registered (MAY 25, 2004) |
| PROTEC (R) UP TO 99.9% GERM FREE CARTRIDGE | Active | 79630-1 | JAN 31, 2018 | Registered (MAY 25, 2004) |
| PROTEC ANTIMICROBIAL CARTRIDGE | Active | 79630-1 | JAN 31, 2018 | Registered (MAY 25, 2004) |
| PROTEC HUMIDIFIER CLEANING BALL | Active | 79630-1 | JAN 31, 2018 | Registered (MAY 25, 2004) |
| PROTEC HUMIDIFIER CLEANING FISH | Active | 79630-1 | JAN 31, 2018 | Registered (MAY 25, 2004) |
| PROTX2 CONTINUALLY SELF-SANITIZING TEXTILES | Active | 87246-13 | APR 10, 2023 | Registered (NOV 23, 2022) |
| PROTX2 SELF-SANITIZING TEXTILES | Active | 87246-13 | APR 10, 2023 | Registered (NOV 23, 2022) |
| PURONICS - IONICS - GENERAL IONICS - WATER CONDITIONER MODEL TERMINATOR (R) IQ | Active | 35900-3 | JAN 10, 2012 | Registered (MAR 13, 1978) |
| PURONICS - IONICS GENERAL IONICS - WATER CONDITIONER | Active | 35900-3 | JAN 10, 2012 | Registered (MAR 13, 1978) |

Exhibit D-6, pg. 4

| | | | | |
|---|---|---|---|---|
| PURONICS BACTERIOSTATIC WATER CONDITIONER | Active | 35900-3 | JAN 10, 2012 | Registered (MAR 13, 1978) |
| PURONICS BACTERIOSTATIC WATER CONDITIONER WITH HYGENE | Active | 35900-3 | JAN 10, 2012 | Registered (MAR 13, 1978) |
| PURONICS MODEL CL-5645-BW | Active | 35900-3 | JAN 10, 2012 | Registered (MAR 13, 1978) |
| PURONICS MODEL CL-FM-78 | Active | 35900-3 | JAN 10, 2012 | Registered (MAR 13, 1978) |
| PURONICS MODEL CLARIOUS 10 | Active | 35900-3 | JAN 10, 2012 | Registered (MAR 13, 1978) |
| PURONICS MODEL CLARIOUS 12 | Active | 35900-3 | JAN 10, 2012 | Registered (MAR 13, 1978) |
| PURONICS MODEL CLARIOUS CL 1260 | Active | 35900-3 | JAN 10, 2012 | Registered (MAR 13, 1978) |
| PURONICS MODEL DEFENDER-B | Active | 35900-3 | JAN 10, 2012 | Registered (MAR 13, 1978) |
| PURONICS MODEL EE-0820B | Active | 35900-3 | JAN 10, 2012 | Registered (MAR 13, 1978) |
| PURONICS MODEL EE-0820PB | Active | 35900-3 | JAN 10, 2012 | Registered (MAR 13, 1978) |
| PURONICS MODEL EE-1030B | Active | 35900-3 | JAN 10, 2012 | Registered (MAR 13, 1978) |
| PURONICS MODELCLARIOUS CL 12 | Active | 35900-3 | JAN 10, 2012 | Registered (MAR 13, 1978) |
| PURONICS WATER CONDITIONER | Active | 35900-3 | JAN 10, 2012 | Registered (MAR 13, 1978) |
| PURONICS WATER CONDITIONER MODEL FILTRAMAX | Active | 35900-3 | JAN 10, 2012 | Registered (MAR 13, 1978) |
| PURONICS WATER CONDITIONER MODEL FILTRAMAX FM - 78 | Active | 35900-3 | JAN 10, 2012 | Registered (MAR 13, 1978) |

‹  51 - 100 of 129  ›

Version: 2.4.2

TEMPLATE UPDATED ON
11 DECEMBER 2016

## Chemical Name: Silver

You can use the field below to search specific products or product numbers from your results.

If the result came up blank, you might want to click 'Cancelled' or 'Registered' button and see if it'll return any row(s).

