IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| BERKEY INTERNATIONAL, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>ENVIRONMENTAL PROTECTION<br>AGENCY, et al.<br><br>        Defendants. | Civil No. 3:24-cv-01106-CVR |

**DEFENDANTS' NOTICE OF LODGING THE CERTIFIED INDEX OF THE ADMINISTRATIVE RECORD CONTENTS**

    Defendants, U.S. Environmental Protection Agency ("EPA"), Michael S. Regan, in his official capacity as Administrator, EPA, Christine Tokarz in her official capacity as an employee of EPA, and David Cobb in his official capacity as an employee of EPA ("Defendants") hereby provide notice of the certification of the Administrative Record for EPA's issuance of a Stop Sale, Use, or Removal Order ("SSURO") to Berkey International, LLC ("Plaintiff") on May 8, 2023.  As detailed in the attached declaration and index, the certified index of the Administrative Record contents filed with the Court today reflects those documents considered directly or indirectly by Defendants in connection with the issuance of the SSURO to Plaintiff.

    Defendants will deliver a copy of the full Administrative Record to Plaintiff through a manner agreed on by the party, and will provide a copy to the Court in whatever form the Court prefers.

1

Dated: April 17, 2024

       */s/ Shari Howard*
Shari Howard
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 598-9407
Fax: (202) 514-8865
shari.howard@usdoj.gov

Overnight delivery:
4 Constitution Square
150 M Street, NE
Room 4.149
Washington, D.C. 20002

*Counsel for Defendants*

### Certificate of Service

I certify that on April 17, 2024, I filed the foregoing with the Court's CMS/ECF system, which will notify each party.

       */s/ Shari Howard*
Shari Howard