IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| BERKEY INTERNATIONAL, LLC,<br><br>        Plaintiff,<br>v.<br><br>ENVIRONMENTAL PROTECTION AGENCY, et al.<br><br>        Defendants. | Civil No. 3:24-cv-01106-CVR |

**CERTIFICATION OF ADMINISTRATIVE RECORD**

     I, David Cobb, am the Section Supervisor of the Toxics and Pesticides Enforcement Section, Enforcement, and Compliance Assurance Division at the Region 8 office of the United States Environmental Protection Agency.  In that capacity, I am responsible for managing regional enforcement activities related to the Toxic Substance Control Act, the Clean Air Act Section 112(r), the Emergency Planning and Community Right-to-Know Act and the Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA) including reviewing and approving FIFRA Stop Sale, Use or Removal Orders (SSUROs).

     I certify, to the best of my knowledge and belief, that the attached index lists the documents, as provided to me by EPA staff, that comprise the administrative record for the SSURO issued to Berkey International LLC, Docket No. FIFRA-08-2023-0038, May 8, 2023, issued pursuant to FIFRA section 13(a), 7 U.S.C. § 136k(a).

The administrative record includes, to the best of my knowledge, the documents that were directly or indirectly considered by me and the EPA enforcement staff when issuing the SSUROs listed above.

Pursuant to 28 U.S.C. S 1746, I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 17th day of April, 2024.


By: _____
     David Cobb, Section Supervisor
     Toxics and Pesticides Enforcement Section
     Enforcement and Compliance Assurance Division