| Administrative Record Index | | | | | |
|---|---|---|---|---|---|
| Bates Beg | Bates End | Title or Description | Category | Date | CBI? |
| EPA Orders | | | | | |
| AR0000001 | AR0000008 | FIFRA-08-2023-0038 SSURO Berkey International 2023 | SSUROs | 5/8/2023 | No |
| AR0000009 | AR0000018 | FIFRA-08-2023-0011 JEI 12-2022 | SSUROs | 12/27/2022 | No |
| EPA Interpretation, Guidance, Policy, and Manuals | | | | | |
| AR0000019 | AR0000022 | FRN 1976 Devices.pdf | FRN | 11/19/1976 | No |
| AR0000023 | AR0000061 | FIFRA-Enforcement Response Policy | Policy – ERP | 12/2009 (and as amended) | No |
| AR0000062 | AR0000338 | FIFRA Inspection Manual | EPA Inspection Manual | 8/1/2019 | No |
| AR0000339 | AR0000697 | Pesticide Registration Manual | | | No |
| AR0000698 | AR0000707 | PRN 2000-1: Applicability of the Treated Articles Exemption to Antimicrobial Pesticides | | 3/6/2000 | No |
| AR0000708 | AR0000713 | Consumer Products Treated with Pesticides Fact Sheet on Treated Articles | | | No |
| EPA Authority/Delegations | | | | | |
| AR0000714 | AR0000717 | Memorandum: Subject: 1-142. Civil Judicial and Administrative Enforcement Actions, Inspections and Information Gathering Outside of Geographic Regional Boundaries | Delegations 5-8, 5-9, 5-14, 5-15-A, 5-15-B, and 5-17-A, pursuant to the Federal Insecticide, Fungicide and Rodenticide Act; | 11/17/2022 | No |
| AR0000718 | AR0000719 | Memorandum: Subject: Delegation of Authority 5-12, Issuance of Stop Sale, Use or Removal Orders | Delegations – SSURO | 1/18/2017 | No |
| AR0000720 | AR0000720 | Delegations Manual: Federal Insecticide, Fungicide, and Rodenticide Act: 5-12. Issuance of Stop Sale, Use or Removal Orders, TO WHOM DELEGATED. Director, Enforcement and Compliance Assurance Division. | Delegations – SSURO | 4/29/2019 | No |
| AR0000721 | AR0000721 | Delegations Manual: Federal Insecticide, Fungicide, and Rodenticide Act: 5-12. Issuance of Stop Sale, Use or Removal Orders TO WHOM DELEGATED. Chief, Air Enforcement Branch | Delegations – SSURO | 9/5/2019 | No |

1

| Administrative Record Index | | | | | |
|---|---|---|---|---|---|
| Bates Beg | Bates End | Title or Description | Category | Date | CBI? |
| AR0000722 | AR0000722 | Delegations Manual: Federal Insecticide, Fungicide, and Rodenticide Act: 5-12. Issuance of Stop Sale, Use or Removal Orders, TO WHOM DELEGATED. Chief, Pesticides and Toxics Enforcement Section. | Delegations - SSURO | 9/19/2019 | No |
| Facility and Owner/Operator/Business/Person Information | | | | | |
| AR0000723 | AR0000724 | James Enterprise Background | Business entity information | 2/2/2023 | No |
| AR0000725 | AR0000727 | Berkey PR Corporation Information | Business entity information | 4/6/2023 | No |
| AR0000728 | AR0000730 | Contacts Berkey International, LLC | Business entity information | 4/10/2023 | No |
| Information Online | | | | | |
| AR0000731 | AR0000733 | Berkey Water NMCL Website 4.27.2022 | Website | 4/27/2022 | No |
| AR0000734 | AR0000734 | Berkey Store_Silver 12.13.22 | Website | 12/13/2022 | No |
| Pesticide Label Claimed in Treated Article | | | | | |
| AR0000735 | AR0000738 | 087256-00001-20110514 | PPLS Label | | Yes |
| Correspondence | | | | | |
| AR0000739 | AR0000741 | Email from Ronald Eddy to Shaula Eakins with attachments | Correspondence | 1/26/2023 | Yes |
| AR0000742 | AR0000745 | JEI Response to Inspection attachments 1.27.23 | Correspondence | 1/26/2023 | Yes |
| AR0000746 | AR0000747 | Email from Ronald Eddy to Shaula Eakins | Correspondence | 1/27/2023 | Yes |
| Inspections and Investigations | | | | | |
| AR0000748 | AR0001007 | JEI Mrkt Inspection 11-22-2022 | Inspection | 11/22/2022 | Yes |