# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO
## Transmittal of Abbreviated Record to the Court of Appeals

**DATE:** October 8, 2024

**DC #:** 24-1106 (CVR) / NOTICE OF INTERLOCUTORY APPEAL

**APPEAL FEE PAID:** YES __X__ NO _____

**CASE CAPTION:** Berkey International LLC v. Environmental Protection Agency et al

**IN FORMA PAUPERIS:** YES _____ NO __X__

**MOTIONS PENDING:** YES _____ NO __X__

**NOTICE OF APPEAL FILED BY:** Plaintiff

**APPEAL FROM:** Opinion and Order entered on 07/24/2024

**SPECIAL COMMENTS:** Electronically filed documents

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**

Docket Entries 81 & 92

I HEREBY CERTIFY that the enclosed documents contained herein are the pleadings as described above and constitute the abbreviated record on appeal in the case.

ADA I. GARCIA-RIVERA, ESQ., CPA
Clerk of the Court

S/ Idnar Díaz
Idnar Díaz
Deputy Clerk

s/c: CM/ECF Parties, Appeals Clerk