| 🔍 ∨ | | Go | Actions ∨ | **Registered** | Cancelled | Search Again |

‹ 101 - 129 of 129

| Product Name | Product Name Status | EPA Reg. No. | Most Recent Label Accepted Date | Registration Status |
|---|---|---|---|---|
| PURONICS WATER CONDITIONER MODEL TERMINATOR (R) IQ | Active | 35900-3 | JAN 10, 2012 | Registered (MAR 13, 1978) |
| PURONICS-IONICS-GENERAL IONICS-BACTERIOSTATIC WATER CONDITIONER | Active | 35900-3 | JAN 10, 2012 | Registered (MAR 13, 1978) |
| PURONICS-IONICS-GENERAL IONICS-BACTERIOSTATIC WATER CONDITIONER WITH HYGENE | Active | 35900-3 | JAN 10, 2012 | Registered (MAR 13, 1978) |
| SILVER WATER SYSTEM | Active | 90859-2 | JUL 13, 2022 | Registered (SEP 29, 2020) |
| SILVERBAC SP1 | Active | 94658-1 | JAN 31, 2020 | Registered (JAN 31, 2020) |
| SILVERSHIELD HYGENE | Active | 35900-2 | AUG 16, 2012 | Registered (OCT 29, 1975) |
| SURFATAS C150AG | Active | 87344-2 | OCT 10, 2017 | Registered (OCT 10, 2017) |
| TRUGUARD | Active | 67712-1 | MAR 28, 2024 | Registered (NOV 21, 2002) |
| TRUGUARD CARTRIDGE | Active | 67712-1 | MAR 28, 2024 | Registered (NOV 21, 2002) |
| TRUGUARD CARTRIDGE WITH AGX TECHNOLOGY | Inactive | 67712-1 | MAR 28, 2024 | Registered (NOV 21, 2002) |
| TRUGUARD WITH AGX TECHNOLOGY | Inactive | 67712-1 | MAR 28, 2024 | Registered (NOV 21, 2002) |
| TRUSEPTA | Active | 96194-1 | JUN 29, 2023 | Registered (AUG 28, 2018) |
| VORIGEN SILVER ION GENERATOR/ULTRAVIOLET LIGHT SYSTEM | Active | 72920-1 | JUN 14, 2010 | Registered (MAR 22, 2013) |
| WATER CONDITIONER MODEL FILTRAMAX | Active | 35900-3 | JAN 10, 2012 | Registered (MAR 13, 1978) |
| WATER CONDITIONER MODEL FILTRAMAX - 78 | Active | 35900-3 | JAN 10, 2012 | Registered (MAR 13, 1978) |
| WATER CONDITIONER MODEL TERMINATOR(R) IQ | Active | 35900-3 | JAN 10, 2012 | Registered (MAR 13, 1978) |
| X-262 BACTERIOSTATIC SILVER IMPREGNATED ACTIVATED CARBON | Active | 37589-2 | DEC 19, 1985 | Registered (JAN 13, 1995) |
| X-462 BACTERIOSTATIC SILVER IMPREGNATED ACTIVATED CARBON | Active | 35900-22 | MAR 13, 1995 | Registered (JAN 13, 1995) |
| X-STATIC | Active | 70927-1 | JUN 29, 2011 | Registered (MAY 15, 1998) |
| X-STATIC-AX | Active | 70927-1 | JUN 29, 2011 | Registered (MAY 15, 1998) |
| X-STATIC-XE | Active | 70927-6 | AUG 05, 2011 | Registered (AUG 04, 2011) |
| X-STATIC-XF | Active | 70927-2 | JUN 29, 2011 | Registered (APR 03, 2008) |
| X-STATIC-XN | Active | 70927-3 | JUN 29, 2011 | Registered (APR 03, 2008) |
| X-STATIC-XS | Active | 70927-1 | JUN 29, 2011 | Registered (MAY 15, 1998) |
| X-STATIC-XT | Active | 70927-4 | JUN 29, 2011 | Registered (APR 03, 2008) |
| X-STATIC-XW | Active | 70927-5 | JUN 29, 2011 | Registered (JAN 26, 2009) |
| XYPEX BIO-SAN C-500 | Active | 92393-2 | MAY 15, 2017 | Registered (MAY 15, 2017) |
| Xypex Bio-San C-500 (Grey) | Active | 92393-1 | MAY 15, 2017 | Registered (MAY 15, 2017) |
| ZING MINERAL WATER SYSTEM | Active | 90859-2 | JUL 13, 2022 | Registered (SEP 29, 2020) |

‹ 101 - 129 of 129

Version: 2.4.2

TEMPLATE UPDATED ON
11 DECEMBER 2016



Republic of the Philippines
Department of Health
Food and Drug Administration
**CENTER FOR DEVICE REGULATION, RADIATION HEALTH, AND RESEARCH**
**(former name : Bureau of Health Devices and Technology)**



CDRRHR Registration No: **J-13-225**

# CERTIFICATE OF HEALTH RELATED DEVICE REGISTRATION

Pursuant to the Provision of Administrative Order No. 2005-0003 known as the Guidelines on the Issuance of Certificate of Health Related Device for Water Purification Equipment and Devices, the product described hereunder has been found to conform with the requirements and standards for registration of Water Purification Equipment and Device per existing regulations in force as of date hereof.

| | |
|---|---|
| IMPORTER/ DISTRIBUTOR: | **MENSCH FIL-AM CORPORATION** Unit 58 5th Flr, LandCo Centre, J.P. Laurel Ave, Davao City |
| PRODUCT NAME: | **BLACK BERKEY WATER FILTERS** |
| DESCRIPTION: | **WATER PURIFICATION SYSTEM** |
| CLAIM: | **Safe Drinking Water** |

The product water    collected  from  the **BLACK BERKEY WATER FILTERS** of **MENSCH FIL-AM CORPORATION** complies with the Philippine National Standards for Drinking Water (PNSDW) for the parameters analyzed and can be used as **Safe Drinking Water. This water purification system shall apply to raw water with the same physical and chemical characteristics as the water collected and examined.**

This registration shall be valid for three (3) years and shall expire on **October 20, 2016** subject to the special conditions listed on the reverse side of this certificate.

No change in the labeling and commercial presentation of this product shall be made at anytime during the effectivity of this registration without prior written approval of this office.

This registration is subject to suspension, revocation or recall should any violation of Administrative Order 2005-0003 and/ or regulations issued there under involving the product be committed.

Witness My Hand and Seal of this Department this **24th day of October, 2013**

**BY AUTHORITY OF THE SECRETARY OF HEALTH:**

**AGNETTE P. PERALTA, MSc.**
Director IV, CESO III

O.R No: 0471466
Amount: Php 1,000.00
Date Issued: 6 June 2013

Building 24, San Lazaro Compound, Rizal Avenue, Sta. Cruz, 1003 Manila Telefax Nos. (632)711-60-16
(632)711-68-24; Trunk Line: (632) 651-78-00 locals 3401, 3402, 3403, 3404, 3405; 3408, 3409, 3410, 3411
E-mail: apperalta@fda.gov.ph; apperalta@co.doh.gov.ph, Website: www.doh.gov.ph

